IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Thomas P. White #28827 )
Full name and prison number )
of plaintiff(s) )
)
v. Houston Co Jail, Houston Co. )    CIVIL ACTION NO. 1:06cv961-WKW
Sheriff Lamar Glover, Houston )    (To be supplied by Clerk of
Co. Commissioners Et Al. W.B. )    U.S. District Court)
McCarty ... (Commander) Lt. K. )
Raro & Sheriff & Co Commissioners )
)
)
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____N/A_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston Co. Jail, Houston Co. Dothan, Al. 36301

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston Co Jail, Dothan Al.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS 901 E main St. 36301 Dothan Al.

1. Sheriff Lamar Glover — Houston Co Jail
2. "All" County Commissioners Houston Co. — Houston Co.
3. Commander W.B. McCarty — Houston Co Jail
4. Lt. K. Rocco — Houston Co Jail
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED from 5-5-05 until current date (today) Oct 20 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The cruel & unusual conditions which are violating my rights & subjecting me to conditions which are a threat to my health, safety, well-being.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See enclosed Grievances

GROUND TWO: Same As Above
See Grievances enclosed

SUPPORTING FACTS:

GROUND THREE: Same As Above

SUPPORTING FACTS: See enclosed grievances

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Rule in my favor to right the wrongs done to myself and All Inmates at this Jail & Award me the sum of $100,000 (one hundred thousand dollars) for Punitive, Declatory & compensatory damages to myself & As well as for mental/physical suffering & emotional Anguish.

Thomas White
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Oct. 20th 2006
(Date)

Thomas White
Signature of plaintiff(s)

4

Sept. 13th 2006

RECEIVED
2006 OCT 24 A 11:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To: Sheriff L. Glover
Reg: Thomas F. White &
Conditions of Houston Co. Jail
& Pending 1983 Civil Suit
Against: Sheriff, Jail Admin.
Co. Commissioners & Probate Judge.

Mr Glover,
 I am writing this letter to inform you that because of the conditions of the Jail & current administration I am filing Civil Action Suit. Mr Glover, enclosed is just 2 (two) examples of the conditions & situation I am referring.
 Mr Glover, the food has constantly been full of bugs, never a well balanced diet - never appropriate amounts or portions, always cold.
 The medication(s) are being passed out by simple Correction officers (not Certified) & not by RN's or LPN's = Certainly should not be allowed to have "inmate(s) accompany the med cart & dispense, handle & package medication.
 Also, The Law Library is not up to date. The Administration does not provide "indigent inmates" with copy service as they should.
 Also, the Administration is/are denying inmates due process by not answering Grievance forms & Request forms. I am enclosing two (2) for proof.

(2)

Mr. Glover, another problem here at the jail is how the Correction Officers are "constantly" pulling their "Tazer Guns" on inmates for no reason. It would be another suit if (or when) one of your officers "Tase" an inmate for "arguing" not threatening, or being violent... Simply arguing with your officers. Mr. Glover please instruct your officers to "when" (exactly) it is permissable to use excessive force of this nature. So far they are using them as personal "toys" & for "entertainment". Sheriff Glover, Sir I am writing this to you in all due respect to you as the Sheriff & as well as a "Human-Being". I feel "you" would not allow this to be going on if you were aware of it & most especially if it was a family member or loved one who is being subjected to these wreckless & negligent, unfair conditions & unhealthy situations. Sir, I am respectfully requesting a response from you, or at the very least Mr. Glover, please let me know you have got this. Thank you.

Respectfully,

Theresa White
Thomas P. White
#58217 F-pod
901 E. Main St
Dothan, Al. 36301

P.S. I've been incarcerated here since 5/5/05 & these conditions have become worse. Unbearable actually.

To:                                            Re:
County Commissioners                 Cruel/Unusual Conditions,
Houston County                          Health Hazards,
Dothan Alabama                          Civil Rights Violations.

To Whom it may Concern;

The purpose of this letter is to inform the Commissioners of situations at Co Jail. The food is & has been full of bugs, unbalanced meals & inadequate portions as mandated by Federal & State requirements. Several Grievances have been filed upon the food, yet it has only gotten worse. I am enclosing just 2(two) examples of this. But there are "numerous" other violations as well. I am including a list of such in this letter. I have been incarcerated here at this Jail since 5/5/05 & these conditions have & are only getting worse. I, & others have continued to file grievance forms, write requests & personally spoke with & pleaded to this administration to no avail. If anything the situation only gets worse. When we file grievances they are not answered. This is a violation of our "due process" & our rights.
    The inmates housed within this facility are being treated as sub-human creatures & should not be subjected to these harsh cruel & unusual conditions. The purpose of this letter is to make aware to

(2)

the Co. Commissioners of this situation & to act as a request by all inmates housed within the Houston Co. Jail to the Commissioners & to plead with Commissioners to intervene & to remedy this problem so as to keep this from becoming a Civil Lawsuit filed against Co. Commissioners, Sheriff, & Jail Administration for the conditions we are subjected to unfairly. These are only a "few" violations & conditions that are being imposed upon us & that which we are complaing of:

① "Food" has bugs, inadequate diet, too small portions. etc.
② "Medication" passed out by Correction Officers, Not certified to handle meds & Allowing "inmates" to accompany. med. cart.
③ "Law Library" not up to date, nor does Admin. copy legal mail for "indigent inmates"
④ No "Grievance" Procedure (proper) Grievances filed but not answered.
⑤ Officers using "Taser Guns" for entertainment, And to threaten inmates with "for no valid reason.

Again, these are only "some" of the problems we are asking that the Co. Commissioners look into these problems & interview "random" inmates as to the validity of this complaint & to remedy these unfair conditions so as to stop these problems before we are forced to file a

(3)

Civil Law Suit. We are being treated unfairly & subjected to cruel & unusual punishment as well as being deprived of our rights. We are not animals & should not be & will not be treated in this way.

We the undersigned, are witness to the above mentioned problems & are in agreement that the violations do exist and that we are being deprived of our rights & request something be done immediately to change this, or we will file suit.

Respectfully,

Witness:

1. Thomas White
2. Kyle Bry
3. Anthony Reese
4. Romell Russaw
5. Johnetry Kelley
6. Sam Corbitt
7. [illegible] M Case
8. Derrick T Lee
9. Lonnie Butler
10. [illegible]
11. [illegible] Thompson
12. [illegible]

13. Cornelius [illegible]
14. Sylvester Bone
15. Donnie Mitchell
16. Maurice J. [illegible]
17.
18.
19.
20.
21.
22.
23.
24.

St. Rocco & Commelau Property Larry

# INMATE GRIEVANCE FORM

DATE: Sept. 1st, 2006       POD/CELL LOCATION: F-10

INMATE NAME: Thomas White    INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: I'm filing this grievance because I've asked to have copies made of legal mail, (4e) legal documents from clerk of court & appointed attorney that are proof of my rights being violated - I was told that this administration "does not" make copies - only provides inmate with carbon paper to make copies. Well carbon paper isn't any good to copy letters from attorney or clerk etc. I need copies made of my legal work. Federal & State law says you will provide copy service to me & I need it badly.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I am an indigent inmate & am requesting that this administration provide me with copy service as I am entitled too under state & federal law. I am also requesting to be provided with a copy of this to include your response & signature for my own personal records, thank you.
Respectfully, Thomas White

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

## INMATE GRIEVANCE FORM

DATE: Sept 1st, 2006  POD/CELL LOCATION: F-10

INMATE NAME: Thomas White  INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: I am filing this grievance because of the law library... the law library is not up to date... does not have the most important books that is essintial to the rights of inmates ie "Criminal Rules of procedure, titles 13 & 14 Prisoners rights handbook etc, etc. The law library here is not of any benefit or use to inmates who desperately need (& are guarenteed to) to have access readily available so as to help prepare for cases/trials etc.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? to update law library, & to provide every possible documentation, book & memos to the benefit & availablity to all incarcerated inmates housed at this facility. Again... this is a request to be entitled to, & provided to myself and all inmates housed here at this jail to have access to the = updated & current laws, procedures guidelines by the State of Alabama & under Constitution of United States of America. I request copy of this with your Response & Signature please.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

Lt. Rocco & Commander McCurty

# INMATE GRIEVANCE FORM

DATE: Sept. 1st, 2006   POD/CELL LOCATION: F-10

INMATE NAME: Thomas White   INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: The medication is being passed out not by nurses, but by C.O.'s which are not qualified to handle medication. Medication should be passed out only by nurses or registered personnel, that are allowed by DEA & Fed laws. Common correctional officers are not qualified, or competent to pass out federally guarded medication(s). Also a "trustee" certain should not be allowed to accompany med. cart. I am requesting a copy of this & your response to this for my personal records.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Only allow Registered Nurse, or LPN, or federally certified competent officers/officially authorized to handle medication to be able to pass out medication(s). This administration is in direct violation of Federal & State laws by allowing simple corrections officers & trustees to pass out medications to package/handle/dispense medication. I am requesting copies of all grievances I file to be allowed to include your response on any copies or all responses.

OFFICER RESPONSE OR FINDING? 

SGT. ON DUTY RESPONSE: 

* * * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 

CORRECTIONS OFFICER SIGNATURE: 

INMATE SIGNATURE:

To: Lt. Rocco - and Commander Cmd: Capt. Deese
 Sheriff +
 Co. Commissioners

# INMATE GRIEVANCE FORM

DATE: Sept. 4th, 2006   POD/CELL LOCATION: Food Area

INMATE NAME: Thomas White   INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: This grievance is being filed on behalf of all inmates housed within the Houston Co Jail. Today's "Dinner Meal" (6:00pm) was an outrage to all inmates here at the jail. It consisted of Turkey Slices (cold) + less than one spoonful of stuffing (about the size of a large egg) a spoonful of carrots + 1 (1oz) piece of "burned" cake. We (the inmates) have repeatedly complained to this Administration, but to no avail or no change for the better — if anything it (the food) has gotten worse. We are not animals, and will not tolerate being treated as animals or sub-human creatures. The food is/has been full of bugs, unbalanced diet, inadequate portions + nowhere close to Federal + State Guidelines.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Either "Fire" all Steward + replace with Competent Dieticians + Steward who will "without fail", oversee + serve better food, free of bugs + balanced meals, + adequate amounts or we will enter into a "Class Action" lawsuit against Houston Co. ie Co Jail, administrator Lts. + as well as Sheriff + Co Commissioners. Attached to this grievance is list of witnesses who swear under oath that they all are + have been subjected to above mentioned wrong doings. Thomas White

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

To: Lt. ROCCO & Commander McCurry

# INMATE GRIEVANCE FORM

Sheriff Glover & Co Commissioners

DATE: Sept. 4th, 2006

POD/CELL LOCATION: E-Pod

INMATE NAME: Thomas White

INMATE NUMBER: 28827

Russ

NATURE OF GRIEVANCE OR INFORMATION: This grievance is being filed on behalf of all inmates housed within the Houston Co. Jail. Today's "dinner meal" (6:00pm) was an outrage to all inmates here at the jail. It consisted of: Turkey slices (cold) & less than "one spoonful" of stuffing (A portion about the size of a large egg), A spoonful of carrots & one piece of burned cake. We the inmates have repeatedly complained to this administration, but to no avail or no change for the better, if anything - the food has gotten worse. We are not animals, and will not tolerate being treated as animals or sub-human creatures. The food has been/is constantly full of bugs, an unbalanced nutritional diet, inadequate amounts - & not the quality, quantity, or types that Federal & State guidelines call for. We insist upon being treated with more respect & fed as we should be.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT?
_____
_____
_____
_____
_____
_____
_____

## WITNESSES:

| # | Name | Signature | # | Name | Signature |
|---|------|-----------|---|------|-----------|
| 1 | Thomas P. White | Sig Thomas White 28827 | 19 | David M. Cross | Sig David Cross |
| 2 | Curtis Mayes | Sig Curtis Mayes 13476 | 20 | Christopher White | Sig Christopher White |
| 3 | Travis Cummings | Sig Travis Cum | 21 | Derrick Lee | Sig Derrick Lee |
| 4 | Lonnie Butler | Sig Lonnie Butler 58962 | 22 | Stewart Corbitt | Sig Stewart Corbitt |
| 5 | Patrick Thompson | Sig Patrick Thompson 58366 | 23 | Sylvester Bowie | Sig |
| 6 | Brad Culver | Sig Brad Culver | 24 | Maurice Tyner | Sig Maurice Tyner |
| 7 | Raymond K. Bryant | Sig Ray K. Br | 25 | Tony Raylon | Sig Tony Raylon |
| 8 | Jeremy McKenzie SGT. ON DUTY RESPONSE: | Sig Jeremy McKenzie | 26 | Denayre Hayes | Sig Denayre Hayes |
| 9 | Reginald Underwood | Sig Reginald Underwood | 27 | | Sig |
| 10 | Anthony Reese | Sig Anthony Reese | 28 | | Sig |
| 11 | Marcos Domongore | Sig Marcos Domongore | 29 | | Sig |
| 12 | Johnathan Kelley | Sig Johnathan Kelley | 30 | | Sig |
| 13 | Johnny Owens | Sig | 31 | | Sig |
| 14 | David Mitchell | Sig David Mitchell | 32 | | Sig |
| 15 | Johnny Jozier | Sig Johnny Jozier | 33 | | Sig |
| 16 | Cornelius Whitehurst | Sig Cornelius Whitehurst | 34 | | Sig |
| 17 | Romell Russaw | Sig Romell Russaw | 35 | | Sig |
| 18 | Mark Ford | Sig Mark Ford | 36 | | Sig |

* * * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____

To: M. Reed & Commissioner                 c/o copy to
                                           Sheriff Glover &
# INMATE GRIEVANCE FORM                    Co. Commissioners

DATE: Sept. 5th, 2006        POD/CELL LOCATION: F-pod

INMATE NAME: Thomas White    INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: I was on docket call today (9/5/06). I was at the courthouse waiting to see Judge Jackson, when I couldn't hold my urine — I had held it for abt 1 hour, & couldn't hold it any longer — I asked the officer (Officer Dunnham) to please allow me to go to the restroom. She refused to let me go. I asked her again please let me go to the bathroom that I can't hold it any longer, or at least call another officer to take me. She refused. I then had to ask the Judge (Jackson) to please instruct officer Dunnham to take or have me taken to restroom — Judge Jackson had to instruct the officer to have me taken to restroom. Judge Jackson is my witness to this.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I would like for officer Dunnham to be fired or suspended for not allowing me to use restroom & for physically assaulting me by shoving me to my chair when all I was doing was pleading with her & Judge Jackson to "allow" me to use the bathroom — I am 41 years old (not a child) I know when I must use the bathroom. I held it as long as I could. If she isn't fired or suspended I assure you I will be filing 1983 civil suit. Thos White

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

St. Rocco's Commence MMCCEBP

Burl

# INMATE GRIEVANCE FORM

DATE: Sept. 1st, 2006  POD/CELL LOCATION: F-10

INMATE NAME: Thomas White  INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: I am filing this grievance because of how the grievance/request procedure is in violation to the rules of procedure as mandated by both state & federal law. When an inmate files a grievance or request the officer gives "one" of the "two" copies back to inmate. This leaves inmate with a copy with "no response" for the inmate to keep for his own records (?) such as to have documented proof of negligence or whatever by dept. officials. It is a violation of equal protection & due process which is "guaranteed" by both state & federal requirements.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Either make grievance/requests forms in "triplicate" so as to allow administration 1 copy — inmates file/records 1 copy & also to provide 1 copy to inmate to keep for personal records/proof. I've got 2 (two) grievance forms that I've never got a response too... why? Well, I suppose that the officer I filed grievance against throwed them away, this is violating my rights & I am requesting a copy of your response to this for my own records — Respectfully, Thomas White

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: _____

* * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: _____

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: _____