AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Thomas P. White
Plaintiff

v.

Houston Co Jail, Commissioners, Sheriff, Commander & Lt, Et. Al.
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:06cv961-WKW

I, __Thomas White__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Houston Co. Jail Dothan AL. 36301  901 E. Main St.__
   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   "Self" Dec '01

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes    ☒ No
   d. Disability or workers compensation payments     ☐ Yes    ☒ No
   e. Gifts or inheritances                           ☒ Yes    ☐ No
   f. Any other sources                               ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

*Enclosed is fund sheet showing "All" Monies I've got from family members,,, I now owe $64.72 for Medical*

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    *None*

I declare under penalty of perjury that the above information is true and correct.

_Oct 20th '06_ _____  _/s/ Thomas White/_ _____
Date                                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
Southern _____ DIVISION

Thomas P. White )
# 28827 F-pod )
901 E. Main St. )
Dothan Al. 36301 )
**Plaintiff(s)** )
)
v. )     1:06cv961-WKW
)
Houston Co. Jail & Commissioners )
Sheriff Glover, Comm. McCarty & )
Lt. K. Rocco, Houston Co. Courthouse )
114 S. Oates St Dothan Al. 36301 )
**Defendant(s)** )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Thomas P. White # 28827

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Thomas White
Plaintiff(s) signature

```
                              HOUSTON COUNTY JAIL
                   ==================================================
                                Resident Account Summary
                           Thursday, September 21, 2006  @12:58
                   ==================================================
For CIN: 28827     WHITE, THOMAS PEEL
-----------------------------------------------------------------------------------
   Date     Transaction Description              Amount   Balance    Owed    Held   Reference
-----------------------------------------------------------------------------------
09/08/2006  MEDCO     TYL                          0.50     0.00    64.72    0.00
08/30/2006  MEDCO     TYL                          0.50     0.00    64.22    0.00
08/25/2006  MEDCO     CRNP,ELAVIL,COLDPACK08220   35.00     0.00    63.72    0.00
08/22/2006  MEDCO     TYL                          0.50     0.00    28.72    0.00
08/22/2006  MEDCO     ANT                          0.50     0.00    28.22    0.00
08/15/2006  MEDCO     TYL                          0.50     0.00    27.72    0.00
07/12/2006  MEDCO     LPN=NC, BENADRYL070606      10.00     0.00    27.22    0.00
06/03/2006  MEDCO     TYL/ANT/GAS                  1.50     0.00    17.22    0.00
05/16/2006  <MEDCO>   TYL                         -0.03     0.00    15.72    0.00
05/16/2006  MEDCO     TYL                          0.50     0.03    15.75    0.00
05/09/2006  EPR       OID:100035584-ComisaryPur   -9.97     0.03    15.25    0.00
05/06/2006  <MEDCO>   Payment for MEDCO on 2006   -0.81    10.00    15.25    0.00
05/06/2006  <MEDCO>   Payment for MEDCO on 2006   -9.19    10.81    16.06    0.00
05/06/2006  DEPMO     SALINA 55083308             20.00    20.00    25.25    0.00
04/07/2006  MEDCO     TYL                          0.50     0.00    25.25    0.00
04/05/2006  MEDCO     TYL                          0.50     0.00    24.75    0.00
03/28/2006  <MEDCO>   TYL                         -0.44     0.00    24.25    0.00
03/28/2006  MEDCO     TYL                          0.50     0.44    24.69    0.00
03/13/2006  EPR       OID:100034294-ComisaryPur   -9.56     0.44    24.19    0.00
03/12/2006  <MEDCO>   Payment for MEDCO on 2006  -10.00    10.00    24.19    0.00
03/12/2006  DEPMO     08-487825643                20.00    20.00    34.19    0.00
03/09/2006  MEDCO     LPN,IBU021706               15.00     0.00    34.19    0.00
03/08/2006  <MEDCO>   LPN,DOXY,DECADRON030206     -0.81     0.00    19.19    0.00
03/08/2006  MEDCO     LPN,DOXY,DECADRON030206     20.00     0.81    20.00    0.00
03/08/2006  MEDCO     VOID-LPN,DOXY,DECADRON030  -16.00     0.81     0.00    0.00
03/08/2006  <MEDCO>   VOID-LPN,DOXY,DECADRON030   0.81     0.81    16.00    0.00
03/08/2006  <MEDCO>   LPN,DOXY,DECADRON030206     -0.81     0.00    15.19    0.00
03/08/2006  MEDCO     LPN,DOXY,DECADRON030206     16.00     0.81    16.00    0.00
02/28/2006  EPR       OID:100033765-ComisaryPur  -44.50     0.81     0.00    0.00
02/25/2006  DEPMO     JOE BUSH 08539271910        20.00    45.31     0.00    0.00
02/25/2006  DEPMO     08391189425-JOHN            25.00    25.31     0.00    0.00
02/15/2006  EPR       OID:100033323-ComisaryPur  -20.00     0.31     0.00    0.00
02/08/2006  EPR       OID:100033159-ComisaryPur  -19.90    20.31     0.00    0.00
02/07/2006  DEPCASH   CHASITY                     40.00    40.21     0.00    0.00
01/25/2006  EPR       OID:100032757-ComisaryPur   -3.00     0.21     0.00    0.00
01/20/2006  ERF       OID:100032308-ComisaryRef    3.00     3.21     0.00    0.00
01/18/2006  EPR       OID:100032394-ComisaryPur  -30.40     0.21     0.00    0.00
01/11/2006  EPR       OID:100032308-ComisaryPur  -49.75    30.61     0.00    0.00
01/10/2006  DEPMO     J WHITE08-419686743         80.00    80.36     0.00    0.00
01/04/2006  EPR       OID:100032126-ComisaryPur  -19.75     0.36     0.00    0.00
12/27/2005  DEPCASH   CANDICE                     20.00    20.11     0.00    0.00
12/20/2005  EPR       OID:100031740-ComisaryPur   -4.90     0.11     0.00    0.00
12/13/2005  EPR       OID:100031645-ComisaryPur  -20.10     5.01     0.00    0.00
12/12/2005  DEPCASH   CANDICE                     25.00    25.11     0.00    0.00
12/07/2005  EPR       OID:100031351-ComisaryPur   -4.40     0.11     0.00    0.00
12/03/2005  <MEDCO>   Payment for MEDCO on 2005   -0.49     4.51     0.00    0.00
12/03/2005  DEPMO     MAIL 08400213766             5.00     5.00     0.49    0.00
12/02/2005  <MEDCO>   TYL                         -0.01     0.00     0.49    0.00
12/02/2005  MEDCO     TYL                          0.50     0.01     0.50    0.00
11/20/2005  EPR       OID:100030954-ComisaryPur   -3.20     0.01     0.00    0.00
11/15/2005  EPR       OID:100030799-ComisaryPur  -18.40     3.21     0.00    0.00
11/14/2005  ERF       OID:100030065-ComisaryRef    1.50    21.61     0.00    0.00
11/14/2005  DEPCASH   CANDICE                     20.00    20.11     0.00    0.00
11/07/2005  EPR       OID:100030476-ComisaryPur  -39.64     0.11     0.00    0.00
11/07/2005  <MEDCO>   Payment for MEDCO on 2005   -0.25    39.75     0.00    0.00
11/07/2005  DEPMO     JOHN WHITE 08296213798      40.00    40.00     0.25    0.00
11/01/2005  <MEDCO>   TYL                         -0.25     0.00     0.25    0.00
11/01/2005  MEDCO     TYL                          0.50     0.25     0.50    0.00
10/24/2005  EPR       OID:100030065-ComisaryPur  -20.15     0.25     0.00    0.00
-----------------------------------------------------------------------------------
                                   Page 1
```

```
                              HOUSTON COUNTY JAIL
              ==================================================

                            Resident Account Summary
                        Thursday, September 21, 2006  @12:58

              =====================================================================
For CIN: 28827     WHITE, THOMAS PEEL
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 10/18/2005 | DEPMO | 08326734218--IVEY LOTT | 20.00 | 20.40 | 0.00 | 0.00 | |
| 10/12/2005 | EPR | OID:100029659-ComisaryPur | -18.60 | 0.40 | 0.00 | 0.00 | |
| 10/07/2005 | <MEDCO> | Payment for MEDCO on 2005 | -0.50 | 19.00 | 0.00 | 0.00 | |
| 10/07/2005 | <MEDCO> | Payment for MEDCO on 2005 | -0.50 | 19.50 | 0.50 | 0.00 | |
| 10/07/2005 | DEPMO | 08315262685--HAWK GODWIN | 20.00 | 20.00 | 1.00 | 0.00 | |
| 10/03/2005 | MEDCO | TYL | 0.50 | 0.00 | 1.00 | 0.00 | |
| 09/21/2005 | EPR | OID:100029120-ComisaryPur | -0.90 | 0.00 | 0.50 | 0.00 | |
| 09/13/2005 | EPR | OID:100028810-ComisaryPur | -24.10 | 0.90 | 0.50 | 0.00 | |
| 09/12/2005 | DEPMO | 08315251661 | 25.00 | 25.00 | 0.50 | 0.00 | |
| 09/12/2005 | MEDCO | ANT | 0.50 | 0.00 | 0.50 | 0.00 | |
| 09/05/2005 | EPR | OID:100028700-ComisaryPur | -0.18 | 0.00 | 0.00 | 0.00 | |
| 08/16/2005 | EPR | OID:100027996-ComisaryPur | -20.20 | 0.18 | 0.00 | 0.00 | |
| 08/09/2005 | EPR | OID:100027598-ComisaryPur | -20.05 | 20.38 | 0.00 | 0.00 | |
| 08/08/2005 | DEPCASH | GINA JOHNSON | 20.00 | 40.43 | 0.00 | 0.00 | |
| 08/08/2005 | DEPCASH | HAWK | 20.00 | 20.43 | 0.00 | 0.00 | |
| 08/02/2005 | EPR | OID:100027409-ComisaryPur | -29.60 | 0.43 | 0.00 | 0.00 | |
| 07/29/2005 | DEPMO | 4485287168--MAIL | 30.00 | 30.03 | 0.00 | 0.00 | |
| 07/26/2005 | EPR | OID:100027257-ComisaryPur | -0.60 | 0.03 | 0.00 | 0.00 | |
| 07/19/2005 | EPR | OID:100027101-ComisaryPur | -19.70 | 0.63 | 0.00 | 0.00 | |
| 07/12/2005 | EPR | OID:100026837-ComisaryPur | -23.30 | 20.33 | 0.00 | 0.00 | |
| 07/12/2005 | <MEDCO> | ANT | -0.50 | 43.63 | 0.00 | 0.00 | |
| 07/12/2005 | MEDCO | ANT | 0.50 | 44.13 | 0.50 | 0.00 | |
| 07/03/2005 | EPR | OID:100026574-ComisaryPur | -35.90 | 44.13 | 0.00 | 0.00 | |
| 07/03/2005 | DEPCASH | VISITOR | 80.00 | 80.03 | 0.00 | 0.00 | |
| 05/17/2005 | EPR | OID:100025262-ComisaryPur | -0.37 | 0.03 | 0.00 | 0.00 | |
| 05/10/2005 | EPR | OID:100025027-ComisaryPur | -4.60 | 0.40 | 0.00 | 0.00 | |
| 05/09/2005 | DEPCASH | INITIAL DEPOSIT | 5.00 | 5.00 | 0.00 | 0.00 | |