IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS P. WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-961-WKW |
| | ) |
| **HOUSTON COUNTY JAIL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, the Houston County Jail, Houston County Sheriff Lamar Glover, Houston County Commissioners, et al, Commander Will McCarty and Lieutenant Kris Rocco.

Dated this 3rd day of November, 2006.

                         Respectfully submitted,

                         **s/Gary C. Sherrer**
                         GARY C. SHERRER (SHE016)
                         Attorney for Above-Referenced Defendants
                         SHERRER, JONES & TERRY, P.C.
                         335 West Main Street
                         Dothan, Alabama 36301
                         Telephone: (334) 678-0100
                         Fax: (334) 678-0900
                         E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Thomas P. White, #28827, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 3rd day of November, 2006.

                                        **s/Gary C. Sherrer**
                                        OF COUNSEL