IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

1

Thomas P. White, \*
   Plaintiff, \*  Civil Action No. 1:06-CV-961-WKW
vs. \*
Houston Co. Jail, et al., \*
   Defendants \*

## Request For Appointment Of Counsel

Comes Now, Thomas P. White, ["White"] an inmate housed at Houston Co. Jail, and is indigent and due to "Whites" lack of education or knowledge in Civil Suit proceedings, plaintiff is making request to have Appointment of Counsel.

## Certificate Of Service

I, Thomas P. White, [Plaintiff] hereby certify that I have served a copy of the foregoing "Request for Counsel" to Clerk Of The United States (Middle District) Court P.O. box 711 Mont. Al. 36101 by placing a copy of the same in the U.S. mail, postage paid and properly addressed on this 10th day of November 2006.

                                                 *Thomas P. White*
                                                 Thomas P. White #28627
                                                 901 E. Main St.
                                                 Dothan, Al. 36301

**— Request for Appointment Of Counsel**

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number |
|---|---|---|

IN THE __Middle District__ COURT OF __Montgomery (Southern)__, ALABAMA
       (Circuit, District, or Municipal)              (Name of County or Municipality)

STYLE OF CASE: __Thomas P. White__ v. __Houston Co Jail Et Al.__
                Plaintiff(s)                Defendant(s)

TYPE OF PROCEEDING: __Civil Suit (1983)__  CHARGE(s) (if applicable): __Appointment Of Counsel__

[X] **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
[ ] **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
[ ] **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.
[ ] **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name __Thomas P. White__  Date of birth __10-26-65__
   Spouse's full name (if married) _____
   Complete home address __901 E. Main St (Houston Co Jail) Dothan Al. 36301__
   Number of people living in household __0__
   Home telephone number __0__
   Occupation/Job __0__  Length of employment __0__
   Driver's license number __0__  *Social Security Number __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__
   Employer __0__  Employer's telephone number __0__
   Employer's address __0__

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   [ ] AFDC  [ ] Food Stamps  [ ] SSI  [ ] Medicaid  [ ] Other __Indigent/Incarcerated__

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
   Monthly Gross Income                                                  $ -0-
   Spouse's Monthly Gross Income (unless a marital offense)              -0-
   Other Earnings: Commissions, Bonuses, Interest Income, etc.
   Contributions from Other People Living in Household
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc.
   Other Income (be specific) __Gifts (sometime)__                       -0-
                    **TOTAL MONTHLY GROSS INCOME**                  $ -0-

Monthly Expenses:
  A. Living Expenses                                                  $ __N/A__
     Rent/Mortgage
     Total Utilities: Gas, Electricity, Water, etc.
     Food
     Clothing
     Health Care/Medical
     Insurance
     Car Payment(s)/Transportation Expenses
     Loan Payment(s)

*OPTIONAL

Form C-10  Page 2 of 2   Rev. 2/95

**AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses —0—
Other Expenses (be specific) _____

Sub-Total                                                —0—        A $ _____

B. Child Support Payment(s)/Alimony        $ _____

Sub-Total                                                —0—        B $ _____

C. Exceptional Expenses                           $ _____

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)   $ _____

Total Gross Monthly Income Less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**                                         $ —0—

4. **LIQUID ASSETS:**
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)   $ _____
Equity in Real Estate (value of property less what you owe)
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)       NONE
Other (be specific)
Do you own anything else of value? ☐ Yes ☐ No
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

**TOTAL LIQUID ASSETS**                                               $ —0—

5. **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, <u>if the court appoints an attorney to represent me</u>, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

11/10th day of November, 2006                  _Thomas White_
                                                Affiant's Signature

_____                  Thomas P. White
Judge/Clerk/Notary                              Print or Type Name

**ORDER OF COURT**

**SECTION II.**
IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, 19 ____.

                                                _____
                                                Judge