IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-961-WKW |
| ) | [wo] |
| HOUSTON COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On November 2, 2006, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case to which no timely objections have been made. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 6) is ADOPTED;

2. The plaintiff's claims against the Houston County Jail are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The plaintiff's claims against the commissioners of Houston County are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

4. The Houston County Jail and the commissioners of Houston County are DISMISSED from this action; and

5. This case is REFERRED back to the Magistrate Judge for further appropriate proceedings.

Done this 30th day of November, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE