## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

THOMAS P. WHITE,      )
            )
   **Plaintiff,**     )
            )
v.           ) CIVIL ACTION NO.: 1:06-CV-961-WKW
            )
HOUSTON COUNTY JAIL, et al.,  )
            )
   **Defendants.**    )

## SPECIAL REPORT AND ANSWER

Come now defendants, **Houston County Sheriff Lamar Glover, Commander William B. McCarty and Lieutenant Kris Rocco**, in the above-styled cause and for Answer to plaintiff's Complaint, state as follows:

1.  As to Paragraph 1 of plaintiff's Complaint, defendants assert that at this time they are without personal knowledge or information sufficient to form a belief as to the truth of the averments.

2.  As to Paragraph 2 of plaintiff's Complaint, defendants assert that at this time they are without personal knowledge or information sufficient to form a belief as to the truth of the averments.

3.  As to Paragraph 3 of plaintiff's Complaint, defendants deny that the constitutional rights of plaintiff have been violated and demand strict proof thereof.

4.  As to Paragraph 4 of plaintiff's Complaint, defendants deny that plaintiff's

constitutional rights have been violated at any time.

5. As to Paragraph 5 of plaintiff's Complaint, defendants deny that plaintiff's Constitutional rights have been violated. Defendant asserts that while in the Houston County Jail, plaintiff has never been wrongly deprived of a right protected by the United States Constitution and the court decisions interpretive thereof. For more complete factual information regarding plaintiff's Complaint and defendants' response thereto, please refer to the **Affidavits of Sheriff Lamar Glover, Commander William B. McCarty, Lieutenant Kris Rocco, and Food Service Director Mrs. Jackson** (Exhibits "1", "2", "3", and "4" respectively).

6. As to Paragraph 6 of plaintiff's Complaint, defendants assert that the plaintiff is not entitled to any relief from this Court as there has been no violation, constitutional or otherwise.

## AFFIRMATIVE AND ADDITIONAL DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint and the claims therein, or alternatively portions thereof, fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

Any allegations of plaintiff's Complaint not explicitly admitted herein are denied and strict proof is demanded to support such allegations.

### THIRD DEFENSE

Plaintiff is not entitled to any award of punitive damages should this complaint be construed to request them.

## FOURTH DEFENSE

Defendants assert that cities and counties are absolutely immune from punitive damages under §1983. City of Newport v. Fact Concerts, Inc., 453 U.S. 247, 271 (1981).

## FIFTH DEFENSE

Plaintiff is not entitled to any relief requested in the Complaint.

## SIXTH DEFENSE

There is no causal relation between the acts of the defendants and any injury or damage allegedly suffered by the plaintiff.

## SEVENTH DEFENSE

Plaintiff's complaint purports to state claims for or related to inmates other than the Plaintiff. All claims Plaintiff makes on behalf of non-party inmates are due to be dismissed.

## EIGHTH DEFENSE

Defendants affirmatively aver that all of their actions were taken in good faith. Plaintiff cannot recover based upon plaintiff's conclusory, unsupported, bareboned and vague allegations against defendants as they are unsupported by fact or law.

## NINTH DEFENSE

The allegations contained in plaintiff's Complaint against the defendants, sued in their individual capacity, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

## TENTH DEFENSE

Defendants affirmatively deny any and all alleged claims by the plaintiff concerning his alleged deprivation of civil rights.

## ELEVENTH DEFENSE

Should the plaintiff's complaint be construed to state claims under Alabama law, all state claims against defendants in their official capacity are barred because the Eleventh Amendment to the United States Constitution prohibits federal courts from hearing state law claims against state officials under the Doctrine of Pendant Jurisdiction.  Pennhurst State School and Hospital v. Halderman, 465 U.S. 89, 117-121 (1984).

## TWELFTH DEFENSE

All federal claims against defendants in their official capacity are barred by the Eleventh Amendment of the United States Constitution.

## THIRTEENTH DEFENSE

In addition to defendants Eleventh Amendment argument, they further contend that they are not "persons" within the meaning of 42 U.S.C. § 1983.  The plaintiff, by suing defendants in their official capacity, is seeking damages from the State of Alabama.  Neither a state, nor its officials, as sued in their official capacities are "persons" under 42 U.S.C. § 1983.  Will v. Michigan Dept. of State Police, 109 S.Ct. 2304, 2312 (1989) and Hafer v. Melo, 502 U.S. 21, 22-23 (1991).

## FOURTEENTH DEFENSE

Defendants assert the defense of qualified immunity.  Further, defendants plead the privileges, qualified immunities, substantive immunities, state law immunities, absolute immunities, defenses and good faith immunities given to officers of the law, governmental entities or otherwise

in the above styled cause. Defendants state that any action taken by them was made in good faith and in the performance of their duty as Sheriff, Deputy, Officer or Sheriff Department Employee of Houston County, Alabama.

## FIFTEENTH DEFENSE

Defendants assert and plead the defense of substantive or state law immunity under the law of the State of Alabama.

## SIXTEENTH DEFENSE

The Plaintiff cannot recover against Defendants in this case because Alabama law provides sufficient procedural due process remedies for the allegations made by plaintiff herein and such remedies are constitutionally adequate.

## SEVENTEENTH DEFENSE

Defendants assert and plead sovereign immunity provided by Alabama Constitution 1901, Article I, §14.

## EIGHTEENTH DEFENSE

Defendants assert that the allegations within the Complaint and the facts as will be developed are insufficient to invoke the jurisdiction of this Court.

## NINETEENTH DEFENSE

Plaintiff's Complaint does not allege a violation of rights secured by the United States Constitution.

## TWENTIETH DEFENSE

Defendants plead and assert the statutory immunity provided by Act of the Alabama

Legislature, designated as *Act Number 94-640*, effective April 26, 1994, and Codified as *Ala. Code § 6-5-338*, which provides absolute immunity to all peace officers and governmental units.

### TWENTY-FIRST DEFENSE

That the plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to *42 U.S.C. § 1997e(a)*. Specifically, plaintiff has filed this lawsuit against the Houston County Commission without first presenting his claim to the county commission as required by *Ala. Code § 6-5-20;* plaintiff has filed this lawsuit against defendants who are state officers without first exhausting his administrative remedies by filing a claim with and proceeding before the Alabama State Board of Adjustments as required by *Ala. Code § 41-9-60*.

### TWENTY-SECOND DEFENSE

That the Prison Litigation Reform Act amendment to *42 U.S.C. §1997e(c)* mandates the dismissal of plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted or seeks money damages from defendants who are entitled to immunity.

### TWENTY-THIRD DEFENSE

That the plaintiff does not plead or otherwise specifically show a physical injury as required by *42 U.S.C. §1997e(e)* which provides that

> *No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury.*

### TWENTY-FOURTH DEFENSE

That the plaintiff failed to comply with *28 U.S.C. §1915* with respect to the requirements and limitations inmates must follow in filing in forma paupers actions in federal court.

## TWENTY-FIFTH DEFENSE

That, pursuant to *28 U.S.C. §1915(f)*, plaintiff be required to make payment for all court costs in this matter in the same manner as provided for filing fees in *28 U.S.C. §1915(a)(2)*.

## TWENTY-SIXTH DEFENSE

Pursuant to *28 U.S.C. §1915A,* this court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from defendants who are state officers entitled to immunity. Plaintiff does not allege or provide facts to establish that he has in any way suffered injury or damage related to his complaints other than he disagrees with the procedures of the Houston County Jail. These same standards are continued and provided for in *42 U.S.C. §1997e(c)*.

## TWENTY-SEVENTH DEFENSE

Defendants assert the affirmative defense of the contributory negligence of plaintiff.

## TWENTY-EIGHTH DEFENSE

Defendants assert the affirmative defense of the assumption of the risk by plaintiff.

## TWENTY-NINTH DEFENSE

Defendants assert the truth as a defense in this case.

## THIRTIETH DEFENSE

Defendants assert the affirmative defense of waiver which constitutes an avoidance or affirmative defense in this action.

## THIRTY-FIRST DEFENSE

Defendants deny that they breached a duty or obligation owed to the plaintiff.

## THIRTY-SECOND DEFENSE

In response to plaintiff's averments of wanton conduct and claims for punitive damages, the defendants allege that:

1.      Plaintiff's claims for punitive damages are prohibited by the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and Article I Section 6 of the Alabama Constitution.

2.      Plaintiff's claims for punitive damages are prohibited by the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution and Article I, Section 6, 1 and 22 of the Alabama Constitution.

3.      Plaintiff's claims for punitive damages are prohibited under the Contract Clause of Article I, Section 10 of the United States Constitution.

4.      Plaintiff's claims for punitive damages violate the Due Process Clause of the Fourteenth Amendment of the United States Constitution that the claims for punitive damages are vague and not rationally related to any legitimate government interests.

5.      Plaintiff's claims for punitive damages violate the Sixth Amendment of the United States Constitution in that the claims for punitive damages are claims which are penal in nature, entitling the defendants to the same procedural safeguards accorded to a criminal defendant under the Sixth Amendment.

6.      Plaintiff's claims for punitive damages violate the Self Incrimination Clause of the Fifth Amendment of the United States Constitution in that the damages claimed are penal in nature while the defendants are required to disclose documents and/or other evidence without safeguard against self-incrimination set out in the Fifth Amendment.

7.      Plaintiff's claims for punitive damages violate the Fifth Amendment of the United States Constitution, which prohibits deprivation of life, liberty or property except by due process of law and that the claims for punitive damages are vague and not rationally related to any legitimate government interest.

8.      Plaintiff's claims for punitive damages violate the rights guaranteed by the United States Constitution in that the claim for punitive damages is penal in nature for which the burden of proof on plaintiff is less than the "beyond a reasonable doubt" standard required in criminal cases.

9.      Plaintiff's claims for punitive damages are unconstitutional under the Constitution of the State of Alabama which provides in Article I, Section 6, that no person shall be deprived of life, liberty or property, except by due process of law, and that the punitive damages claimed are vague and not rationally related to any legitimate governments interests.

10.     Plaintiff's claims for punitive damages are unconstitutional under the Constitution of the State of Alabama which provides in Article I, Section 6, that no person shall be deprived of life, liberty or property, except by due process of law, in that the punitive damages claimed which are penal in nature, require a burden of proof on the plaintiff which is less than a "beyond a reasonable doubt" burden of proof required in criminal cases.

11.    Plaintiff's claims for punitive damages are unconstitutional under the Constitution of the State of Alabama in that they violate Article I, Section 6, by claiming punitive damages which are penal in nature while the defendants are compelled to disclose documents and/or other evidence without a constitutional safeguard against self-incrimination.

## THIRTY-THIRD DEFENSE

Plaintiff's claims for punitive damages are barred by the provisions of *Ala. Code §§ 6-11-20, 6-11-21, 6-11-26 and 6-11-27.*

## THIRTY-FOURTH DEFENSE

Defendants are entitled to immunity under state law from any state law claims deemed to be asserted by the plaintiff.

## THIRTY-FIFTH DEFENSE

Defendants are immune from punitive damages under *42 U.S.C. § 1983 and 42 U.S.C. § 1985.* See for example, <u>Ex parte Thomas J. Purvis (Re: Akers v. Mobile County, et als.)</u>, 689 So.2d 794 (Ala. 1996); <u>Ex parte Bryan Davis</u>, 930 So.2d 497 (Ala. 2005); and <u>Ex parte Jason Lowell Blankenship</u>, 893 So.2d 303 (Ala. 2004).

## THIRTY-SIXTH DEFENSE

To the extent that plaintiff's claims are premised upon a *respondeat superior* theory, said claims are due to be dismissed because the plaintiff cannot recover for claims which are premised upon a *respondeat superior* theory.

## THIRTY-SEVENTH DEFENSE

Defendants further request this Court to strike all claims against fictitious defendants as there

is no fictitious party practice under the Federal Rules of Civil Procedure.

### THIRTY-EIGHTH DEFENSE

The Sheriff and Deputy Sheriffs are state officers and are policy makers for the State of Alabama.  Under the Alabama Constitution of 1901, sheriffs are specifically designated as *state* executive officials. *Id. § 112 ("The executive department shall consist of a governor, lieutenant governor, attorney general, state auditor, secretary of state, state treasurer, superintendent of education, commissioner of agriculture and industries, and a sheriff for each county.") "[A]n Alabama Sheriff acts exclusively for the state rather than for the county in operating a county jail."* Turquitt v. Jefferson County, Ala., 137 F.3d 1285 (11th Circuit 1998) (en banc).

### THIRTY-NINTH DEFENSE

There was no policy or custom of Sheriff Lamar Glover that was executed by any employee of the Houston County Sheriff that caused any injury to the plaintiff.

### FORTIETH DEFENSE

Defendants assert that plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and request this Court pursuant to *42 U.S.C. § 1988* to award defendants reasonable attorneys fees and costs incurred in the defense of this case.

### FORTY-FIRST DEFENSE

With regard to the plaintiff's claims regarding the Jail's Law Library, the plaintiff must show not only that there was some limitation of access, but further, that he was somehow actually prejudiced by the limitation of access. Chandler v. Barid, 926 F.2d 1057 (11th Cir. 1991).

## FORTY-SECOND DEFENSE

The United States Supreme Court in <u>McMillian v. Monroe County, Alabama</u>, 520 US 781, 793, 117 S.Ct. 1734, 1740, 138 L.Ed.2d1 (1997), unequivocally held that *"Alabama sheriffs, when executing their law enforcement duties, represent the State of Alabama, not their counties."* In so holding the Court found as a matter of law that the governing body of counties, the county commission, *"cannot instruct the sheriff how to ferret out crime, how to arrest a criminal, or how to secure evidence of a crime,"* 117 S.Ct. At 1739. The Court went on to find that a *"county commission thus has no direct control over how the sheriff fulfills his law enforcement duty...."* Id.

## FORTY-THIRD DEFENSE

Plaintiff cannot establish federal law claims under *42 U.S.C. § 1983* against defendants.

## FORTY-FOURTH DEFENSE

Plaintiff cannot recover for claims under *§ 1983* against Sheriff Glover in his official capacity and are due to be dismissed for lack of subject matter jurisdiction, as such are barred by the Eleventh Amendment to the United States Constitution.

## FORTY-FIFTH DEFENSE

Additionally, since an action under *§ 1983* against defendant Sheriff Lamar Glover in his official capacity is, in essence, a suit against the State of Alabama, such suit is due to be dismissed against the State pursuant to Rule 12(b)(4) and rule 12(b)(5) of the Federal Rules of Civil Procedure for insufficiency of process and insufficiency of service of process.

### FORTY-SIXTH DEFENSE

No facts have been alleged sufficient to state a claim against the State of Alabama under *§ 1983.*

### FORTY-SEVENTH DEFENSE

Plaintiff's claims against defendant Glover in his individual capacity under *§ 1983* are due to be dismissed due to the plaintiff's failure to allege a violation of the Constitutional right to which plaintiff is entitled. The plaintiff has not adequately alleged a violation of the constitutional right to which the plaintiff is entitled under the Eighth Amendment or Fourteenth Amendment against Sheriff Glover. Further, *§ 1983* provides substantive rights, but only provide a remedy for the violation of constitutional rights.

### FORTY-EIGHTH DEFENSE

Plaintiff cannot recover under claims against defendant Glover in his individual capacity under *§ 1983,* as plaintiff failed to meet the heightened pleadings standard required for *§ 1983* claims. Plaintiff fails to allege with any degree of particularity or specificity the acts or omissions of Sheriff Glover that allegedly violated plaintiff's constitutional rights.

### FORTY-NINTH DEFENSE

Plaintiff's Complaint does not allege that Sheriff Glover, Commander McCarty or Lieutenant Rocco participated directly in any alleged constitutional violation, nor are there any allegations of an affirmative causal link between Sheriff Glover's conduct and the alleged constitutional deprivation. Therefore, defendant Glover is entitled to qualified immunity from suit.

---

### FIFTIETH DEFENSE

Plaintiff cannot recover under any state law claims against defendants in their individual and official capacities.

### FIFTY-FIRST DEFENSE

Defendants are officers of the State of Alabama and therefore are entitled to sovereign immunity as to plaintiff's state law claims.

### FIFTY-SECOND DEFENSE

Further, to the extent that plaintiff seeks damages against defendants on the basis of state law, such claims are barred by the Eleventh Amendment to the United States Constitution as such are in essence a suit against the State of Alabama.

### FIFTY-THIRD DEFENSE

In the Complaint, the plaintiff appears to allege claims against all defendants under the Eighth and Fourteenth Amendments to the United States Constitution and brought under *§ 1983*. Plaintiff's Complaint is a quintessential "shotgun" pleading. For instance, it is not even possible to tell what claim under the Fourteenth Amendment is even alleged, whether it is procedural or substantive due process claim, equal protection claim, or in the alternative, merely cited for the incorporation theory.

### FIFTY-FOURTH DEFENSE

Plaintiff cannot recover on Plaintiff's conclusory, unsupported, bareboned and vague allegations against Defendants unsupported by fact or law.

## FIFTY-FIFTH DEFENSE

Plaintiff's Complaint fails to allege any *specific facts* relating to any action or inaction by Defendants other than the broad, conclusory allegations that Sheriff Glover is the cause of the plaintiff's alleged displeasure. In <u>GJR Investments, Inc. v. County of Escambia, Florida</u>, 132 F.3d 1359 (11th Cir. 1998), the Court held that *"[t]he lack of any allegations in the complaint...tending to show a purposeful discrimination...is not supplied by the opprobrious epithets "willful" and "malicious"..., or by characterizing [the defendant's actions] as an unequal, unjust, and oppressive administration of the laws...These epithets disclose nothing as to the purpose or consequence of [the defendant's actions]..."*


**Defendants respectfully request this court to treat this Special Report and Answer as Motion for Summary Judgment.**


Respectfully submitted,

SHERRER, JONES & TERRY, P.C.


<u>s/Gary C. Sherrer</u>
GARY C. SHERRER, ATTORNEY FOR
THE ABOVE-REFERENCED DEFENDANTS
Alabama Attorney Code No. <u>SHE-016</u>


OF COUNSEL:

SHERRER, JONES & TERRY, P.C.
335 WEST MAIN STREET
DOTHAN, ALABAMA  36301
(334) 678-0100

---

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, do hereby certify that I have served a copy of the foregoing upon Thomas

P. White, #28827, c/o The Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by

placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the

5th day of December, 2006.


                                        **s/Gary C. Sherrer**
                                        OF COUNSEL

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS P. WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 1:06-CV-961-WKW** |
| | ) |
| **HOUSTON COUNTY JAIL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Lamar Glover** who is the Sheriff of Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am Lamar Glover and I am the Sheriff of Houston County, Alabama. My principal duties involve performing the law enforcement duties of a sheriff in the State of Alabama. I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the subject matter of Plaintiff's Complaint and in an attempt to address Plaintiff's claims in this case.

I am generally not directly involved in the day to day operations of the jail.

---

**EXHIBIT 1**

With regard to Plaintiff's claims in this lawsuit, I was not personally or directly involved in the on site in the jail matters alleged by Plaintiff in this lawsuit.

LAMAR GLOVER

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **Lamar Glover**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 5th day of December, 2006.

NOTARY PUBLIC
My Commission Expires: 12-9-08

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-961-WKW |
| | ) |
| HOUSTON COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **William B. McCarty** of the Houston County Sheriff's Department, who is the Commander-Jail Operations for the Houston County Sheriff, Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am William B. McCarty and I am the Commander-Jail Operations of the Houston County Jail, Houston County, Alabama and have been employed by the Houston County Sheriff since June of 2004. My principal duties involve the administration of the Houston County Jail. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the plaintiff's jail inmate file and the subject matter of plaintiff's

**EXHIBIT 2**

Complaint in an attempt to address plaintiff's claims in this case.

I have reviewed the Affidavit with Exhibits of Lieutenant Rocco and I concur with the facts and information contained therein.

WILLIAM B. McCARTY

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **William B. McCarty**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 5th day of December, 2006.

NOTARY PUBLIC
My Commission Expires:     12-9-08

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS P. WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-961-WKW |
| | ) |
| **HOUSTON COUNTY JAIL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Lieutenant Kristin E. Rocco** of the Houston County Sheriff's Department, who is the Jail Administrator for the Houston County Sheriff, Houston County, Alabama, who being by me first duly sworn, deposes and says as follows:

I am Lieutenant Kristin E. Rocco and I am the Jail Administrator of the Houston County Jail, Houston County, Alabama and have been employed by the Houston County Sheriff since 1997. My principal duties involve the administration of the Houston County Jail. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the plaintiff's jail inmate file and the subject matter of plaintiff's Complaint

**EXHIBIT 3**

in an attempt to address plaintiff's claims in this case. According to the Jail records, the plaintiff was at all times relevant to his claims, a pretrial detainee.

The Houston County Jail, as a part of the Inmate Rules and Regulations, provides for an inmate Grievance Procedure. The plaintiff has filed numerous grievances, copies of which are contained in his jail medical file as if they relate to medical treatment and copies of which are contained in his jail inmate file as they relate to other matters. As his files reflect, the plaintiff was well versed in the filing of grievances and inmate request forms. According to his jail inmate file, the plaintiff filed approximately eleven (11) inmate grievances (some appear to be repetitions) related to non-medical issues. These non-medical grievances were addressed by the jail staff. According to the plaintiff's inmate medical file, the plaintiff filed two (2) grievances related to his medical care. The plaintiff's medical grievances were addressed by the Jail Medical Clinic staff.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of the Inmate Rules of the Houston County Jail which contain the inmate instructions on filing a grievance are attached hereto as **Exhibit A** and are incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-301 of the Houston County Jail Policy and Procedure Directive relating to Inmate Rules and Regulations is attached hereto as **Exhibit B** and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-302 of the Houston County Jail Policy and Procedure Directive relating to Receipt of Inmate Rules and Regulations is attached hereto as **Exhibit C** and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary

course of the operation of the Houston County Jail of the plaintiff's Jail Docket Cards showing that the plaintiff received a copy of the Inmate Rules are attached hereto as **Exhibit D**, and are incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of an Inmate Grievance Form available to and as provided to inmates is attached hereto as **Exhibit E**, and is incorporated herein by reference as if fully set forth. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-401 of the Houston County Jail Policy and Procedure Directive relating to Inmate Grievances is attached hereto as **Exhibit F** and is incorporated herein by reference as if fully set forth.

The Houston County Jail provides an on site law library for inmates, that contains over 700 reference volumes, including but not limited to, Alabama Reports, Alabama Code, Southern Reporter, Alabama Digests, Moore's Federal Practice, Alabama Rules of Court, Federal Rules of Court, Federal Reporter, Alabama Criminal Code with commentaries, American Jurisprudence 2nd, U.S. Supreme Court Digest, Federal Practice Digest, Florida Rules of Court and a Black's Law Dictionary. The law library is available upon request. A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-103 of the Houston County Jail Policy and Procedure Directive relating to Access to Legal Assistance is attached hereto as **Exhibit G** and is incorporated herein by reference as if fully set forth. According to the records of the jail, the plaintiff was at all times provided reasonable access to the jail's law library. According to his inmate file while in the jail, the plaintiff made four (4) written requests to go the jail law library and was permitted to go each time he made such a request.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-102 of the Houston County Jail Policy and Procedure Directive relating to Access to the Courts is attached hereto as **Exhibit H** and is incorporated herein by reference as if fully set forth.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-601 of the Houston County Jail Policy and Procedure Directive relating to Inmate Correspondence is attached hereto as **Exhibit I** and is incorporated herein by reference as if fully set forth. Indigent inmates are provided two stamps, two envelopes and two sheets of paper on Wednesday of every week. Unlimited postage is made available to indigent inmates for mail sent to the Courts. We also provide carbon paper for the inmates to make copies; otherwise, we do not provide a copy service.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-502 of the Houston County Jail Policy and Procedure Directive relating to Attorney Visitation is attached hereto as **Exhibit J** and is incorporated herein by reference as if fully set forth.

A true and correct copy as kept in the ordinary course of the operation of the Houston County Jail of Policy Number E-602 of the Houston County Jail Policy and Procedure Directive relating to Inmate Telephone Privileges is attached hereto as **Exhibit K** and is incorporated herein by reference as if fully set forth. Inmates may use the telephone to contact their attorneys per this policy.

With regard to plaintiff's claims related to the handling of inmate medications, attached hereto as **Exhibit L** is a copy of a Memo dated March 21, 2003 from Sheriff Glover with attached Attorney

General Opinion addressing the issue.

According to the plaintiff's medical records, when the plaintiff was evaluated by the Jail medical staff upon his incarceration on or about May 12, 2005, the plaintiff weighed 152 pounds. As of October 3, 2006, the plaintiff weighed 169 pounds. During that period of time, the plaintiff gained 17 pounds.

According to the jail records and reports from jail staff, while in the Houston County Jail the plaintiff was disciplined formally several times for various violations of the jail's rules and regulations and his file indicates that he not only knew how to appeal said decisions, but did in fact do so.

I am one of the custodians of the records maintained by the Houston County Jail. A true and correct copy of the plaintiff's jail inmate file as maintained by the officers of the Houston County Jail in the ordinary course of the Jail's day to day business is attached hereto as **Exhibit M**, and is incorporated herein by reference as if fully set forth.

I have investigated the plaintiff's complaints in this lawsuit and have found them to be without basis.

KRISTIN E. ROCCO

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared **Kristin E. Rocco**, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of her information, knowledge and belief.

Sworn to and subscribed before me on this the 5th day of December, 2006.

NOTARY PUBLIC
My Commission Expires:     12-9-08

# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISON
### LAMAR GLOVER, SHERIFF

## INMATE RULES

Order is essential to the safe and secure operation of the jail. Inmate Rules describe the expected behavior of all inmates. Inmates found in violation of rules will be subject to disciplinary action or criminal action depending on the type of violation. Some rule violations will subject the inmate, if found guilty, to sanctions or restriction of privileges. All inmates found guilty of rule violations have a right to appeal. Appeals must be submitted within 24 hours after receiving the sanction or restriction.

## RULES

1.   Uniforms (jump suits) will be worn at all times when an inmate is outside his/her cell.  The uniform must be worn with the wording "Houston County Jail" on the outside, and the uniform must be buttoned completely.  While in the recreation area, inmates may wear the uniform top down around their waist, but they must be wearing a T-shirt. However, females must wear a bra under their T-shirts.  No bare skin will be exposed.

2.   No foreign objects will be placed in the jail doors to keep the door open or prevent locking.  All inmates housed in a cell will be required to keep the cell clean and free of debris.

3.   No paper products or any other type product will be placed over cell windows, vents, doors, cell lights or on walls.

4   No inmate will behave in any manner that is disrespectful to any Sheriff's Department personnel, visitors, or other inmates.

5.   No inmate will initiate any physical contact, assault or attempt to assault, nor perform any act that will endanger any Sheriff's Department personnel, or any other officer, inmate or visitor.

6.   No inmate will waste, abuse, damage, or steal county property or personal property belonging to another inmate.

7.   No inmate will incite any action that will threaten the safety or order of the jail.

8.   No inmate will commit any lewd or indecent sexual act or exhibitions.

EXHIBIT

A

9.  No inmate will possess or attempt to possess contraband either on his/her person, cell, or under his/her control to include testing positive for drugs or alcohol.

10.  Inmates must maintain their cells and common areas in a clean, sanitary, and orderly condition.

11.  No inmate will interfere with Sheriff's Department personnel, nor disobey an order or instructions given by Sheriff's Department personnel.

12.  No inmate will leave his/her authorized area.  Inmates must roll-in to their cells when told to do so.  Females must be seated on their bunk.

13.  Inmates must roll-in at all roll-in times.  Inmates assigned to day room access must be on their mattress at all roll-ins.

14.  No inmate will be allowed to wear a cap, scarf, hat, headrag, etc., or anything covering their hair or head.

15.  No inmate will touch or place any item on the sprinkler head in their cell.

16.  Inmates will not press the call buttons except in case of emergency.

17.  No inmate will pass any item from one pod to another.

18.  Inmates **must** wear identification arm band at all times.

## DAILY SCHEDULE

1.  Roll In/Roll Out times will be posted in the pod.

2.  Inmates will roll-in at shift change times for inmate count and any other time when called by the officers.

3.  Showers will be taken during the following hours:  1:00 P.M. - 2:30 P.M. and 3:30 P.M. - 8:30 P.M.

4.  Religious services will be held on nights scheduled by the Jail Commander.

5.  Meals will be served beginning at approximately the following times:   **Breakfast - 5:00 A.M.**
          **Lunch - 11:00 A.M.**
          **Supper - 5:00 P.M.**

Each inmate is responsible for getting their own tray.  Cups **will** be taken up after the supper meal and returned at the breakfast meal.

2

# PERSONAL ITEMS ALLOWED

**A.  Items Issued**

Uniforms            Blanket
Mattress            Toothbrush
Mattress Cover      Comb
Laundry Bag         Soap
Towel               Toilet Paper
Bath Cloth          Toothpaste

**B.  Clothing Allowed to be Brought Into the Facility**

1.  Undergarments, 6 pair, white only
2.  Socks, white only, 6 pair
3.  T-shirts, (6) white only (no tank-tops or pockets)
4.  Sweatshirt, or thermal underwear, 1 each, elastic
    waistband, no pockets
5.  Shower shoes, 1 pair
6.  Tennis shoes, 1 pair, no shoestrings.  No boots, clogs
    or sandals - must be new
7.  Bras, 3, white, no underwire

**C.  Hygiene Products Allowed
      (One Each)**

1.  Stick deodorant
2.  Bar soap (no liquid soap)
3.  Shampoo (clear plastic bottle)
4.  Hair grease/gel

All hygiene products must be the original container, clear
plastic and must have see-through contents and original
seal.  Never opened. (See Inmate Hygiene Policy page 10)

**D.  Other Items Allowed**

1.  Legal papers
2.  Personal letters (Not to exceed 10 letters)
3.  Soft-back Bible
4.  2 legal pads, letter size, no wire binding
5.  25 envelopes with stamps
6.  2 pencils, lead
7.  2 pens (non-retractable, non-metal point, see-through)
    (no crayons, colored pencils, highlighters or
    markers allowed)

**E.  Commissary Purchases**

1.  Weekend visitors whose name appears on an inmate's
    visitation list may deposit commissary money only into
    the inmate commissary fund of the inmate being visited.

2.  Cash money and only correct amount will be accepted.

**Coins will not be accepted.**

3.  Only certified checks or money orders will be accepted through the mail.

4.  Inmate workers assigned to outside duties will only be allowed to contribute to inmate workers fund on Saturdays and Sundays. Each inmate is allowed $25.00 per week or $5.00 per day. (Inmates are not permitted to have money in the pods or on their person.)

**F.  Acceptance of Personal Items**

The personal clothing worn by an inmate at booking, along with other personal items that are not considered contraband, will be stored in the property room and given back to the inmate at release. **The inmate must sign a property return receipt at release or transfer time.** If considered contraband, i.e., cigarettes, lighters, it will be destroyed after 3 days if not picked up by family members.

**G.  Television**

The televisions are provided in the facility for the convenience and entertainment of the inmate. The floor officer may change channels when he/she deems necessary. The television may be turned off or removed for disciplinary reasons at the discretion of the floor officer.

**H.  Cell Assignments and Institutional Living**

The inmate's cell assignment is the responsibility of the Records and Classification Division. Inmates must return to their assigned cells at all roll-in times.

**When the inmate leaves his/her cell for the dayroom, the bed must be made up neatly.**

Personal items must be stored in the drawer underneath the bunk. Items will not be stored underneath the mattress. Inmates must not alter or destroy any lights, walls, fixtures, or plumbing located in a cell. Inmates assigned to cells without a drawer may place their items neatly at the foot of the bunk.

**J.  Jail Library**

Library books are available once a week at the discretion of the Sergeant assigned library duty. Inmates may check out a maximum of two books per week.

**K.  Inmate Workers (Trustees)**

1.  Requirements for inmate workers:

   a.  Inmate must be convicted.
   b.  Inmate must not have a record of violence or
       sexual crimes or be a high risk.
   c.  All inmates must be medically approved.
   d.  The Jail Commander must approve all inmate workers.
   e.  Inmate must not be convicted of manufacturing or
       trafficking in drugs.

2.  Rules of inmate workers:

   a.  Inmate workers must perform work duties as
       assigned.
   b.  Workers must remain in work areas assigned and may
       be searched at any time.
   c.  Outside workers must inform control of their duties
       and location at all times.
   d.  Inmate workers must not enter control room or
       jailer's booth unless escorted.

L.  Recreational Activities

Basketball goals have been installed in the recreation
areas, and their use is determined by the Sergeant on duty,
weather permitting.

M.  Telephone Calls

1.  Inmates will not receive any telephone calls, nor will
    any messages be forwarded for calls.

2.  Legitimate emergency messages will be handled by the
    supervisor on duty.

3.  The jail personnel will only give out the charge,
    amount of bond, or sentence regarding an inmate.

4.  Inmates may make collect calls using the inmate
    telephone system located in the dayroom.  These
    calls may be monitored or recorded.

5.  Upon written request by inmate, the receptionist
    may call and leave a message for an attorney.

6.  Inmates are not allowed to use a phone in the
    docket area except at the time of booking.

7.  Upon written request by an inmate, the docket officer
    will call a bonding company of the inmate's choice.

N.  Visitor Information

1.  The Houston County Jail is a non-contact visiting jail.
    Only attorneys meeting in private conference with

inmate clients are allowed contact visits.

2. Inmates must complete a visitor list to see visitors. Visitors will not be allowed a visit if their name is not on the visiting cards, including children. Visiting list is restricted to only 8 names.

3. After 7 days, including entry day, the visitation list will not be changed, added to, or deleted, for a period of 60 days.

4. Visitors 16 years and older must present a current photo ID or driver's license before entry. Visitors under 16 years must have a social security card or a birth certificate, or be admitted at the discretion of the supervisor.

5. Only two (2) people, including children, will be allowed to visit per inmate. Visitors must come and leave together. **Split visitation is not allowed.**

6. For cause, the supervision of the jail may refuse an inmate's visitation privileges.

7. Visitor cards will be held by the visitation officer in the lobby. Times will be noted on the card.

8. Weekday visitation may be approved if **proper identification and proof of residency is presented. Weekday visits will only be approved if the visitor shows proof that their residence is a minimum of 100 miles from the Houston County Jail.** Out of town visits are for visitors who can not visit on regular visiting days and proof of the fact is presented. A visitor may not visit on the weekend and during the week day.

9. Inmates are not allowed visitors while serving time on lockdown or lock up time.

10. Visitors will be arrested and prosecuted for bringing or attempting to bring contraband into the jail.

11. Visitors will not wear mini skirts, shorts above the knee, halter tops, tank tops, spaghetti straps, strapless/slit dresses. No see-through clothing or low cut necklines will be worn. No visitor will wear any clothing that exposes the body to bare skin from the shoulders to the knees. Arms are excluded.

### VISITING SCHEDULE

SATURDAY:        8:00 AM to 10:30 AM
                 Pods M thru O, and female inmates,
                 trustees and weekend dorms

6

SATURDAY:          1:00 PM to 3:30 PM
                   Pods I, J, K, L, holding and Nursing

SUNDAY:            8:00 AM to 10:30 AM
                   Pods A thru D

SUNDAY:            1:00 PM to 3:30 PM
                   Pods E thru H

## MAIL

1.  Letters will be inspected for contraband to ensure facility safety.

2.  No hand-delivered mail or packages will be accepted. Envelopes larger than 5X7 will not be accepted.

3.  Inmates may receive money orders through regular mail. The money order must be made payable to:  **Inmate Drawing Account,** and **must include the inmate's name and inmate number.**

4.  **Mail received by the inmates will be documented, opened, and inspected before delivery to the inmate.** Legal mail received by the inmate will be opened by the officer in the presence of the inmate **but not read.**

5.  Outgoing mail will be taken up each morning by the corrections officer.  Incoming mail will be delivered to the inmate daily.

6.  All incoming and outgoing mail must have the sender's **first** and **last name.** No nicknames will be accepted. The envelope must bear the sender's complete address.

EXAMPLE:    John Doe Pod A, B, C, D
            901 East Main Street
            Dothan, Alabama 36301

                            Jane Doe Pod Location
                            901 East Main Street
                            Dothan, Alabama 36301

## LAW LIBRARY

The facility has a constitutionally accepted law library for inmate use.  The inmate must submit a request to the sergeant on duty to visit the library.  The sergeant will arrange for use of the library by pod designation.  Inmates cannot remove any book from the library.  The facility does not provide a librarian.

## LIVING AREA REQUIREMENTS

A. Inmate towel and bath cloth must be hung on the foot of the bed and be centered. The towel will be hung first and the bath cloth hung neatly on the top of the towel.

B. Shoes will be placed underneath the right side of the bunk at the foot of the bunk with toes turned out.

C. The bunk will be neatly made.

D. Bunks will be in compliance from 8:00 AM to 9:00 PM Monday through Friday.

E. On Saturday and Sunday, bunks will be in compliance from 10:00 AM to 9:00 PM.

F. No items will be stored underneath the bunk except shoes. The inmate must keep his area clean and clear of litter.

G. No items of any kind will be placed or stored on the window sill of the cell.

## MEDICAL CARE

A. Inmates are charged a co-pay for medical care at the jail. Inmate medical care is **not** free. Alabama law dictates that inmate medical service is free when the inmates "are unable to provide for themselves," (Code of Alabama 14-6-19).

B. Inmate medical co-pay is taken from the inmate's commissary funds.

C. The inmate will be charged a co-pay for each medical visit and each medical service based on the following fees:

| | |
|---|---|
| Hospital Visit | $20.00 |
| Doctor Visit | $20.00 |
| Practioner Visit | $20.00 |
| LPN Visit | $ 5.00 |
| EMT Visit | $ 2.00 |
| Lab/X-Ray | $20.00 |
| Prescription (each) | $10.00 |
| Non-Prescription (each) | $ .50 |
| Dental visit | $20.00 |

D. Inmates who request medical clearance to perform trustee duties and then refuse to work will be charged $98.00, or actual cost, for their lab work.

E. Inmates are not allowed to ask questions during medication pass.

F. Med call is announced prior to the nurse arriving

in each area.  Any inmate not standing in line by the door will forfeit their medication and be noted as being absent.

## CHAPLAIN SERVICES

A.  The jail has a staff chaplain on part-time duty. However, a 24-hour call is maintained for inmates who request emergency service.

B.  Inmates **must** request chaplain service.  Inmate request forms may be obtained from the corrections officer on duty.

C.  Inmates who are members of an established religious body may be visited by the clergy of the religious body at times listed, Monday thru Friday, during the hours:  9:00 A.M. - 11:00 A.M.
           1:00 P.M. - 2:30 P.M.
           3:30 P.M. - 4:30 P.M.
except during lock-up times or when the inmate is on disciplinary lockdown.  At the discretion of the supervisor on duty, inmates on disciplinary lockdown may be visited by clergy.

D.  Clergy must show proof that they are ministers of an established religious body of which the inmate desiring a visit is a declared member and complete a visitation form provided by the jail facility before they are allowed visitation.  Ministers are required to complete the visitation form only once.

E.  **Pastoral visits are discouraged on Saturdays and Sundays due to weekend visitation except during emergency situations.**

F.  Non-denominational services are held during the evenings on Monday, Tuesday, and Thursday, of each week.  Other services and classes are held at the discretion of the chaplain.

G.  Attendance at religious services is not mandatory for the inmate.  The privilege to attend religious services may be revoked by the supervisor on duty for misbehavior during the service or any violation of the inmate rules.

H.  Clergy who have family members that are incarcerated and a member of the clergy's religious body may visit the inmate once as clergy.  The remaining visits will be on regular visiting time assigned to the inmate. Clergy will be any minister employed by the established religious organization.

9

HOUSTON COUNTY JAIL
POLICY AND PROCEDURE DIRECTIVE

INMATE HYGIENE

Date Issued:  April 14, 2005
Date Effective:  April 24, 2005          Policy Number: E-303
Revision Date:  April 25, 2005

## POLICY:

In order to promote the institutional goals of health, cleanliness, safety and security in the Houston County Jail, it is the policy of the Houston County Jail that except as may otherwise be specifically provided for herein, all inmates, male and female, shall adhere to this policy. Male inmates shall have hair no longer than one inch from their scalp. Additionally, female inmates shall have hair no longer than collar length. There will be no special hairstyles permitted. Furthermore, there shall be no facial hair greater than one-quarter inch (1/4") in length and fingernails shall be clipped to the tip of the finger. Each inmate shall shower daily; this includes shampooing the hair and a change in clothes. Inmates in food service shall wear a clean set of whites daily.

## PROCEDURE:

During the initial booking process, inmates with a set bond, but who are otherwise incarcerated over night, are not subject to the haircut requirement, but they shall not refuse a bath using a delousing soap and shampoo if required by the jail staff. Any inmate booked into the jail without a set bond shall have to comply with all requirements of this policy during the initial booking phase.

A schedule for compliance with this policy shall be set from time to time by the Jail Commander or Jail Administrator.

In the event an inmate wishes to have their haircut shorter, they must fill out an inmate request form and return it to the appropriate staff.

In an additional effort to prevent the spread of infection to other inmates and employees, every cell and holding area, including dayrooms, must be decontaminated using germicidal agents and steam cleaning the showers, floors and walls. This procedure must be done a minimum of once a week for every space in the secure areas of the jail occupied by an inmate, including the docket. The mats used for sleeping must be sprayed with germicide **weekly**.

To ensure this policy is being followed, the ranking Sergeant will perform inspections as may be necessary. Any inmate in non-compliance with this policy is to be reported to the Jail Commander or Jail Administrator and shall be subject to appropriate disciplinary action.

10

## <u>GRIEVANCE PROCEDURE</u>

01.    In the event that an inmate has a grievance, this inmate will send a grievance form to the Senior Corrections Officer, who will investigate and answer the grievance, and will settle this issue. If this is not possible, the Jail Commander may hold a formal hearing.

02.    The Senior Corrections Officer will hear all sides of the situation with a written statement or witnesses, as appropriate and render a decision. This inmate will be informed of the decision in writing. Actions taken will be documented.

Houston County Jail
Policy and Procedure Directive

# INMATE RULES AND REGULATIONS

Date Issued: May 1, 1999                                    Policy Number: E-301

## POLICY:

It is the policy of the Houston County Jail to advise inmates, in writing, of inmate rules and regulations.

## PROCEDURE:

The jail will provide each inmate admitted to general population a copy of the inmate rules and regulations.

The inmate rules and regulations handout will be reviewed by the Jail Administrator and updated as necessary.

ACJS 13-001

**EXHIBIT       B**

Houston County Jail
Policy and Procedure Directive

# RECEIPT OF INMATE RULES AND REGULATIONS

Date Issued:  May 1, 1999                                      Policy Number: E-302

**POLICY:**

It is the policy of the Houston County Jail to inform all new inmates of the inmate rules and regulations.

**PROCEDURE:**

Prior to any inmate being placed in a regular housing unit of the jail, the jail will provide the inmate with a copy of the inmate rules and regulations.

If the inmate is unable to read the inmate rules and regulations, a jail officer will read them to him/her and document the event.  In reading the rules and regulations, the staff member will explain each rule and regulation and answer any questions the inmate may have about the rules and regulations.

The jail officer will complete the Rules and Regulations Receipt form advising the inmate that he/she will be required to abide by those rules and regulations while an inmate in the Houston County Jail.

The inmate will then be required to sign the receipt form.  If inmate refuses, the process will be documented and procedure continued.

The receipt form will be placed in the inmate's file.

**EXHIBIT** C

**HOUSTON COUNTY JAIL**
**JAIL DOCKET CARD**

5-5-05

| INMATE # | 23327 | | | | |
|---|---|---|---|---|---|

| LAST NAME | FIRST | MIDDLE | MAIDEN | ALIAS | 2312 |
|---|---|---|---|---|---|
| White | Thomas Reed | | | | VICTIM NOTIFICATION |

| ARRESTING AGENCY | DATE RECEIVED | TEMP. RELEASE DATE | RETURN DATE | RELEASE DATE | HOW RELEASED |
|---|---|---|---|---|---|
| Houston | 5-5-05 | | | | |

STATUS

| RISK | High Bond $ | | | | | ARRESTING OFFICER |
|---|---|---|---|---|---|---|
| | | | | | | T Nelson |

| AGE | DOB | SSN | RACE | SEX | | | AGENCY HOUSED FOR |
|---|---|---|---|---|---|---|---|
| 39 | 10-26-65 | 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 | W | M | | | Houston |

| | | | FLOOR | CELL | DOCKET OFFICER |
|---|---|---|---|---|---|
| | | | 8F | | Moore |

| | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|
| | 5-8 | 157 | Bro | Bro |

| ENTRANCE NCIC/BY | EXIT NCIC/BY | ENTRANCE HOUSTON/BY | EXIT HOUSTON/BY | ENTRANCE DFD/BY | EXIT DFD/BY | FELONY CRIMINAL HISTORY/BY |
|---|---|---|---|---|---|---|
| Neg C-13 | | Neg J-7 | | Neg C-13 | | Scoffinbry |

| HOLD 1 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 2 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| HOLD 3 | DATE/BY | HOLD RELEASE DATE/BY | HOLD 4 | DATE/BY | HOLD RELEASE DATE/BY |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS | CITY | STATE | PROBATION/PAROLE OFFICER |
|---|---|---|---|
| 407 Oscar Godwin Rd | Dothan | AL | |

| NEXT OF KIN | ADDRESS | CITY/STATE | PHONE | RELATION |
|---|---|---|---|---|
| Candace White | | Dothan, AL | 794-1201 | Daughter |

Religion- None

REMARKS: ALL property Rel on 7/2/05 per request

| DID INMATE RECEIVE PHONE CALL? ( )Y ( )N | DID INMATE RECEIVE JAIL RULES? ( )Y ( )N |
|---|---|
| INMATE SIGNATURE X | INMATE SIGNATURE X |

5-5-05

**EXHIBIT D**

| INMATE # | NAME | | WARRANT # | DC/TR | INDICTMENT# | CC/CS/OR | CONVICTION |
|---|---|---|---|---|---|---|---|
| CHARGE | U.M.C.S. | | NONE | DC-101-05 | 68 | 05-1501 | |
| BOND | #50,000 °° | #6,500 °° | 04/22/05 @ 830 | 7:00.fines @ 8:30 am | | Fnd Guilty | |
| CHARGE | U.P.C.S. | | DC-101-05 | | | 9/08/05 18-36 mo | |
| BOND | #10,000 °° | #6,500 °° | WARRANT # NONE | DC/TR | INDICTMENT# | CC/CS/OR 05-562 | CONVICTION |
| CHARGE | | | 04/22/05 @ 830 | 05-17704 | | | |
| BOND | | | WARRANT # 05-14122 | DC/TR 05-1823 | INDICTMENT# 1702 | CC/CS/OR 05-1563 | CONVICTION |
| CHARGE | Poss firearm W/Altrd | | 6-27-05 6:30 am | | | | |
| BOND | #6500 °° charge | | | | | | |
| CHARGE | SMEAR NEW CHARGE On 5/33/5 | | | | | | |
| BOND | | | | | | | |

# INMATE GRIEVANCE FORM

DATE:_____          INSTITUTION:_____

NAME:_____          INMATE NUMBER:_____

NATURE OF GRIEVANCE OR INFORMATION:

_____
_____
_____
_____
_____
_____

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT ?  _____

_____
_____
_____
_____
_____
_____

DATE HEARING: _____

COMMITTEE FINDING OR RESPONSE:  _____

_____
_____
_____
_____

REFERRED TO:_____          POSITION: _____

CHAIRMAN:_____          MEMBER:_____

MEMBER: _____          WARDEN:_____

AGREE_____ DISAGREE:_____          (WITH COMMITTEE FINDINGS)

CHIEF WARDEN RESPONSE: _____

_____
_____
_____
_____
_____

DATE GRIEVANCE FILED:_____          TIME FILED:_____

SHIFT COMMANDER:

**EXHIBIT**

**E**

Houston County Jail
Policy and Procedure Directive

# INMATE GRIEVANCES

Date Issued: May 1, 1999                                Policy Number: E-401

**POLICY:**

It is the policy of the Houston County Jail that inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response.

**PROCEDURE:**

The Jail Administrator will devise a grievance form to be made available to all inmates on request.  Grievance forms will be limited to one (1) per day per inmate.

Completed grievance forms will be delivered to the Jail Administrator through an appointed grievance officer, who will respond to the grievance.

The grievance response to the inmate will be in writing.

The decision of the Jail Administrator may be appealed to the Sheriff or designee, within seventy-two (72) hours of the receipt of the grievance decision.

**EXHIBIT F**

Houston County Jail
Policy and Procedure Directive

# ACCESS TO LEGAL ASSISTANCE

Date Issued: May 1, 1999                    Policy Number: E-103

## POLICY:

It is the policy of the Houston County Jail that inmates will be granted reasonable access to legal assistance.

## PROCEDURE:

A law library will be provided for inmates.

Access to that library will be provided in accordance with procedures established by the Jail Administrator.

Inmates will be permitted to assist other inmates, on a no-fee basis, with legal research or advice.

Reasonable supplies required for legal research or work will be provided by the jail to inmates requesting such. This is limited to items like paper, pens and envelopes and does not extend to larger items such as typewriters and personal computers.

Inmates may do legal research/and or file legal documents with the courts or an attorney without fear of retribution from any member of the jail staff.

When an inmate receives legal assistance from another inmate, it is not necessary to move either inmate so that they reside in the same housing area either on a temporary or permanent basis. Assistance may be provided through written questions, answers and opinions if the inmates do not reside in the same housing area.

ACJS 6-003

**EXHIBIT G**

Houston County Jail
Policy and Procedure Directive

# ACCESS TO THE COURTS

Date Issued:  May 1, 1999

Policy Number: E-102

## POLICY:

It is the policy of the Houston County Jail that inmate access to the courts shall be governed in a manner which will assist in the provision of the legal rights of the inmate.

## PROCEDURE:

Access of inmates to any court shall not be blocked, denied, delayed or otherwise obstructed by any member of the jail staff.

Any inmate mail addressed to any court shall be forwarded without inspection or delay.

Any court mail addressed to any inmate shall be delivered without inspection or delay.

Letters to/from any court shall not be opened  by jail staff.

Negative sanctions against any inmate for correspondence with any court is prohibited.


NOTE:  The term "court" is inclusive of all agents and officers of the court.


ACJS 6-001

**EXHIBIT H**

# INMATE CORRESPONDENCE

Date Issued:  May 1, 1999                                        Policy Number: E-601

## POLICY:

It is the policy of the Houston County Jail to encourage the exchange of correspondence between inmates and families and others for the purpose of maintaining family ties, solving the many problems brought about by incarceration, helping maintain contact with friends and the community and to help facilitate the inmates' need for legal services.

## PROCEDURE:

### POSTAGE AND WRITING MATERIALS

Inmates may write an unlimited amount of letters if they can pay for postage.  Postage stamps will be sold through the commissary to inmates at cost, if available.

Inmates who are deemed by the Jail Administrator to be indigent may mail up to two personal letters each week with postage supplied by the jail.  Unlimited postage will be given to indigent inmates for privileged mail.

At any time postage is provided for an indigent inmate, a record will be made of the amount provided and placed in the inmate's file.

Writing paper, envelopes and pencils will be made available to inmates through the commissary.  Indigent inmates may obtain these items on the same basis as postage.  Two stamps, two envelopes, and two sheets of paper will be provided.

### INCOMING MAIL

A member of the jail staff will receive incoming mail addressed to inmates and, except where circumstances prevent, deliver the correspondence to the inmate to whom it is addressed within 24 hours.  Mail will be delivered to inmates only by a staff member and only directly to the inmate to whom it is addressed.

All correspondence addressed to an inmate which is received from an attorney, judge, court, or officer of the court may be opened only in the presence of the inmate.  This mail may be examined only to determine that the shipping package does not contain contraband.

Page 1 of 3                    **EXHIBIT  I**

Houston County Jail
Policy and Procedure Directive

# INMATE CORRESPONDENCE

Date Issued: May 1, 1999                    Policy Number: E-601

General correspondence (non-privileged) may be opened and examined by a member of the jail staff before delivery to the inmate to whom it is addressed.  The jail staff will not read the mail unless he/she has reason to believe it contains evidence of a threat to public safety or a threat to the order and security of the jail facility.

Any material received in the mail which advocates violence or disruption of the security of the facility, which encourages criminal sexual behavior, or which advocates racial, religious, or national hatred that could cause danger of violence in the jail will be confiscated.  If there is any question regarding the acceptability of materials, the Sheriff or Jail Administrator will make the final decision.

If a jail officer confiscates contraband received in the mail, he/she shall turn it over to the Jail Administrator who in turn will determine if criminal charges will be filed or if the item will be placed in the inmate's property storage until the inmate is released.

At any time any item is confiscated from inmate mail or the mail is withheld or rejected, a written report shall be filed regarding the reasons for the action.  The written report will be filed in the inmate's file and a copy given to the inmate.

Books will be accepted for inmates only if they are sent directly from the publisher and the cover is not hard.

Inmates may not receive newspapers.

Mail received for persons no longer in custody will be returned to the sender.


## OUTGOING MAIL

Outgoing privileged correspondence may not be opened or inspected by members of the jail staff.

Non-privileged correspondence must be given to the jail staff unsealed for mailing so that the envelope might be inspected for contraband or other illegal contents.

Any outgoing mail that is rejected will be returned to the inmate.

With regard to illegal material or the confiscation of outgoing mail, the same procedure

Houston County Jail
Policy and Procedure Directive

# INMATE CORRESPONDENCE

Date Issued: May 1, 1999

Policy Number: E-601

should be followed as with incoming mail as listed above.

All correspondence from an inmate must include the inmate's name and return address on the outside of the envelope as follows:

> Name of Inmate and Inmate Number
> Houston County Jail
> 164 North Oates Street
> Dothan, AL 36303

ACJS 6-009, 6-011, 6-013, 6-014, 6-015, 6-016

# ATTORNEY VISITATION

Date Issued: May 1, 1999        Policy Number: E-502

## POLICY:

It is the policy of the Houston County Jail that attorney visitation will be governed in a manner which will help to ensure privacy, safeguard the rights of the inmates, and to help ensure safety and security for the jail.

## DEFINITION:

The use of the word "attorney" refers not only to a licensed attorney but also to any authorized representative (investigator, paralegal, agent, etc.) of that particular attorney.

## PROCEDURE:

An inmate will be permitted to visit privately with his/her attorney of record except during meal times or when security needs dictate otherwise.

Attorney visits during meal times or during any other time which might significantly disrupt jail activities or procedures must be authorized by the Sheriff or Jail Administrator.

Visits between inmates and attorneys will take place in a private area to be designated by the Jail Administrator.

Visits between attorneys and inmates may be supervised visually by the jail staff.

Conversations between attorneys and inmates are PRIVILEGED COMMUNICATIONS and may not be heard by any member of the jail staff unless the attorney requests, in writing, the staff member's presence for security reasons.

If an attorney presents himself/herself at the jail for the purpose of visiting an inmate and that attorney is not known to the jail staff, proper picture identification is required before the attorney will be admitted to the jail.

Any attorney visiting any inmate in the jail is not permitted to bring any packages, materials or letters other than those legal materials pertaining to the inmate's criminal/civil case to the inmate.

Any attorney visiting any inmate in the jail is not permitted to take any packages, materials

**EXHIBIT J**

Houston County Jail
Policy and Procedure Directive

# ATTORNEY VISITATION

Date Issued: May 1, 1999                                      Policy Number: E-502

or letters out of the jail on behalf of the inmate, except those legal materials pertaining to the inmate's criminal/civil case.

Recording devices, brief cases, attache cases, cameras, and other containers brought to the jail by an attorney will be inspected for contraband upon entering and leaving the jail. Under no circumstances will the contents of any of the above be listened to, read, or inspected in such a manner so as to afford any jail staff member any particular knowledge of the subject matter contained therein.

No item, except for illegal substances or items (e.g. illegal drugs, weapons, explosives, etc.) in an attorney's possession shall be confiscated by jail staff.   If any Class B contraband or any other prohibited item is observed by a jail staff member, the attorney will be advised and will not be allowed to take such an item into or out of the attorney/inmate interview.  A full report of such discovery will be made in writing to the Jail Administrator.

Any inquiries by attorneys as to operational and administrative procedures involving inmates should be submitted in writing to the Jail Administrator.

ACJS 6-002

Houston County Jail
Policy and Procedure Directive

# INMATE TELEPHONE PRIVILEGES

Date Issued: May 1, 1999                    Policy Number: E-602

## POLICY:

It is the policy of the Houston County Jail that inmates have the privilege of making telephone calls to persons in the community with restrictions only as necessary for the order and security of the jail and the community.

## PROCEDURE:

Telephones are available in each inmate living area.

The hours of operation for inmate telephones will be governed by the Jail Administrator.

The time an individual inmate may spend on the telephone will be governed by the Jail Administrator.

Abuse of telephone privileges may result in temporary suspension of telephone service to an inmate living area.

The Sheriff or Jail Administrator reserves the right to block any outgoing number from inmate telephones if it is determined that the availability of that number is not appropriate (e.g. members of the jail staff, law enforcement, judiciary).

The cost of telephone calls is determined by the telephone provider.

**EXHIBIT K**

# HOUSTON COUNTY SHERIFF'S DEPARTMENT
## LAMAR GLOVER, SHERIFF

MEMO

TO:       ALL JAIL SUPERVISORS
          COMMANDER LAND
          MS. SPEIGNER, CRNP

FROM:     LAMAR GLOVER, SHERIFF

DATE:     MARCH 21, 2003

SUBJECT:  CORRECTIONS OFFICERS DELIVERING
          PRESCRIPTION MEDICATIONS

The Attorney General, State of Alabama, has modified
the opinion dated February 13, 2002, A.G. No 2002-138,
wherein the office opined that jail personnel who are
not licensed health practioners could not dispense or
administer medications in jails.

In a recent ruling rendered March 10, 2003, the
Attorney now opines that, "a sheriff or jailer acting
as an agent for an inmate, may deliver prescription
drugs prepackaged by dosage to an inmate when the drugs
have been dispensed by a licensed pharmacist".

Therefore, when it becomes necessary for a corrections
officer to dispense medications for whatever reason,
sickness of medical staff, attendance at seminars,
shortages of medical staff, etc., the dispensing will
be performed by jail personnel.


Attachment


**EXHIBIT** L



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

BILL PRYOR
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

March 10, 2003

Honorable Edmund M. Sexton, Sr.
Sheriff
Tuscaloosa County Sheriff's Office
714 1/2 Greensboro Avenue
Tuscaloosa, AL 35401

> Sheriffs — Medical Services — Medicine
> — Jails — Tuscaloosa County
>
> A sheriff or jailer, acting as an agent
> for an inmate, may deliver prescription
> drugs prepackaged by dosage to an
> inmate when the drugs have been
> dispensed by a licensed pharmacist.

Dear Sheriff Sexton:

This opinion of the Attorney General is issued in response to your request.

## QUESTION

In the light of the authority of the sheriff or jailer to provide the "necessary medicines and medical attention" to inmates who are sick or injured, and the fact that the sheriff has legal custody of the jail and the inmates therein, may the sheriff act as an agent for the inmate to receive prescription drugs that have been dispensed by a licensed pharmacist and deliver them to the inmates?

## FACTS AND ANALYSIS

This Office previously issued an opinion to you dated February 13, 2002, A.G. No. 2002-138, wherein this Office opined that jail personnel,

Honorable Edmund M. Sexton, Sr.
Page 2

who are not physicians, pharmacists, or registered or licensed practical nurses, may not dispense or administer medications in jails. You are asking this Office to reconsider this opinion in the light of sections 14-6-1, 14-6-19, and 34-23-1 of the Code of Alabama. You also state that, in your county, the prescription drugs are prepackaged by dosage and delivered to the inmate in the original prepackaged container.

Section 14-6-1 provides as follows: "The sheriff has the legal custody and charge of the jail in his county and all prisoners committed thereto." ALA. CODE § 14-6-1 (1995). Section 14-6-19 provides that the sheriff or jailer must provide "necessary medicines and medical attention to those who are sick or injured, when they are unable to provide for themselves." ALA. CODE § 14-6-19 (1995). Pursuant to these provisions, the sheriff is the agent of the inmate, much like a parent is for a child or a guardian appointed with legal custody over another person or a person standing in loco parentis. See ALA. CODE §§ 26-2A-1, et seq. (1992), and State Dept. of Human Resources v. Funk, 651 So. 2d 12 (Ala. Civ. App. 1994).

Section 34-23-1(4) defines "dispense" as follows: "to sell, distribute, administer, leave with, give away, dispose of, *deliver or supply* a drug or medicine to the *ultimate user or their agent.*" ALA. CODE § 34-23-1 (2002) (emphasis added). This provision allows prescription drugs to be delivered by a licensed pharmacist to an agent of the ultimate drug user. Because the inmates are committed to the legal custody of the sheriff, the sheriff acts as the agent for the inmate in receiving prescription drugs that are dispensed by a licensed pharmacist. As agent for the inmate, the sheriff or jailer may deliver or supply the drugs to the inmate, who is the ultimate user.

"Delivery" of the prescription drugs by the sheriff or jailer may be distinguished from "administering" the drugs, which this Office stated may be done by registered nurses and licensed practical nurses. Opinion to Honorable Edmund M. Sexton, Sr., Sheriff, Tuscaloosa County, dated February 13, 2002, A.G. No. 2002-138. "Administer" is generally defined as "to direct or superintend the execution, use, or conduct of." WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY 27 (1986). Administering drugs as performed by health care workers involves some degree of skill, care, and specialized training and judgment. See ALA. CODE § 34-21-1 (2002).

The previous opinion did not take into consideration that the sheriff and/or jailer have legal custody of the inmate and, therefore, are acting as

Honorable Edmund M. Sexton, Sr.
Page 3

the agent for the inmate with respect to the prescription drugs. Accordingly, the previous opinion is hereby modified.

<u>CONCLUSION</u>

A sheriff or jailer, acting as an agent for an inmate, may deliver prescription drugs prepackaged by dosage to an inmate when the drugs have been dispensed by a licensed pharmacist.

I hope this opinion answers your question. If this Office can be of further assistance, please contact Brenda F. Smith of my staff.

Sincerely,

BILL PRYOR
Attorney General
By:

CAROL JEAN SMITH
Chief, Opinions Division

BP/BFS
91401v1/37235-002

White Thomas Peel

**SHERRER, JONES & TERRY, P.C.**
ATTORNEYS AT LAW
335 WEST MAIN STREET
DOTHAN, ALABAMA 36301
(334) 678-0100

GARY C. SHERRER
PATRICK B. JONES III
D. LEWIS TERRY, JR.

FACSIMILE
(334) 678-0900

REPLY TO:
POST OFFICE BOX 805
DOTHAN, ALABAMA 36302

EMAIL:
gary@sjt-law.com

November 3, 2006

Commander Will McCarty
Houston County Jail
Post Office Drawer 6406
Dothan, Alabama  36302

> Re:  **THOMAS P. WHITE v. HOUSTON COUNTY JAIL, et al.**
>      **Civil Action No.:    1:06-CV-961-WKW**
>      **SJ&T File No.:        06-047**

Dear Commander McCarty:

As you know, we have received a civil action lawsuit filed by Thomas P. White, in the District Court of the United States for the Middle District of Alabama Southern Division.  A copy of Mr. White's complaint is enclosed with this letter for your easy reference.

Please forward a complete copy of Thomas P. White's inmate jail file, inmate medical file and any grievances that this inmate has filed.  Please forward the records to me at your earliest convenience.  *If no grievances have been filed, please confirm same in writing to me.*

If you have any questions, please do not hesitate to call.

Very truly yours,

Gary C. Sherrer

GCS/dje

c:    Hank Draughon (w/o enclosures)

G:\GCS\A-LETTER\COUNTY\SHERIFF.DPT\MCCARTY.WIL\White, T New.wpd

## HOUSTON COUNTY JAIL
## LOCKDOWN INVENTORY LIST

**The following items were removed from inmate** White, Thomas

**Inmate number** 28820          **POD LOCATION** N-2

**ITEMS:**  Legal papers

Extra whites

drinking cup

cosmetics (soap, lotion)

letters

drawing pad

Shower shoes (2)

Laundry bag

**INMATE SIGNATURE:**

**TAKEN BY:** Jamerson

**DATE:** 2 Nov 06

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**INMATE SIGNATURE:** Thomas White

**RETURNED BY:** N. Silas

**DATE:** 11/9/06

HOUSTON COUNTY SHERIFF DEPT.
LAMAR GLOVER SHERIFF
VISITING LIST

LAST NAME _White_                FIRST NAME _Thomas_

FLOOR
LOCATION _F-Pod_         DATE _Dec 10th_    I/M# _28827_

## VISITORS

1. Candice White
2. Ariannah White
3. Whisper Light
4. Feather Light

5. Karen Killeen
6. Chris Johnson
7. Joe Aplin
8. Frances Goodwin

BANNED
1. _____

BANNED
2. _____

## NOTE:

THIS IS A PERMANENT VISITING LIST. NAMES WILL NOT BE ADDED OR
DELETED FROM THIS LIST. NEW LISTS WILL BE ISSUED EVERY THREE (3) MONTHS.
YOU MAY CHOOSE TO LIST EIGHT VISITORS @ THIS TIME. YOU ARE NOT ALLOWED
MORE THAN TWO (2) VISITORS PER VISITATION DAY. CHILDREN NO MATTER THEIR
AGE COUNT AS ONE (1) VISITOR. THERE ARE NO EXCEPTIONS TO THIS RULE. EVERY
VISITOR MUST SHOW A VALID PICTURE ID.

CHILDREN UNDER THE AGE OF SIXTEEN (16) MAY USE A SOCIAL
SECURITY CARD OR SCHOOL ID.

I HAVE READ THE ABOVE STATEMENTS. BY SIGNING MY NAME, I
AGREE TO ABIDE BY THE ABOVE STATEMENTS.

I/M SIGNATURE _Thomas White_ DATE _12·10·05_

C/O SIGNATURE _____    DATE _____

REVISED 12-07-05 TW

*Sept. 05*

## HOUSTON COUNTY SHERIFF'S DEPARTMENT
### LAMAR GLOVER, SHERIFF

VISITING LIST

NAME *White, Thomas*    INMATE# *28827*

FLOOR LOCATION *2nd F. Cell 2*    DATE *8-31-05*

VISITORS NAME

1. *CANDICE White (Daughter)*      1. *Gina Johnson*
2. *Ariaeh Nicole White (?)*        2. *Karen Killeen*
3. *Trey Lee Lott*                  3. *Whisper Lott*
4. *Joe Aplin*                      4. *Feather Cheyenne Lott*

BANNED

1. _____    2. _____

<u>NOTE</u>
THIS IS A PERMANENT VISITING LIST. IT MAY ONLY BE CHANGE AFTER SIX(6)MONTHS. YOU WILL BE ALLOWED A TOTAL OF (8) NAMES ON YOUR VISITING LIST, BUT YOU WILL BE ALLOWED TWO (2) VISITORS TO COME ON YOUR VISITING DAY, CHILDREN (NO MATTER THEIR AGE, COUNT AS ONE VISITOR), AND THERE WILL NOT BE ANY EXCEPTIONS TO THIS RULE. EVERY VISITOR MUST SHOW THEIR VALID PICTURE IDENTIFICATION (DRIVER'S LICENSE/STATE IDENTIFICATION CARD), WITH THE EXCEPTION OF
CHILDREN UNDER THE AGE OF SIXTEEN(16), WHO MAY USE THEIR SOCIAL SECURITY CARD.

I HAVE READ THE ABOVE STATEMENTS AND I HAVE LISTED MY (8) VISITORS NAME ABOVE.

I/M SIGNATURE *Thomas White*    DATE *8-31-05*

C/O SIGNATURE *Walker*    DATE _____

# HOUSTON COUNTY SHERIFF'S DEPT.
## LAMAR GLOVER, SHERIFF

_KL_

### VISITATION LIST

Last Name **White**          First Name **Thomas**

Floor Location **F-2**          Date **Feb./Mar. 1st '06**   END BEGIN   I/M # **28827**

### VISITORS

1. Candice White ✓
2. Arianah White ✓
3. Ivey Lott
4. Linda Hollis

5. Chasity Williamson ✓
6. Sherry Bullard
7. Gina Johnson ✓
8. Karen Killeen ✓

**BANNED**

1. _____

**BANNED**

2. _____

**NOTE TO ALL INMATES:**

This is a permanent visitation list. New lists will be issued every three (3) months (March, June, September and December). Names will not be added or deleted from this list.

You are not allowed to have more than two (2) visitors per visitation day. Children, no matter their age, are counted as one (1) visitor. There are no exceptions to this rule.

Every visitor must have a valid ID in order to visit.

Anyone over the age of sixteen (16) must have a valid picture ID in order to visit.

Children under the age of sixteen (16) may use a social security card or school ID card.

I have read the above statements and by signing my name I agree to abide by the above statements.

I/M SIGNATURE **Thomas White**          DATE **Feb. 23d**

C/O SIGNATURE _____          DATE _____

# Inmate Sanction/Restriction Documentation

Inmate Name: _White, Thomas_   Date: _10·29·6_   Inmate Number: _28827_

Pod Location: ~~152~~ _F-11_   Pod/Cell Inmate moved to (If applicable): _____

| Type of Restriction/Sanction: | | Date to Begin   /   Date to End |
|---|---|---|
| ____ Wks ◯ | Suspension of Commissary Privileges | _____ / _____ |
| ____ Wks ◯ | Loss of Visitation Privileges | _____ / _____ |
| ____ Days ◯ | Segregation to Cell | _____ / _____ |
| _1wk_ ⊗ | Minimum 72 Hours Cell Restriction | _11-03-06_ / _11-10-06_ |
| ⊗ | OTHER _7 days LLD After med watch dealt with_ | |

Note: The Sgt./ASCO must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form. Fill in the area below with a full and complete explanation of reasons for Sanction/Restriction. Appeal form must be sent back to Disciplinary Sgt within 24 hour. If appeal form is not received with in the 24 hour period it will be thrown out.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| _K. Fitzgerald_ | _TWby   10-31-06_ |

Inm White in violation of Jail Rule #9 "No inmate will possess or Attempt to possess Contraband either ON his/her person, cell or under his/her control to include testing positive for drugs or Alcohol." Inm White received a marlboro cigarettes from an inmate getting released. The contraband was passed under the cell door. And was found in the cell toilet. Inm admitted to possessing the Contraband.

Signature of Sgt./ASCO

Revised 08/2006
W.B. McCarty
Jail Commander
Lt. K. Rocco
Jail Administrator

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _1850_   DATE: _10/31/6_   PLACE: _HCJ_

I, _C/o K. Fitzgerald_, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on _10_ / _29_ /200_6_

At approx 1800 hrs on Sunday 10/28/06 C/o Fitzgerald processed I/m Charles Allen Conrad (54009) for time served weekend Release. All property items returned. I noted that the property envelope listed 10 cigarettes, shoelaces. When I checked the pack, I counted 8 cigarettes & a red lighter. I noted that I/m Conrad walked over to cell K2 and began talking to I/m Thomas White (28827). C/o Richardson alerted me that he saw I/m Conrad pass something under the cell door. I searched the cell. I found tobacco & the cigarette paper floating in the toilet. I/m Conrad admitted to giving the cigarettes to I/m White. I/m White constantly asked if only I/m White could be charged. I/m White stated "He only did it because I asked him to." Per Sgt. Bichmann, I called dispatch, and shortly after, HCSD J. McCallister charged I/m Conrad with Promoting Prison Contraband.

End of Statement

C/o K. Fitzgerald

# HOUSTON COUNTY JAIL
## STATEMENT FORM

TIME: _1825_    DATE: _10/29/2006_    PLACE: _HCJ- M-N-0 Pods_

I, _PAUL Richardson_, make the following true and correct statement pertaining to an Incident/Offense which occurred at the Houston County Jail on ___10___/___29___/2006.

At Approx 1818 hr. while in M-N-0 contrel booth I observed on the Moniter I/m Conrad, Charles #54009 take something out of his left front Pocket of his blue jeans, and drop onto the floor. I/m Conrad was standing beside cell K-2 in Pocket, I/m white, Thomas is assigned to said cell. After dropping the Item, he Kicked it under the cell door with his left foot. I then placed a call to Pocket officer Brannon informing her what I had seen. At Approx 1828 I observed C/o Fitzgerald go into cell K-2 and bring out a folded piece of Paper.

_____
**SIGNATURE**

_10-29-06_
**DATE**

2882?

# Inmate Sanction/Restriction Documentation

Inmate Name: __WHITE, THOMAS__    Date: __8-1-06__    Inmate Number: __2882?__

Pod Location: __F__    Pod/Cell Inmate moved to (If applicable): __Q__

Type of Restriction/Sanction:

|  |  | Date to Begin | / | Date to End |

__2__ Wks    ⊗  Suspension of Commissary Privileges    _Records_    08-07-06  /  08-18-06

__2__ Wks    ⊗  Loss of Visitation Privileges    08-12-13-06  /  08-19-20-06

_____ Days    ◯  Segregation to Cell    _____  /  _____

⊗  Minimum 72 Hours Cell Restriction    08-05-06  /  08-09-06

◯  OTHER _____

Note: The Sgt./ASCO must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form. Fill in the area below with a full and complete explanation of reasons for sanction/Restriction.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| c/o Kirby | Sgt mc 8/1/06 |

At Approximately 1155 hrs while feeding H-pod
I/m THOMAS WHITE came out of F-pod STATING I DIDN'T
get my Damn trays. I had finished completely feeding E, F, &
G-Pods before the I/m got up & started Banging on the Door.
He was then popped out and walked in Hallway, and started yelling
I did not get my damn tray. This is not the first or second time
Inmate has been sleep or absent from the food line
at feeding time. The Inmate was irate and up-rate and had to
be escorted back in to Pod before continuing to conflict with Instruct

~~Violation of Rule #10 — Inmates must maintain their cells and common areas in a clean, sanitary and orderly condition.~~

| Signature of Sgt./ASCO |
|---|
| Sgt Turner |

Revised 09/2005
W.B. McCarty
Jail Commander

mate is in Direct Violation of rule # 11.

11.) STATES- No inmate will interfere with Sheriff's Dept Personnel, non
disobey an order or instructions given by Sheriff's Dept
Personnel.

DATE APPEAL SENT: _08/01/06_

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

INMATE NAME : _Thomas White_  HCJ#: _288627_  POD: _F-2_

Date filing appeal: _8-1-06 (3 pages) ✱ Please read Attached statement Animated_

On, _8-1-06_, 2006, an Inmate Sanction/Restriction was written by Officer _Kirsey_

Charging inmate _White_, with a violation of Houston County Jail Inmate Rules and Regulations

# _11_ ... _"interfering w/ personnel - or disobeying a direct order_

The circumstances of the violations are: _Not only myself - but 3 inmates that were in line did_ _nt get a tray. The late officer popped the door for us three to get our trays so we_ _could eat. I did not cuss the officer - he laughed at me & told me I would not eat today - then shaving me_

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _____ _2wks no visit, 2wks no Commissary & 14 days lockdown (?)_

I wish to appeal the decision because: _it's only my 1st sanction - I've been here 15 months - Never_ _have I ever "cussed or disrespected" Any inmate or officer. 3 inmates didn't get trays -_ _isn't "Just" me. "Nobody" had gotten served their drinks yet. I did nothing Against Rule 11_  _nor does the sanction require lockdown time_ _PLEASE SEE ATTAChED NOTE - STATEMENT_

\*\*\*\*\*\*\*\*\***DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY**\*\*\*\*\*\*\*\*\*

On the _3_ day of _August_, 2006, an appeal of the Sanction/Restriction taken against inmate

_White Thomas_ was reviewed by _Lt. K. Rocco_, and the following action was taken:

APPEAL APPROVED  (APPEAL DISAPPROVED)  OTHER ACTION TAKEN: _Punishment changed_ _to 72 hrs cell restriction / Lock down._

Basis for approval/disapproval of appeal: _Appeal denied after review, however due to this being_ _the inmates first sanction, Commissary and visitation restored._ _I/M White - do not let this happen again !_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that a complete copy of the foregoing appeal was served on the above named inmate on the _05_

da, _21 Aug._, 2006.

_SGT _____

INMATE SERVED COPY (YES)

Officer Signature

(pg 1 of 2)

we ship us

Amended Statement To Appeal

Date 8-1-06 Name Thomas White HCJ# 28587 POD Food Cell

On 8-1-06, At 11:00 (on or about) Officer Kirsey was passing out trays to, E pod, F pod, & G pod, All 3 pods at one time, He Always does this without passing out drinks, waits until "After" serving E, F, G & H pods the trays then, comes back around After everyone has eaten to serve drinks. This has caused problems "Every" time he serves. Officer Kirsey is the only officer to do this. Anyway, 3 inmates in F pod Charles Langley #55941, ① Jake Dockery # 58558, ⑤ Thomas White #28587 didn't get a tray. The lady officer allowed me to go into hall to get tray, I did not cuss or threaten the officer, Actually I was begging to get a tray, Officer Kirsey laughed at me & said "You wont get no tray" I again told him, "it's not just me, 3 of us didn't get a tray". He started shoving me then told me to get into my "D" which I did, I asked to see a Sgt and Officer Munn came & was nice enough to listen to me then went to see about getting us 3 more trays, Nobody had even got their drinks at this time, Then, A lady came over intercom & "instructed" The three inmates who did not get a tray stand by the door, do not roll "in – so while myself & ① other 2 inmates was waiting Officer Kirsey came in & said roll in– All 3 of us "tried" to explain to Officer Kirsey we were instructed not to roll in until we got our trays Officer Kirsey popped his taser out & threatened me & other inmates. We rolled in. Mr McCarty or Lt Rocco I've not done Anything to get a Sanction for, I feel like you will support your officer no matter what I say, & still find me guilty– All I'm asking is to not give me lock down time on top of 2wks commisary & 2wks visitation, I feel that hopefully you will throw out the lockdown time against me, I've not been in any trouble here & I assure you this wont happen again, Please consider all of this on my behalf, Thank you & GOD Bless you, Respectfully, Thomas White

Ammended Statement To Appeal

Date 8-1-06 Name Thomas White HCJ# 28827 Pod F-cell #Q

We, The undersigned Inmates were present to above "incident &
state truthfully As to the facts written in Inmate White's Appeal.
Furthermore we All agree that Inmate White was not in the
wrong nor did he violate Rule #11. He did not cuss or disrespect
or disobey Officer Kirsey. Officer Kirsey had not completed feeding
our pod, had not even served us drinks to go with meal - And 3
inmates that were in line did not get served. Lady officer popped the
door so they could get trays - Officer would not give inmates their
trays & started shoving White into pod. Inmate White was only Asking for
tray & Officer laughed & said "You wont EAT today". Officer Kirsey is the
only officer which passes out trays to All inmates in every pod...then -
is back Around with drinks to serve, Usually we get the drinks
10 minutes After our meal - this makes no sense - We should get trays
& drinks At same time...As other officers do. There is problems
every time officer Kirsey feeds like this. We feel that the
punishment to inmate White is exstremely too much & even wrong
in the first place. inmate White wasnt in the wrong. Nobody
else is punished for 2wks commisary, 2wks visit And then
Also 4 days lockdown that seems to be rather excessive.

Witnesses signed; print & sign name & number

| Print | Sign | *Print | Sign | |
|---|---|---|---|---|
| Derrick Newman 50702 Derrick Newman | * | Ryan Farmer | Ryan Farmer | 58090 |
| Charles Langley 55941 Charles Langley | * | Jacob Dockery | Jacob M Dockery | 58589 |
| J Les Jackson 48142 | * | Chris White 49858 | Chris White | |
| David Mitchell 38468 | * | Raymond K. Bryant 48363 | | |
| Curtis Mayes Curtis Mayes 13486 | | Robert Floyd 63294 | | |
| | * | Jerome Swain | | 46363 |

# INMATE SANCTION/RESTRICTION DOCUMENTATION

| NAME OF INMATE: | DATE: | JAIL NUMBER: |
|---|---|---|
| White Thomas | 4-6-06 | 28827 |

CURRENT CELL: F2    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

___ WKS  ◯ SUSPENSION OF TELEPHONE PRIVILEGES_____/_____

_1_ WKS  ⊗ SUSPENSION OF COMMISSARY PRIVILEGES_____/_____

_1_ WKS  ⊗ LOSS OF VISITATION PRIVILEGES 04/15+16/06 _____/_____

◯ MINIMUM 72 HOURS CELL RESTRICTION_____/_____

◯ OTHER_____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES_____    NO_____

OFFICER REQUESTING SANCTION/RESTRICTION       OFFICER AUTHORIZING SANCTION/RESTRICTION

S Denson                                      L. Walker  04/07/06

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At approximately 2140 I observed that most of the inmates that were out cleaning were not cleaning but out talking to other inmates, so I instructed them to bring the cleaning supplies to the cell door and roll-in, that they were done cleaning. The above inmate refused to roll-in. This was a violation of Rule #12. No inmate will leave his/her authorized area. Inmates must roll-in to their cells when told to do so. Females must be seated on their bunk.

SIGNATURE OF SGT. OR ASC/O          REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

DATE APPEAL SENT _04/07/06_

(17)

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Thomas White_          HCJ# _28007_     POD _F-Pod 2cell_

Date filing notice of appeal: _4-7-06_

On, _4-06-06_, 2006, an Inmate Sanction/Restriction was written by Officer _Straber_,

charging inmate _White_, with a violation of Houston County Jail Inmate Rules and Regulations

# _12_

The circumstances of the violations are: _Sgt. I didn't roll up when it was lockdown_

The sanction found me to be ~~guilty~~/not guilty of a major/~~minor~~ offense. Punishment was set at: _1wk comm loss_
_1wk visitation loss_

I wish to appeal the decision because: _I was out of my cell cleaning up I cleaned up & then went back to my assigned cell Officer Richardson told us to clean up which I do... I didn't violate any rule. Please do not take my visit._ _Thos White_

*************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY******************

On the _11_ day of _April_, 2006, an appeal of the Sanction/Restriction taken against inmate

_Thomas White_ was reviewed by _Commander McConty_, and the following action was taken:

APPEAL APPROVED     APPEAL DISAPPROVED     ⟨OTHER ACTION TAKEN⟩ _Sanction Dismissed_

Basis for approval/disapproval of appeal: _I/M should have been written up_
_for violation of rule #11-_

*********************************************************************************
I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _11_

day of _April_, 2006.

_C. Jeffans_                    INMATE SERVED COPY--**YES**

Officer Signature



# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Thomas *Teel* WHITE    DATE: 12/24/05    JAIL NUMBER: 28827

CURRENT CELL: UNIT F CELL #2    CELL I/M MOVED TO (IF APPLICABLE)

### TYPE OF SANCTION OR RESTRICTION    DATES START/END

WKS ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ /

2 WKS ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _____ /

2 WKS ⬭ LOSS OF VISITATION PRIVILEGES 1-28870 6    / H-48/5-06

⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ /

⬭ OTHER _____

IE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?    YES    NO

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION
Phillips    12/01/05

### FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

AT APPROXIMATELY 0210 HRS., WHILE PERFORMING A WATCH TOUR, I NOTICED 2 UTENSILS STUCK IN THE HOLES OF THE VENT IN UNIT F CELL #2. THIS VIOLATES RULE #3.

RULE #3 NO PAPER PRODUCTS OR ANY OTHER TYPE PRODUCT WILL BE PLACED OVER CELL WINDOWS, VENTS, DOORS, CELL LIGHTS OR ON WALLS.

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

SIGNATURE OF SGT. OR ASC/O

DATE APPEAL SENT _12-27-05_

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Thomas White_            HCI# _088627_      POD _F-2_

Date filing notice of appeal: _Dec 27_

On, _Dec 04th_ , 2005, an Inmate Sanction/Restriction was written by Officer _Phillips_,

charging inmate _White_ , with a violation of Houston County Jail Inmate Rules and Regulations

# _3_

The circumstances of the violations are: _Officer says utensils were in vent_
_Cell mate claims responsibility_

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: _Quits loss of visit_
~~Quits loss of the park~~

I wish to appeal the decision because: _I did not have anything in my vent—my cellmate_
_Quit the spoons in vent to dry wet clothes — I am not responsible_
_& this I should it be punished for something I did not do please_
_dismiss this sanction/restriction against me. Thank you respectfully Thos White_

**\*\*\*\*\*\*\*\*\*\*\*DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY\*\*\*\*\*\*\*\*\*\*\*\*\***

On the _28_ day of _December_, 2005, an appeal of the Sanction/Restriction taken against inmate

_Thomas White_ was reviewed by _Commander McCoty_ , and the following action was taken:

APPEAL APPROVED    ___APPEAL DISAPPROVED___    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/m White you share the cell with_
_your cellmate — you had knowledge of the violation_
_and cellmates are responsible for what occurs in the cell_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _____

day of _30 Dec_ , 2005.              INMATE SERVED COPY--__YES__

_Walk_

Officer Signature

#/

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _whife, Thomas_    DATE: _12-17-05_    JAIL NUMBER: _28827_

CURRENT CELL: _F-2-Botm_    CELL I/M MOVED TO (IF APPLICABLE)

| TYPE OF SANCTION OR RESTRICTION | DATES START/END |
|---|---|

___ WKS   ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

~~___ WKS~~   ◯ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

_2_ WKS   ◯ LOSS OF VISITATION PRIVILEGES _12-31-05    01-01-06_

◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

◯ OTHER _____

THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES_____   NO_____

OFFICER REQUESTING SANCTION/RESTRICTION    OFFICER AUTHORIZING SANCTION/RESTRICTION
_Bje_                                       _J. Walker 12/28/05_

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

At Approximately 2000 hours Inmate White was caught with door-props-or plastic in locking mechanisms. According to Rule NO.

NO 2. No foreign objects will be placed in the jail doors to keep the door open or prevent locking. All inmates housed in a cell will be required to keep the cell clean and free of debris.

E      O      S

_Sgt. Jones_
SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER  W.B. MCCARTY, JAIL COMMANDER

#2

# Inmate Sanction/Restriction Documentation

Inmate Name: _White, Thomas_    Date: _11/8/05_    Inmate Number: _28827_

Pod Location: _F_    Pod/Cell Inmate moved to (If applicable): _____

---

**Type of Restriction/Sanction:**    Date to Begin  /  Date to End

_2_ Wks  ⊗  Suspension of Commissary Privileges    _11-8-05 , 12-5-05_

_12_ Wks  ⊗  Loss of Visitation Privileges    _11-26-8-27-05 , 12-31-05_

_____ Days  ○  Segregation to Cell    _____/_____

○  Minimum 72 Hours Cell Restriction    _____/_____

○  OTHER _____

---

Note:  The Sgt. /ASCO must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form.  Fill in the area below with a full and complete explanation of reasons for Sanction/Restriction.

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
| --- | --- |
| C/o Bullard | T. Walker 11/8/05 |

On 11/8/05  Inmate White came to breakfast in violation
of Rule 1

---

**Violation of Rule #18—Inmates must wear identification arm band at all times.**

| Signature of Sgt. /ASCO |
| --- |
|  |

Revised 09/2005
W.B. McCarty
Jail Commander

# Inmate Sanction/Restriction Documentation

Inmate Name: __White, Thomas__    Date: __11|8|05__    Inmate Number: __28827__

Pod Location: __F__    Pod/Cell Inmate moved to (If applicable): _____

Type of Restriction/Sanction:    **Date to Begin / Date to End**

| | | | |
|---|---|---|---|
| __2__ Wks | ⊗ | **Suspension of Commissary Privileges** | ~~11-13-05~~ / ~~11-27-05~~ |
| __2__ Wks | ⊗ | **Loss of Visitation Privileges** | ~~11-13-05~~ / (11-19 20 05) |
| ____ Days | ◯ | **Segregation to Cell** | _____ / _____ |
| | ◯ | **Minimum 72 Hours Cell Restriction** | _____ / _____ |
| | ◯ | **OTHER** _____ | |

**Note: The Sgt. /ASCO must be notified immediately of any Sanction/Restriction applied to inmates and must countersign this form. Fill in the area below with a full and complete explanation of reasons for sanction/Restriction.**

| Officer Requesting Sanction/Restriction | Officer Authorizing Sanction/Restriction |
|---|---|
| C/o Bullard | T. Walker 11/08/05 |

On 11/8/05 Inmate White came to breakfast in violation
of Rule 1

**Violation of Rule #1—Uniforms (jumpsuits) will be worn at all times when an inmate is outside his/her cell. The uniform must be worn with the wording "Houston County Jail" on the outside and the uniform must be buttoned completely. While in the recreation area, inmates may wear the uniform top down around their waist, but they must be wearing a T-shirt. However, females must wear a bra under their T-shirts. No bare skin be exposed.**

Signature of Sgt. /ASCO

Revised 09/2005
W.B. McCarty
Jail Commander

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _WHITE  THOMAS_   DATE: _07-04-05_   JAIL NUMBER: _28827_

CURRENT CELL: _F - 2_   CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

___ WKS  ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_1-2_ WKS  ⊘ SUSPENSION OF COMMISSARY PRIVILEGES  _7-17-05   17-22-05_

_2_ WKS  ⊘ LOSS OF VISITATION PRIVILEGES  _7-23-24-05     17-30-31-05_

___ ◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

___ ◯ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?  YES _____   NO _____

OFFICER REQUESTING SANCTION/RESTRICTION   |   OFFICER AUTHORIZING SANCTION/RESTRICTION
_C/o  S Moore_   |   _Sgt  P Le  7/5/05_

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

ON 07-04-05 AROUND 1645 HRS I/M WHITE, THOMAS # 28827 WAS STANDING IN THE WINDOW OF F-POD WAVING AT ANOTHER UN IDENTIFIED INMATE IN ANOTHER POD. THIS VIOLATES RULE # 20 WHICH STATES: "NO INMATE IS ALLOWED TO STAND AT THE POD WINDOWS OR ON THE DAYROOM TABLE OR CLIMB ON THE DAYROOM WINDOWS. FAILURE TO COMPLY WILL RESULT IN SANCTION / RESTRICTION."

E.O.S.

_Sgt  P Le_                    REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

SIGNATURE OF SGT. OR ASC/O

# NMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: White Thomas          DATE: 6-30-05          JAIL NUMBER: 28827

CURRENT CELL: F-2          CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

_____ WKS ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

21 WKS ◯ SUSPENSION OF COMMISSARY PRIVILEGES 7-10-05  17-16-05

2 WKS ◯ LOSS OF VISITATION PRIVILEGES 7-9 q 10 -05   17-16-11-05

◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

◯ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?  YES _____  NO _____

OFFICER REQUESTING SANCTION/RESTRICTION          OFFICER AUTHORIZING SANCTION/RESTRICTION

C/o Jay McKeel

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

ON 6-30-05, I observed I/m White Thomas #28827 on the telePhone in F-Pod dayroom with his ORANGE JumpSuit down Around his waist. I/m White Thomas #28827 of 2 cell in F-Pod. is in violation of Rule #1 which states:

#1. Uniforms (JumpSuits) will be worn At ALL times when You ARE in the DAYROOM Area or outside of the cell Area. This includes Going to/From The Shower Area And This Does Not Mean Down Around Your WAIST or off Your shoulders. Uniforms Must Be worn with the Houston County Jail LOGO on the outside And it must be Buttoned uP. While in the Recreation Area, MALE Inmates MAY wear THEIR uniform Around their waist, But They must Be wearing A T-shirt. NO BARE SKIN At ANY time. FAILure To ComPLY will Result In SancTion oR DisciPLinary Action.

Sgt. Jones

SIGNATURE OF SGT. OR ASC/O          REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: _WHITE THOMAS_   DATE: _6-19-05_   JAIL NUMBER: _28827_

CURRENT CELL: _F POD /CELL-F2_   CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                          DATES START/END

___ WKS   ◯ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_2_ WKS   ☑ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

_2_ WKS   ☑ LOSS OF VISITATION PRIVILEGES _6-25 & 26-05_  _7-2 & 3-05_

◯ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

☑ OTHER ~~14 Days t/o~~

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED
TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES _____   NO _____

OFFICER REQUESTING SANCTION/RESTRICTION        OFFICER AUTHORIZING SANCTION/RESTRICTION

_C/O NIEVES V._                                _6-21-05_

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

On 6-19-05, Inm White, Thomas #28827 at approximately 2135 was in E-POD On the Cashier Calling through the Door B to Inm C/o in E-POD Inm Floyd, Mickey #4295. After general Broadcast over the P.A. System He did Not Respond. The Inm Accepted an item From Floyd, Mickey which was Confiscated By C/o Bracy and turned out to be Coffee. Inm White, Thomas # 28827 was in Violation of Rule #22 which States: No Inmate will Pass any item From one Pod to Another.

_End of Statement_

_Sgt. Jones_
SIGNATURE OF SGT. OR ASC/O

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: Thomas White    HCH# 26827    POD F

Before filing notice of appeal: 6/23/05

6/14/05 , 2005, an Inmate Sanction/Restriction was written by Officer Dives ,

charging inmate T. White , with a violation of Houston County Jail Inmate Rules and Regulations

The circumstances of the violations are: Passing stuff under door (coffee)

The sanction found me to be guilty/not guilty of a major/minor offense. Punishment was set at: 2 wk loss Visit (2)
2 wk loss of comm.

I wish to appeal the decision because: Please reconsider punishment. My fiance is close to have baby & my son/daughter
is supposed to be coming. Either give me 48 hr. restraint & 2wk loss comm. please about take my visiting. And
nobody else has gotten even write up - only verbal warning/otherwise reconsider punishment. And
these do not take away my visiting. I need to see my family. Thank you. Thomas White
*************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the 23 day of June , 2005, an appeal of the Sanction/Restriction taken against inmate

Thomas White was reviewed by Commander McCarty and the following action was taken:

_____ was reviewed by _____ OTHER ACTION TAKEN: _____

APPEAL APPROVED    ~~APPEAL DISAPPROVED~~    OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: I/M white, you need To Think
about Visitation privileges when you decide To
Violate the rules of the jail —
******************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the 23

Day of June ,2005.    INMATE SERVED COPY X

Officer Signature



# NMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: Thomas White    DATE: 5-30-05    JAIL NUMBER: 28827

CURRENT CELL: F8    CELL I/M MOVED TO (IF APPLICABLE)

TYPE OF SANCTION OR RESTRICTION                    DATES START/END

_____ WKS  ⟨○⟩ SUSPENSION OF TELEPHONE PRIVILEGES _____ / _____

_____ WKS  ⟨○⟩ SUSPENSION OF COMMISSARY PRIVILEGES _____ / _____

2 WKS  ⟨✓○⟩ LOSS OF VISITATION PRIVILEGES  6-11&12 05  / 6-18&19-05

Due to  ○ MINIMUM 72 HOURS CELL RESTRICTION _____ / _____

2nd Sanction  ○ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?  YES _____   NO _____

OFFICER REQUESTING SANCTION/RESTRICTION          OFFICER AUTHORIZING SANCTION/RESTRICTION

C/O Kit _____              ___ 5/31/05

FULL AND COMPLETE EXPLANATION OF REASON(S) FOR SANCTION/RESTRICTION

While conducting the morning floor check, the above named inmate was found to not be in compliance with the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance during the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS

TOWEL-WASH CLOTH CENTERED AT FOOT OF BED

**NON-COMPLIANCE OF RULES LISTED BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION**

1. BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
   8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
   7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
   ***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A SANCTION/RESTRICTION.
2. EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
3. NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

Sgt. Reynolds                    REVISED 07/2004 PER W.B.MCCARTY, JAIL COMMANDER
SIGNATURE OF SGT. OR ASC/O



# NOTICE OF APPEAL FOR INMATE SANCTION/RESTRICTION

Inmate Name: _Thomas White_   HCJ# _68824_   POD _H-0_

Date filing notice of appeal: _5/30/05   5/31/05_

On, _5/30/05_ , 2005, an Inmate Sanction/Restriction was written by Officer _Kirksey_,

Charging inmate _____, with a violation of Houston County Jail Inmate Rules and Regulations

_____

The circumstances of the violations are: _____

_____

The sanction found me to be guilty/not guilty of a major/minor offense.  Punishment was set at: _2 wks loss_
_of Visitation_

I wish to appeal the decision because: _I have my child/i grand child coming to see me within_
_the period - Please give me 10 hrs. I ask don't loss from sights or loss of_
_Community Safety ... Thank you for your time I am concentrated on this. White_

*************DO NOT WRITE BELOW THIS LINE—ADMINISTRATION USE ONLY*****************

On the _1_ day of _June_ , 2005, an appeal of the Sanction/Restriction taken against inmate

_Thomas White_ was reviewed by _Commander McCarty_, and the following action was taken:

APPEAL APPROVED   ~~APPEAL DISAPPROVED~~   OTHER ACTION TAKEN: _____

Basis for approval/disapproval of appeal: _I/m White, You need to contact them_
_and tell them when you may have visitors, in the_
_meantime, obey the rules-_

*****************************************************************************

I hereby certify that a completed copy of the foregoing appeal was served on the above named inmate on the _1_

day of _June_ _2005._

INMATE SERVED COPY _____

Officer Signature

#1

# INMATE SANCTION/RESTRICTION DOCUMENTATION

NAME OF INMATE: *Thomas White*     DATE: *5-26-05*     JAIL NUMBER: *28827*

CURRENT CELL: *F2*     CELL I/M MOVED TO (IF APPLICABLE)

### TYPE OF SANCTION OR RESTRICTION                          DATES START/END

_____ WKS  ⬭ SUSPENSION OF TELEPHONE PRIVILEGES _____ /_____

_____ WKS  ⬭ SUSPENSION OF COMMISSARY PRIVILEGES _____ /_____

___1___ WKS  ⬭ LOSS OF VISITATION PRIVILEGES *6-4-05*  / *6-5-05*

         ⬭ MINIMUM 72 HOURS CELL RESTRICTION _____ /_____

         ⬭ OTHER _____

NOTE: THE SGT. ON DUTY OR ASC/O MUST BE NOTIFIED IMMEDIATELY OF ANY SANCTION OR RESTRICTIONS APPLIED TO INMATES AND MUST COUNTERSIGN THIS FORM.

DOES INMATE WISH TO APPEAL?   YES_____   NO_____

OFFICER REQUESTING SANCTION/RESTRICTION     OFFICER AUTHORIZING SANCTION/RESTRICTION

FULL AND COMPLETE EXPLANATION OF REASON FOR SANCTION/RESTRICTION

While conducting the morning floor check, the above named inmate was found to not be in compliance with the Living Area Requirement section of the Inmate Rules and Regulations. Bunks will be in compliance during the following hours of 8:00 A.M. to 9:00 P.M. See example below:

EXAMPLE LIVING AREA REQUIREMENTS

TOWEL-WASH CLOTH
(CENTERED AT FOOT
OF BED

NON-COMPLIANCE OF RULES LISTED
BELOW MAY RESULT IN SANCTION/DISCIPLINARY ACTION

1.  BUNKS WILL BE IN COMPLIANCE WITH (ABOVE) EXAMPLE DURING THE FOLLOWING HOURS:
    8:00 A.M. TO 9:00 P.M. MONDAY THROUGH FRIDAY
    7:30 A.M. TO 9:00 P.M. SATURDAY AND SUNDAY
    ***NOTE: THE OFFICER WILL CHECK YOUR CELL BEFORE THE INMATE IS ALLOWED TO "ROLL-OUT" OF THE CELL. IF THE INMATE'S CELL IS NOT IN AN ORDERLY MANNER, THE INMATE WILL REMAIN ON LOCKDOWN AND RECEIVE A SANCTION/RESTRICTION.
2.  EACH INMATE WILL KEEP HIS/HER AREA CLEAN AND CLEAR OF LITTER.
3.  NO ITEMS UNDER BUNKS EXCEPT SHOES, AND SHOES MUST BE ALIGNED AT THE END OF THE BUNK.

REVISED 07/2004 PER W.B. MCCARTY, JAIL COMMANDER

SIGNATURE OF SGT. OR ASC/O

*To: Sgt. Turner And/or Lt. Rocco "URGENT!"*

# INMATE GRIEVANCE FORM

Officer Maddox

DATE: 11-06   20__ (F)   POD/CELL LOCATION: B pod, op floor

INMATE NAME: Thomas White   INMATE NUMBER: 23827

NATURE OF GRIEVANCE OR INFORMATION: I just got off lock down & the guards last night put me in B pod... I told them I have enemies in B, A, C, & D & E pod. Also one in C pod... Again, I would like to be moved to keep me from getting into more trouble. Please move me as soon as possible there = has = already been words exchanged & it will only get worse. Please move me so I am not threatened)

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? To move me to another pod so my safety & well being isn't at risk. I am housed with rival gang members which we will not get along. I would like this placed into my file so there is a record of me bringing this to your attention & I will not be held accountable for any trouble... I am doing all I can to avoid such

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: You were moved to F pod today so this should clear up any problems. You need to learn to get along. Sgt. Reynolds 11-10-06

_(signature)_

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 11-11-06

CORRECTIONS OFFICER SIGNATURE: _(signature)_

INMATE SIGNATURE: _(signature)_

TO; LT. ROCCO - AND Commander McCARTY, Sheriff & CO. Commisioner

# INMATE GRIEVANCE FORM

DATE: Sept. 17th                2006   POD/CELL LOCATION: Food Liss

INMATE NAME: Thomas White   INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: This grievance is being filed on behalf of all inmates housed within the Houston Co. Jail. Todays "Dinner meal" (6:00pm) was an affront to all inmates here at the jail. It consisted of "funky" Smorrs (cold) & less then one spoonful of stuffing (about the size of a large egg) A spoonful of carrots & 1 (one) piece of "burned" cake. We, (the "inmates) have repeatedly complained to this administration, but to no avail or no change for the better— if anything it (the food) has gotton worse, we are not animals, and will not tolerate being treated as animals or sub-human creatures. The food is/has been full of bugs, unbalanced diet, inadequate portions & nowhere close to federal & state guidelines.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Either "fire" all Stewards & replace with competent dietitians & stewards who will "without fail" oversee & serve better food, free of bugs & balanced meals, & adequate amounts or we will enter into a class action law suit against Houston co. ie co. jail, administrator Lts & as well as Sheriff & Co. Commisioners, attached to this grievance is list of witnesses who swear under oath that their all are & have been subjected to above mentioned wrong doings. Thomas White

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/M White - I am working on the food issue. I have been informed that all meals meet state/federal guidelines. Furthermore, I have B instructing staff to photograph the meals. 9/20/06 Lt Rocco

\* \* \* \* \* \* \* \* \* \* \* **DO NOT SIGN UNTIL YOU HAVE READ RESPONSE** \* \* \* \* \* \* \* \* \* \* \* \* \*

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: Stepner

INMATE SIGNATURE: Refused to sign

To: Lt. Rocco & Commander McCusty          Sheriff Glover
& Co. Commisioners

## INMATE GRIEVANCE FORM

DATE: Sept. 4th          2006     POD/CELL LOCATION: F-pod

INMATE NAME: Thomas White     INMATE NUMBER: 28827   Russ

NATURE OF GRIEVANCE OR INFORMATION: This grievance is being filed on behalf of all inmates
housed within the Houston Co. Jail. Today's "dinner meal" (6:00pm) was an outrage to all inmates here at
the jail. It consisted of; Turkey slices (cold) & less than "one spoonful" of stuffing (A portion about the
size of a large egg), A spoonful of carrots & one piece of "bunked cake." We, the inmates here, repeatedly
complained to this administration, but, to no avail or no change for the better. If anything, the food has
gotten worse. We are not animals, and will not tolerate being treated as animals or sub human creatures.
The food has been/is constantly full of bugs, an unbalanced nutritional diet, inadequate amounts—
& not the quality, quantity, or types that Federal & State Guidelines call for. We insist
upon being treated with more respect & fed as we should be.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? _____

_____

_____

_____

## WITNESSES:

| # | Name | Sig | # | Name | Sig |
|---|------|-----|---|------|-----|
| 1 | Thomas F. White | Sig Thomas White 28827 | 19 | David M. Cross | Sig David Cross |
| 2 | Curtis Mayes | Sig Curtis Mayes 13476 | 20 | Christopher White | Sig Christopher White |
| 3 | Travis Cummings | Sig Travis Cummings | 21 | Jerrick Lee | Sig Jerrick Lee |
| 4 | Lonnie Butler | Sig Lonnie Butler 58922 | 22 | Stewart Corbitt | Sig Stewart Corbitt |
| 5 | Patrick Thompson | Sig Patrick Thompson 58366 | 23 | Sylvester Bowie | Sig |
| 6 | Brad Culver | Sig Brad Culver | 24 | Maurice Turner | Sig Maurice Turner |
| 7 | Raymond K. Bryant | Sig Rynd K. Bryt | 25 | Tony Layton | Sig Tony Layton |
| 8 | Jeremy McKenzie | Sig Jeremy McKenzie | 26 | Dewayne Hayes | Sig Dewayne Hayes |
| | NOT ON DUTY RESPONSE: | | 27 | | Sig |
| 9 | Reginald Underwood | Sig Reginald Underwood | 28 | | Sig |
| 10 | Anthony Reese | Sig Anthony Reese | 29 | | Sig |
| 11 | Marcus Domingote | Sig Marcus Domingote | 30 | | Sig |
| 12 | Johnathan Kelley | Sig Johnathan Kelley | 31 | | Sig |
| 13 | Johnny Owens | Sig David McBride | 32 | | Sig |
| 14 | David M. McChell | Sig Johnny Owens | 33 | | Sig |
| 15 | Johnny Oziek | Sig Johnny Oziek | 34 | | Sig |
| 16 | Cornelius Whitehurst | Sig Cornelius Whitehurst | 35 | | Sig |
| 17 | Romell Russaw | Sig Romell Russaw | 36 | | Sig |
| 18 | MARK FORD | Sig Mark Ford | | | |

I/M White - I am working on the food issue.   9/20/06 Lt Rocco

* * * * * * * * * * * * *   DO NOT SIGN UNTIL YOU HAVE READ RESPONSE   * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: S. Roper

INMATE SIGNATURE: Refused to sign

To; Sheriff S. Glover + Co, Commissioners (Houston Co.)

## INMATE GRIEVANCE FORM

DATE: Sept 5th 2006   POD/CELL LOCATION: F-pod.

INMATE NAME: Thomas P. White   INMATE NUMBER: 28837

NATURE OF GRIEVANCE OR INFORMATION: I was on docket call to appear before Judge Jackson I was at the courthouse in the courtroom for over 1 hour when I couldn't hold my bladder any longer, I "begged" (3 times) officer Dunham to "please" allow(ed) me to use the bathroom, that I could no longer hold it. She refused to take me or to call someone to escort me to the bathroom, I was in extreme pain & could no longer wait, so again I tried to get "permission" to go to bathroom, again Mrs Dunham said No, & then I had to "beg" Judge Jackson to instruct officer Dunham to escort me or get me to the bathroom which the judge did, Judge Jackson is my witness to this as well as to her shoving me back to F-pod, in my seat,

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I have been subjected to cruel & unusual punishment & physically assaulted by officer Dunham of Houston Co Jail I am 41 years old & know how long I can hold my bladder & when I must use the restroom, I was humiliated by the above mentioned officer & subjected to cruel & unusual punishment by not allowing me to use bathroom I suffered extreme pain, discomfort & only because I begged Judge Jackson & had him to "instruct officer Dunham to allow" (?) me to use bathroom — I'm asking for officer Dunham to be fired — I am doing a 1983 Civil Law suit against Sheriff's Dept, if not I am not an Animal or subhuman creature to be treated

OFFICER RESPONSE OR FINDING

SGT. ON DUTY RESPONSE: I/M White - I answered your grievance prior to leaving town for a training seminar and I forwarded a copy of your grievance to the Lt. in Court. Dep. Dunham does not work for the jail. All inmates are given the opportunity to use the bathroom prior to going to court. Court generally lasts from 8:30am - 12:00 noon. Unless you have some medical condition that keeps you from being able to hold your urine, you should be alright for such a short period of time. Trips to the bathroom are limited because it can cause safety and security issues by inmates moving between the courtroom and bathroom. Again, if you are having difficulty holding your urine, request to be checked by medical. 9/19/06 Lt. Tocco

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: Stepper

INMATE SIGNATURE: Refused to sign

To: Sheriff R. Glover + Co. Commissioners (Houston Co.)

# INMATE GRIEVANCE FORM

DATE: Sept 5th 2006  POD/CELL LOCATION: F-pod.

INMATE NAME: Thomas P. White  INMATE NUMBER: 283897

NATURE OF GRIEVANCE OR INFORMATION: I was on dockett call to appear before Judge Jackson. I was at the courthouse, in the courtroom for over 1 hour. When I couldn't hold my bladder any longer, I "begged" (3 times) officer Dunnham to "please" allow(s) me to use the bathroom, that I couldn't no longer hold it. She refused to take me or to call someone to escort me to the bathroom. I was in extreme pain I could no longer wait, so — again I tried to ask someone to go to bathroom, when Mrs Dunnham said no & then had to "beg" Judge Jackson to instruct officer Dunnham to escort me or get me to the bathroom which the Judge did. Judge Jackson is my witness to it (will be to her showing no respect to me (I pooled in my seat.)

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I have been subjected to cruel & unusual punishment & physically restrained by officer Dunnham of Houston Co. Jail. I can't mentally make out know how long I can hold my bladder & when I must use the restroom. I — was humiliated by the above mentioned officer & subjected to cruel (unusual punishment by not allowing me to use bathroom. I suffered extreme pain, discomfort & only because I begged Judge Jackson, I had him to instruct officer Dunnham to "allow" me to use bathroom — Im asking for officer Dunnham to be fired, if not I AM filing a civil (lawsuit against Sheriff Dept & not)

OFFICER RESPONSE OR FINDING: I am not an animal or subhuman creature to be treated

_____ Lt Jayner,

SGT. ON DUTY RESPONSE: check into the complaints of this inmate + advise

[signature]

Deputy Michelle Dunham was the officer in Judge Jackson's courtroom and had approx. 14 inmates in her courtroom. Inmate White demanded to go to the restroom and Deputy Dunham was unable to take a male inmate to the restroom. The inmate jumped up and started toward Judge Jackson and Deputy Dunham put him back in his seat. Deputy Dunham called Sgt. Ivey and Sgt. Ivey came to Judge Jackson's courtroom as soon as he finished in his courtroom, which was approx. 30 minutes later. Inmate White had two opportunities to go to the restroom at the jail, but did not go and had been in court for approximately one hour before this incident. Deputy Dunham performed her duties as required.

\* \* \* \* \* \* \* \* \* \* \* \* \* DO NOT SIGN UNTIL YOU HAVE READ RESPONSE \* \* \* \* \* \*  [signature]

09-25-06

DATE GRIEVANCE RETURNED: 9-26-06

CORRECTIONS OFFICER SIGNATURE: S/o [signature]

INMATE SIGNATURE: Refused to sign

Lt Rocco & Commended McCurty

# INMATE GRIEVANCE FORM

DATE: Sept 1st 2006  POD/CELL LOCATION: F-10

INMATE NAME: Thomas White  INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: The medication is being passed out not by nurses but by C.O.s which are not qualified to handle medication. Medication should be passed out only by nurses or registered personnel, that are allowed by DEA & Fed laws. Common correctional officers are not qualified, or competent to pass out federally guarded medication(s) Also a trustee certain should not be allowed to accompany med. cart. I am requesting a copy of this & your response to this for my personal records.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Only allow Registered nurse, or LPN or federally certified competent officers/officially authorized to handle medication to be able to pass out medication(s) This administration is in direct violation of federal & state laws by allowing simple corrections officers & trustees to pass out medication to package/handle/dispense medication. I am requesting copie(s) of all grievances I file to be allowed to include your response on my copies on all responses.

OFFICER RESPONSE OR FINDING? 

SGT. ON DUTY RESPONSE: I/M White, the jail is in full compliance of all laws by allowing the C/Os to pass medication. 9/19/06 Lt. Rocco

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: Stepper

INMATE SIGNATURE: Refused to sign

# INMATE GRIEVANCE FORM

DATE: Sept 1st 2006   POD/CELL LOCATION: F-10

INMATE NAME: Thomas White   INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: I am filing this grievance because of the law library... the law library is not up to date... does not have the most important books that is essential to the rights of inmates ie, "criminal rules of procedure, titles 13 & 14 prisoners rights handbook etc. etc. The law library here is not of any benefit or use to inmates who desperately need (& are guaranteed to) to have access readily available so as to help prepare for cases/trials etc.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? to update law library, & to provide every possible documentation, book & memos to the benefit & availability to all incarcerated inmates housed at this facility. Again... this is a request to be entitled to, & provided to myself and all inmates housed here at this jail to have access to the = updated & current laws, procedures guidelines by the state of Alabama & under constitution of United States of America. I request copy of this with your response & signature please.

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/m White - this jail has a competent law library and you have access to it anytime you wish. Just complete a request form. However, if you feel this law library is not good enough, have your attorney obtain a court order for transport to the law library at the courthouse. 9/15/06 Li Rocco

* * * * * * * * * * * * *  DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: S Depper

INMATE SIGNATURE: Refused to sign

## INMATE GRIEVANCE FORM

DATE: Sept 1st 2006     POD/CELL LOCATION: F-10

INMATE NAME: Thomas White     INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: I am filing this grievance because I've asked to have copies made of legal mail (i.e) legal documents from Clerk of court & appointed attorney that are proof of my rights being VIOLATED - I was told that this administration "does not" make copies - only provides inmate with carbon paper to make copies, Well carbon paper isn't any good to copy letters from attorney or clerk etc, I need copies made of my legal work, Federal & State law says you will provide copy service to me & I need it badly.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I am an indigent inmate & am requesting that this administration provide me with copy service as I am entitled too, under state & federal law, I am also requesting to be provided with a copy of this to include your response & signature for my own personal records, thank you. Respectfully Thomas White

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/M White - any copies you need from the court can be requested from the court. Any copies you want from your file here needs to be suppoenaed since we provide a carbon copy of all requests/grievances prior to you sending them. Your attorney can provide you copies of any relevant correspondence between the two of you. 9/19/06 Lt Rocco

* * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: Stepper

INMATE SIGNATURE: Refused to sign

Lt. Rocco & Commencer Mcclery

## INMATE GRIEVANCE FORM

DATE Sept. 1st 2006  POD/CELL LOCATION: F-10

INMATE NAME: Thomas White  INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: This morning tray had roaches in it. Yesterdays tray had roaches in it, Lt. Rocco, this is not an every now & then occurence. It is a daily event. The food has consistently had bugs in it, is never an adequate amount or the nutritional balance as state & federal law requires. The servers do not wear hair nets either. The food situation here at this jail is borderline criminal & sub-human. Would you want your children or love ones to be treated this way?

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Lt. Rocco, you yourself have stated that this situation is/has been a recurring event. You are & have been aware of this but still — nothing has changed. The food is disgusting, full of bugs, never an adequate amount or even a balanced meal... this has been brought to your attention over & over, yet nothing has changed. I am requesting a copy of this with your response attached (for my copy) & I will be complaining to Co Commissioners & Sheriff. If still nothing changes I'm filing suit.
Respectfully, Thomas White

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: I/M White - I have photos taken of the trays you guys get. We have been monitoring the food continuously and it was my understanding it was better. I again will speak to the ABL supervisor.
9/15/06 Lt. Rocco

* * * * * * * * * * * * *  DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: Scepper

INMATE SIGNATURE: Refused to sign

## INMATE GRIEVANCE FORM

DATE: Sept 1st 2006   POD/CELL LOCATION: F-10

INMATE NAME: Thomas White   INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: I am filing this grievance because of how the grievance/request procedure is in violation to the rules of procedure as mandated by both state & federal law. When ever inmate files a grievance or request the officer gives "one" of the "two" copies back to inmate. This leaves inmate with a copy with "no response" for the inmate to keep for his own records (?) such as to have documented proof of negligence or whatever by dept. officials. It is a violation of equal protection & due process which is "guaranteed" by both state & federal requirements

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Either make grievance/requests forms in "triplicate" so as to allow administration 1copy - inmates file/records 1copy & also to provide 1copy to inmate to keep for personal records/proof. I've got 2(two) grievance forms that I've NEVER got a response too... why? Well, I suppose that the officer I filed grievance against throwed them along. This is violating my rights & I AM requesting a copy of your response to this for my own records - Respectfully, Thomas White

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/M White - you are allowed to read the responses to your grievances, however, you are not entitled to copies of the responses. They are held in your inmate file and have to be subpoenaed. I know you must be frustrated with everything going on but the rules are to be equally enforced. I am working on the food issue. Thank you for your patience - 9/20/06 Lt Placo

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED: 9-20-06

CORRECTIONS OFFICER SIGNATURE: Stopper

INMATE SIGNATURE: Refused to sign

**INMATE GRIEVANCE FORM**

DATE: 8-20-2006          POD/CELL LOCATION: F-pod 10 cell

INMATE NAME: Thomas White          INMATE NUMBER: 28827

NATURE OF GRIEVANCE OR INFORMATION: On Sunday "Lunch" meal we were served meat w/rice, pudding, applesauce combined & that was it—"no vegetables at all". The meals are "inadequate", cold, the portions are not enough, nor are they the amount of calories set forth in Federal/State guidelines. There have been several times bugs have been in food. Trays set in hall for up to 45 minutes most of the time before we are served so food is always cold. The portions are NOT the amount we should get, nor are we getting enough calories or remotely what would be considered a balanced diet—The food is not enough, its cold, not balanced meal, not made properly.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Make the stewards do their job & be aware of the amount, the type, & quality of our food. Feed us better type food—more balanced meals—the appropriate amount of food instead of the small portions were served now & for it to be served at least "warm" & without bugs in it. If the conditions of the meals & size & quality of meals do not improve dramatically & immediately. I will file 1983 civil law suit on & because of these conditions as well as have families file complaints to Sheriff, commissioners, & circuit judge & inform news media as well.

OFFICER RESPONSE OR FINDING? _____

SGT. ON DUTY RESPONSE: I/M White - I have received a couple complaints about the food. I have spoken to the kitchen about the problem and it seems to get better and then I receive another complaint like yours. Once again, I will talk to the kitchen supervisor and I will speak to the Sgts so as I get a picture of the meals. However, I have been assured that the amount served meets Federal/State guidelines. I will check into your complaint. Please keep me informed of the progress. 8/22/06 Lt. Rowe

\* \* \* \* \* \* \* \* \* \* \* \* \* DO NOT SIGN UNTIL YOU HAVE READ RESPONSE \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DATE GRIEVANCE RETURNED: 8/23/6

CORRECTIONS OFFICER SIGNATURE: _____

INMATE SIGNATURE: Thomas White

## INMATE REQUEST FORM

Date: 5-28-05

INMATES #: 28827

To: Chaplain Baker

C/O SIGNATURE: _____

From: Thomas White   (F-pod)

SR C/O SIGNATURE: _____

NATURE OF REQUEST: Dear Sir — I am writing to you to ask you to please assist me in getting Married to my fiancee of 6 months, her name & Christy Williamson #5M700. We are both here in this jail. We were engaged long before coming to jail. She is pregnant with my child & sick. We need desperately to be "legally" married. She's due August please sir help us to be Married soon as possible. Thank you & God bless Respectfully Thomas White

ACTION TAKEN: 5/31/05 Mr. White the Houston County Jail Policy states NO marriages to be done for I/M's. Sorry.

Chaplain Baker

## INMATE REQUEST FORM

Date: 6-28-05.

INMATES #: 28827 (F-pod)

To: Laundry/Property (Ofc. Skelton)?

C/O SIGNATURE: Smckel

From: Thomas White   (F-pod)

SR C/O SIGNATURE: Jones

NATURE OF REQUEST: I need soap, lotion, shampoo, toilet paper deoderant (etc) please. Thank You! Thomas White

ACTION TAKEN: .3¢ Balance   given Indigent Pack 7-5-05 - ¢ Smckel

## INMATE REQUEST FORM

Date: 6·28·05                                    7    INMATES # 258827 (F·pod)

To: Laundry/Property (Ofc Skelton)    C/O SIGNATURE _____

From: Thomas White    (F·pod)    SR C/O SIGNATURE Jones

**NATURE OF REQUEST** I NEED soap, lotion, shampoo, toilet paper, deodorant (etc)

Thank You!

Thomas White

**ACTION TAKEN** 3¢ Balance
given Indigent Pack 6-29-05 ∞ Skell

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: 6/29/05                                    INMATES # 258827 (F·pod)

To: Mrs Britt Or Visitation Ofc.    C/O SIGNATURE Snell

From: Thomas P. White    (F·pod)    SR C/O SIGNATURE Jones

**NATURE OF REQUEST** I AM requesting info on what the policy is for "released" inmates coming back to visit (?) My fiancee Chasity Williamson was released on 6·12·05 ... Is there any (if any) a waiting period before she will be permitted to come here to visit me ??? respectfully Thomas White

**ACTION TAKEN** She must be out 6months before She can come to visit.
7/2/05

## INMATE REQUEST FORM

Date: 4.6.05

To: Mrs Britt or Visitation Ofc.

From: Thomas White (F-pod)

INMATES # 38887

C/O SIGNATURE

SR C/O SIGNATURE Jones

NATURE OF REQUEST  I am requesting to add Chris Johnson to my visiting list. Thank you very much.

Respectfully
Thomas White

ACTION TAKEN  Done on 7/8/05

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

## INMATE REQUEST FORM

Date: 7·30·05

To: Laundry / Property

From: Thomas White (F-pod)

INMATES # 38887

C/O SIGNATURE

SR C/O SIGNATURE Jones

NATURE OF REQUEST  I am in "dire need" of toilet paper. I'm in a "tight spot". Please "assist situation"
Thomas White

ACTION TAKEN  given 1 Roll TP & sheet

8/1/05

**INMATE REQUEST FORM**

Date: 8.5.05                          INMATES # 288217

To: Docket "Records"                  C/O SIGNATURE _Inck_

From: Thomas P. White (F. 200)        SR C/O SIGNATURE

**NATURE OF REQUEST**

I am requesting to know if I have
any Warrants, Detainers, Holds etc on me from anywhere.
I believe I've only got Manuf, 1st & Poss Cont. Sbs.
here in Houston Cea. Is that all, or are their others? Thomas White
in Alabama or Florida?

**ACTION TAKEN** 8/6/05 No holds, ect show on your Docket card.
You have a third charge - Possession of a firearm w/ Altered serial
Number $10,000 Bond.         40 M

---

**INMATE REQUEST FORM**

Date: 8-8-05                          INMATES # 288217

To: Inv. Bill Rafferty HC.S.O.        C/O SIGNATURE P. Munn

From: Thomas P. White (F. 200)        SR C/O SIGNATURE

**NATURE OF REQUEST** Mr Rafferty I am requesting that you
please send me the name(s) & Addresses of the following:
Investigator who talked w/me from Jackson Co. And,
Investigator who talked w/me from Calhoun Co.
Thank you for your time. respectfully Thomas White

**ACTION TAKEN**
1) Calhoun Co. Sheriff's Dept: Kenneth Futch
2) Jackson Co. Sheriff's Dept: Kevin Arnold
20776 Central Ave. E.        #2) P.O. Box Box 919
Blountstown FL. 32424        Marianna FL. 32447

**INMATE REQUEST FORM**

Date: 8·15·05

To: Front Desk / Receptionist

From: Thomas White (F. Ppd)

INMATES #: 28827

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** Please Call my Lawyer for me — have him come see me — — It's very Urgent. "Joe Herring" = 673·8700 = Thanks! Sharon White

**ACTION TAKEN** Wrote him @ 211 N Alice St 27th 8/17/05

Houston Printing Co., Inc. • Form #5135 • Rev 3-98  WO#54

---

**INMATE REQUEST FORM**

Date: August 20th

To: Laundry

From: Thomas White (F. PPd)

INMATES #: 28827

C/O SIGNATURE

SR C/O SIGNATURE Jones

**NATURE OF REQUEST** I need some toilet paper badly please let me get some. Thank you kindly Respectfully Sharon White

**ACTION TAKEN** gave 1 Roll Tissue 8-22-05 S Hull

**INMATE REQUEST FORM**

Date: 8-29-05

To: LAUNDRY/Property

From: Thomas White (F-200)

INMATES #: 288027 F

C/O SIGNATURE:

SR C/O SIGNATURE: Jone

**NATURE OF REQUEST** I need shampoo, soep, lottion, Toilet Paper Etc really bad please could you send me some.

thank you,

Respectfully Thomas White

**ACTION TAKEN** This time Shampoo, Soap & lotion is granted, but you'll receive tissue on supply day, Thurs.

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

**INMATE REQUEST FORM**

Date: Oct 2, 05

To: Laundry

From: Thomas White F-200

INMATES #: 288027

C/O SIGNATURE: Massey

SR C/O SIGNATURE: Volent

**NATURE OF REQUEST** I am out (completely) of toilet paper can I "please" get some before thursday today is Sunday and I'm out please let me get a roll monday mornin. Thanks! Thomas White

**ACTION TAKEN** give 1 Roll Tissue 10/03/05 E Stm

Thos White

**INMATE REQUEST FORM**

Date: _11-21-05_

To: _Thomas White_

From: _Chaplain Baker_

INMATES # _28827-F_

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** _____

**ACTION TAKEN** _Please sign for receipt of Study Bible from Mr. Bill Phillips._

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

F-POD

**INMATE REQUEST FORM**

Date: _Nov 21st 2005_

To: _Mrs Walker C/O_

From: _Thomas White_

INMATES # _28827 F-pod_

C/O SIGNATURE _Beaxter_

SR C/O SIGNATURE _____

**NATURE OF REQUEST** _Mrs Walker, I got 2 sanctions on the same morning. 1 for violation of rule #1 & also 1 for rule #18 - I was given "2" sanctions & got 2wks loss of visitation & 2 wks loss of commisary on each sanction - Everyone else got only 1 sanction for "both" violations & only lost 2 instead of 4 weeks priv. I appealed & have not got my appeal(s) back yet ?? Please let me know something_

**ACTION TAKEN** _____

_11/22/05 (TW) Mr. White you have 1wks less of visit which will be 11/26+27/05._

## INMATE REQUEST FORM

Date: Dec 22 Ms.

To: ~~Sargt~~ Reed

From: Thomas White (F. pod)

INMATES # 28827

C/O SIGNATURE

SR C/O SIGNATURE

**NATURE OF REQUEST** I Need the "physical Address"
to COFFEE CO. Jail (i.e Road/P.O. box) etc
All you sent was complex 4 ? I Need A
physical "MAiling" Address Please ma'am. THANK
you much    respectfully    Thomas White

**ACTION TAKEN**
I don't have a physical address.
all I have is the complex info 12/26/05
                    Thomas White

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98    WO#54

---

## INMATE REQUEST FORM

Date: Jan 26th 06    (F)

To: Sgt On Duty

From: Thomas White (F pod)

INMATES # 28827

C/O SIGNATURE Brannon

SR C/O SIGNATURE Jones

**NATURE OF REQUEST** I Need to use the toeNAil/FingerNAil
clippers Please.    ThanK ye Kindly!    Thomas White

Thomas White    Done on 2-1-06

**ACTION TAKEN**

**INMATE REQUEST FORM**

Date: Feb 26th '06

INMATES # 288827

To: Property Officer - Sgt.

C/O SIGNATURE Brannon

From: Thomas White (F-Pod)

SR C/O SIGNATURE Jones

NATURE OF REQUEST I go to Jury Trial on Feb 2nd... I was supposed to have some clothes & shoes dropped off for me to wear — could/would you please let me know of they've been dropped off & can I be allowed to make sure they fit or not... Thank You Respectfully Thomas White

ACTION TAKEN Write to the Sgt I haven't seen any Court Clothing for you — I don't handle that they do Check with them there, they might know more.

C/O Hull 1-26-06

---

Houston Printing Co., Inc. • Form #5135 • Rev. 3-98   WO#54

---

F-POD

**INMATE REQUEST FORM**

Date: Feb 3d 06

INMATES # 288827

To: Medical c/o Skelton / Sgt's

C/O SIGNATURE

From: Thomas P. White F-pod

SR C/O SIGNATURE

NATURE OF REQUEST I have been here since 5/5/05 without any shoes... I have had problems with my feet...(ankles & arches) I've had "soft shoe" pass my whole incarceration... this standing/walking on concrete is causing me more pain & damage to my feet/ankles. My daughter brought me some clothes & shoes to be left up front... the shoes are "hitop" "tennis" for support" ankles/arch "Please," Please allow me to get my shoes out of my property. As I was saying I've been here 9 months (no shoes) Respectfully Thomas White

ACTION TAKEN Write Medical to see the Doctor. if he approves we will let you have your shoes but we will have to have a order from Nursing.

Feb 8/06  C/O Hull

## INMATE REQUEST FORM

Date: 3-19th '06

To: Hon. Judy Byrd

From: Thomas White  F-pod

INMATES # 28827

C/O SIGNATURE _____

SR C/O SIGNATURE Buchmann

**NATURE OF REQUEST** Mrs Byrd please could you send me case action summary for CC05-1561- CC05-1562-CC05-1563 and please let me know 'when' my court date is for these cases. I thank you kindly— respectfully, Thomas White

**ACTION TAKEN** 03-21-06 I'm White, you need to write Clerk's office for a case action summary. Your trial trial 3 cases is set for 05-08-06 @ 8:30 am. (signed)

Unit's Signature x _____

Houston Printing Co., Inc. • Form #5135 • Rev 3-98   WO#54

---

F-2

## INMATE REQUEST FORM

Date: 6-18-06

To: Records

From: Thomas White (F-2)

INMATES # 28827

C/O SIGNATURE _____

SR C/O SIGNATURE Buchmann

**NATURE OF REQUEST** I've been here since 5-5-05 I was supposed to go to jury trial "Feb 2" then told it would be May 8th. I've Not been to court "YET" Please tell me "when" my court date is. Thank You. Thomas White

**ACTION TAKEN** 06-27-06 I'm White, your trial is set for 08-14-06 @ 8:30 am. This is subject to change as well. (signed)

Unit's Signature x _____

**INMATE REQUEST FORM**

Date: 6-20-06

To: Laundry

From: Thomas White F.pod

INMATES #: 28827f

C/O SIGNATURE: Sapp

SR C/O SIGNATURE

NATURE OF REQUEST: Please send me an indigent package. I need apricot shampoo, lotion, deod. soap, toilet paper, etc. Thank You.

Respectfully Thomas White

ACTION TAKEN: **Indigent Package** Issued: 6-21-06

X

Southeastern Printers / Form #5135 / Rev 3-98

---

**INMATE REQUEST FORM**

Date: 7-2-06

To: Laundry

From: Thomas White (F.pod)

INMATES #: 28827 f

C/O SIGNATURE: Sapp

SR C/O SIGNATURE

NATURE OF REQUEST: I need an indigent package & soap, lotion "Apricot Shampoo" Deod. toilet paper Thanks Thos White

ACTION TAKEN: **Indigent Package** Issued: 7-3-06

X



**INMATE REQUEST FORM**

Date: 7-30-06

To: Sgt Davis (OIC), Property, Thomas White (F-pod)

From: _____

INMATES # 28801

C/O SIGNATURE _____

SR C/O SIGNATURE _____

**NATURE OF REQUEST** Mrs Davis, I have been here for 15 month. I got admitted on August 14th. I had some of my people to go and bring me a new pair of shoes to wear to court... I have no shoes here in my cell or up front. I guess they planned to then see up front Sgt Turner told me you were who I needed to

**ACTION TAKEN** speak to about getting my shoes — I've had surgery on both ankles & I really do need those shoes back here to wear on this court date. **PLEASE** I mean if it's not too much to ask would you allow me to get my shoes to wear? I would greatly appreciate it a thank you God bless you.

Respectfully,
James White

Southeastern Printers / Form #5335 / Rev 3-98

## INMATE REQUEST FORM

Date: 8-4-06          F                    INMATES # 28027

To: Sgt. 1st Shift                         C/O SIGNATURE Thomas

From: Thomas White (F-pod)                 SR C/O SIGNATURE Kirby

NATURE OF REQUEST I need to go to Law Library
on Tuesday please.

Thank you, Thomas White

ACTION TAKEN Done on 8-8-06

Refused

Southeastern Printers / Form #5135 / Rev 3-98

---

## INMATE REQUEST FORM

F

Date: 8-9-06                               INMATES # 28027

To: Visitation Officer                     C/O SIGNATURE Craig

From: Thomas White F-pod                   SR C/O SIGNATURE

NATURE OF REQUEST My 90 days are up & I need "badly"
to change my visitation list. please allow me
to change is soon as possible. Thank You.
Respectfully, Thomas White

ACTION TAKEN 8/10/06
New Lists will be issued Friday or
Saturday.

## INMATE REQUEST FORM

Date: 8-21-06                           INMATES #: 28827

To: Records                             C/O SIGNATURE: _____

From: Thomas White F.pod               SR C/O SIGNATURE: _____

NATURE OF REQUEST I was supposed to go to jury trial on Aug 14th but didn't go... can you please let me know my court date? It was Feb 2nd, then May 8th then Aug 14th — could you please let me "know" my actual court date?? Thank You — Respectfully, Thomas White

ACTION TAKEN 08-22-06 Mr White, your trial will continue to change. Now set for 09-11-06 @ 8:30 am. Contact attny Thomas Smith for future court questions. (BOB)

WW's Signature _____

U.S.B.P.: Reorder #12055 (8/06)

---

F pod

## INMATE REQUEST FORM

Date: August 18th                       INMATES #: 28827

To: Sgt. Buchmann                       C/O SIGNATURE: N. Moore

From: Thomas White (F. pod)            SR C/O SIGNATURE: BR

NATURE OF REQUEST Mrs Buchman— I first would like to "humbly" apologize for the way I acted the night ya'll (burgularized) my cell & stole my ink pens & my dew pepper sauce I made.....you know I'm hoping you'll forgive me for that & maybe allow me to be on your "Behavior Modification Program"— my behavior has been

ACTION TAKEN modified for all of 15 months now & that is a record for me—so could/would you (please) allow me to paint or whatever for you? I'm going crazy in here jest settin 08-18-06 Thanks so much Respectfully, Thomas White

No room to reply Sgt. Buchman    Thomas White

F-10

## INMATE REQUEST FORM

Date: 9.7.06

INMATES # 28827

To: Sgt. Buchmann

C/O SIGNATURE H. Russell

From: Thomas White (F-pod)

SR C/O SIGNATURE

NATURE OF REQUEST Mrs. Buchmann, I was hoping to find out from you if I was "still" on the list (up "next") to be placed on the "Behavior Modification" Trustee program. I've been here since 5/5/05. you had told me I would be next. I sure wish you'd let me. Thank You, ma'am.

ACTION TAKEN 09-01-06
Yes but I am overloaded at this time. Sgt Buchman. THANK YOU!!!
× Thomas White

USBPI Reorder #12055 (8/06)

---

F-10

## INMATE REQUEST FORM

Date: 9.7.06

INMATES # 28827

To: Sgt. 1st Shift

C/O SIGNATURE H. Russell

From: Thomas White (F-pod)

SR C/O SIGNATURE Buchman

NATURE OF REQUEST I am requesting to go to law library on Tuesday. Thank You. Respectfully, yrs Thomas White

ACTION TAKEN Done 9/12/06
× Thomas White

Reorder #12055 (8/06)



# INMATE REQUEST FORM

Date: 9.7.06

To: Lt. Rocco

From: Thomas White (Head)

INMATES #: 28804

C/O SIGNATURE: A. Bennett

SR C/O SIGNATURE: Bennett

**NATURE OF REQUEST** Mrs Rocco, I have filed several grievance(s) to the Commander...All will's are signed off by officer on duty yet I've not gotten "any" response(s) from him as of yet. I am wondering we have authority who do I need to wash certain that the officers do their job? As someone throwing the ball.

**ACTION TAKEN** Over for response

USBPI Reorder#12055 (8/06)

**INMATE REQUEST FORM**

Date: 9-12-06

To: Laundry-

From: Thomas White (F-pod)

INMATES # 28827

C/O SIGNATURE Moss

SR C/O SIGNATURE

NATURE OF REQUEST I need an indigent package: soap, deoderant, toothpaste, toothbrush, shampoo, lotion & also toilet paper if you dont mind... thank you very much. Respectfully Thomas White

ACTION TAKEN

**Indigent Package Issued:** 9-13-06

USBPI Reorder# 1055 (8/06)

**INMATE REQUEST FORM**

Date: 9.12.06
To: Commander McCarty
From: Thomas White (F-pod)

INMATES #: 28827
C/O SIGNATURE: Russ
SR C/O SIGNATURE:

NATURE OF REQUEST: Commander McCarty, I have filed several grievances but have gotten no response whatsoever, the grievance(s) were addressed to both you & to Lt. Rocco. I am inquiring as to why I've gotten any response. respectfully Thomas White

ACTION TAKEN: Your grievances have been responded to by Lt. Rocco. She has responded to every grievance which was received from you. I have not received any from you. only this request-
Commander McCarty 9/26/06

USBPI Reorder #12055 (8/06)

---

F-10

**INMATE REQUEST FORM**

Date: 9.17.06
To: Mrs. T. Welker
From: Thomas White (F-pod)

INMATES #: 28827
C/O SIGNATURE:
SR C/O SIGNATURE:

NATURE OF REQUEST: Mrs. Welker, I had wrote to Sgt Turner to get Account summary so I'd have record of what I owe, to whom & how much, Also I need account summary to show how much $ I (haven't) got. please send me an account summary Thank You So Much

ACTION TAKEN:

USBPI Reorder #12055 (8/06)

## INMATE REQUEST FORM

Date: 9-17-06    (F)

To: Sgt. On Duty (1st Shift)

From: Thomas White (F. Pod)

INMATES # 28827 F

C/O SIGNATURE _Sipp_

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I am requesting to go to Law Library on tuesday (the 19th)

Thank You.

Respectfully, Thomas White

**ACTION TAKEN** Done on 09-26-06

_Refused_

USBPi Reorder #12055 (8/06)

---

## INMATE REQUEST FORM

Date: 9-17-06

To: Records

From: Thomas White

INMATES # 28827 F

C/O SIGNATURE _Sipp_

SR C/O SIGNATURE _____

**NATURE OF REQUEST** I need to know when my court date is please. (CC 05-1561 - CC05-1563

Thank you so much!

Respectfully Thomas White

**ACTION TAKEN** 09-06-06 'I'm White, your trial for all 3 cases is set for 11-06-06 at 8:30 am. RB

(Cmi's Signature) Thomas White

Pi Reorder #12055 (8/06)

**INMATE REQUEST FORM**

Date: 9·24·06

To: Chaplain

From: Thomas White (F·pod)

INMATES #: 28827

C/O SIGNATURE: Stepper

SR C/O SIGNATURE:

NATURE OF REQUEST: Sir, I was the one in F-pod who spoke to you about I'd been here for 16 or 17 months... I am indigent & have been over 4 months now, Mrs Walker suggested I could request through you to get some commisary items (snacks) so I am asking you to "please" let me get commisary this week - I've filled out a commisary list & turned it in... Amount of $11.45 please approve this.

ACTION TAKEN

9/25/06 ~~~~~~~~~~ Ms. Walker, up to $15 off Chaplain's Acct. for this inmate. Chaplain Baker

Completed 9/26/06

USBP/ Reorder # 12055 (8/06)

---

**INMATE REQUEST FORM**

Date: 9·24·06

To: Mrs. Walker

From: Thomas White (F·pod)

INMATES #: 28827   F

C/O SIGNATURE: Stepper

SR C/O SIGNATURE:

NATURE OF REQUEST: Mrs. Walker I wrote a request to the Chaplain asking him to "please" approve my commisary list... I filled one out for $11.45, will you "please" ask him to approve it for me? Please, Mrs Walker I don't got nothing, haven't had anything for 4 months now. Thanks! Respectfully, Thomas White

ACTION TAKEN

09/26/06 (TW) Approved !!

Ms. Walker

USBP/ Reorder # 12055 (8/06)

## INMATE REQUEST FORM

Date: Oct 1st 06

To: Commander McCarty

From: Thomas White for Whisper Lott

INMATES #: ?

C/O SIGNATURE: Morris

SR C/O SIGNATURE: [signature]

**NATURE OF REQUEST** Re: Whisper Lott = just months ago released from "Searcys" Mental Facility in Mt Vernon. Al. should not be here = She should be sent to Southeast Medical Center "Behaviour Medicine Unit" She is a liability to the jail & needs help badly. Please help her DO NOT put in population.

**ACTION TAKEN** We have to have an order from the court to move an inmate to Behavior Medicine Unit -

[signature] Thomas White

Commander McCarty

10-3-06

USBPI: Reorder#12055 (8/06)

---

## INMATE REQUEST FORM

Date: Oct. 1st

(F)

To: Scot on Duty

From: Thomas White F-Pod

INMATES #: 288827

C/O SIGNATURE: Morris

SR C/O SIGNATURE: ⊘

**NATURE OF REQUEST** I need to go to law library this tuesday please Thank You [signature] Thomas White

**ACTION TAKEN** Done 10-03-06

At medical

COMPLETED

**INMATE REQUEST FORM**

Date: Oct. 3º

To: Receptionist / Front Desk

From: Thomas White  (Food)

INMATES # 28827  F/C

C/O SIGNATURE Skipper

SR C/O SIGNATURE

**NATURE OF REQUEST** I need the address for "ACLU" and "Southern Poverty Law" Organization(s). Thank You much

*Thomas White*

**ACTION TAKEN** 400 Washington Ave
P.O. Box 2087
Mont. Al 36102-2087        10/4/06

USBPI Reorder#12055 (8/06)

---

**INMATE REQUEST FORM**

Date: 11-7-06

To: Records - Sgt On Duty/Lockt

From: Thomas P. White  (Food)

INMATES # 28827  B

C/O SIGNATURE Beasley

SR C/O SIGNATURE Buckman

**NATURE OF REQUEST** I am requesting a form for " Affadavit Of Substantial Hardship" (Appointment Of Counsel) Application. Thank You.

Respectfully *Thomas White*

**ACTION TAKEN** Done 11-9-06 CO Brannon
I/m White write normal on the affdavit & do not draw on it or it will not be accepted!

SBPI Reorder#12055 (8/06)

## INMATE REQUEST FORM

Date: Oct. 12th

INMATES # 28827

To: Chaplain Brother Sgt Brown

C/O SIGNATURE _Jameson_

From: Thomas White (F-10)

SR C/O SIGNATURE _Beckman_

NATURE OF REQUEST Sir, I've been here since 5.5.05 (17 months) I 'need' some "boxer-style" shorts & T-shirts 'badly'...mine are completely 'worn out', please sir, could-would you help me get some 'New' boxer style shorts & T-shirts? I don't have $ to buy these items. Thanks & God Bless You

Respectfully, Thomas White

ACTION TAKEN 10/13/06 I HAVE NO BOXERS BUT A 3x there is 2 Tee shirts.

_Thomas White_          _Sgt Brown_

USBPI Reorder#12055 (8/06)

---

## INMATE REQUEST FORM

Date: Oct 12th

INMATES # 28827

To: Laundry (Sgt Jones?)

C/O SIGNATURE _Jameson_

From: Thomas White (F-pod)

SR C/O SIGNATURE _Beckman_

NATURE OF REQUEST Mr. Jones, Sir I've been here since 5.5.05... I am "indigent" & my "boxer" underwear has become worn-out... my T-shirt too.... Sir, could/would you "PLEASE" provide me (through Chaplain or 'someone') some 'Boxer' style (not briefs) shorts, T-shirts & socks? Thank You.

ACTION TAKEN Boxers sz 34 waist · T-shirts XXLg please allow me to get some 'New' Underwear. God Bless & Thanks. Respectfully, J.White

Action Taken;

## INMATE REQUEST FORM

Date: 11-04-06

INMATES #: 28887

To: Lt. Rocco

C/O SIGNATURE _____

From: Thomas White    D-2

SR C/O SIGNATURE Buchman

**NATURE OF REQUEST** Mrs Rocco, I am 9N/ON lockdown for citation I get... I am in middle of legal work & cannot complete my legal work in the "1 hr" recreation/shower time given me... is it possible for me to atleast keep my "legal work" to finish. As I am on time limit for the legal work "must" get done. Thank You, Respectfully Thomas White

**ACTION TAKEN** I/M White - you come off lockdown on 11/20/06 and you can do your legal work then. For as long as you are on lockdown for your bad behavior, you will have to follow the rules like everyone else does. 11/6/06 Lt Rocco

USBPI Reorder #12055 (8/06)

**INMATE REQUEST FORM**

Date: NOV 1st

To: LAundry

From: Thomas White F-11

INMATES # 288217

C/O SIGNATURE Dykes

SR C/O SIGNATURE

NATURE OF REQUEST: I've just gotten off Suicide watch lockdown. Jacket, & have it been re-issued & mattress cover as of yet... Please Allow me to get mattress cover, & towel... "Jimmy" knows I didn't have one, been tryin' since monday night to get my stuff thanks

ACTION TAKEN

11/2/06

**REQUEST GRANTED**

(DO)

USBP: Reorder #12055 (8/06)

---

"mrs Walker" please" let me "know" what to do before you order (please)

**INMATE REQUEST FORM**

Date: 11.05.06

To: Mrs Walker

From: Thomas P. White

INMATES # 288217

C/O SIGNATURE Y

SR C/O SIGNATURE Buckson

NATURE OF REQUEST: Mrs Walker, On my Acc. summary I got A money order on 10.24.06 for the Amount of $40.00 # 4888095241... then it shows A commisary purchase of $19.50 on 10.31.06 (last thursday) Mrs Walker, I did not" get that store order, so you "should" still have it in your office "somewhere, because I didn't get it. Also, I need to know who sent that money order & Also the Money order deposited on 11-05-06 (#08588117623)

ACTION TAKEN: I got A $20.00 money order from my grandmother on 11-02-06 but it's not shown on my Account summary. Please come speak with me & let me know" what" to do. Do I still have A commisary bag in your office or do I make $30.00 store draw today? I need to

USBP: Reorder #12055 (8/06)

# COURT INFORMATION   c/o *Weaverling*

Name: White, Thomas                    Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5-6-05 | umcs/upcs | | | | Bond: Red 5-9-05 | # 50,000 00 # 10,000 00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name: Joe Herring

JUDGE: Steensland

SHELLEYS/793-1005                    FORM #5136

---

# COURT INFORMATION   c/o Hopper

Name: White, Thomas                    Inmate No. 28827

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5-9-05 | UMCS | DC05-1763 | | | | |
| | UPCS | DC05-1764 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name: Joe Herring

JUDGE: Mentheim

# COURT INFORMATION  C/O *Weaverling*

Name White, Thomas                          Inmate No. _____

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5-11-05 | UMCS | 0C05-1763 | | | | $50,000.00 |
| | UPCS | DC05-1764 | | | | $10,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name ~~Joe Herring~~ Wm White
72 Hr. Hrg. *Bond Reduction Hearing (Denied)*

JUDGE: Mendheim

SHELLEYS/793-1005                                    FORM #5136

---

# COURT INFORMATION  C/O Sgt. Jenkins Smith

Name White, Thomas                          Inmate No. 28827

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 5-25-05 | Pos Alterd F/A | WH05-1472 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name  72 Hr. Hrg. Joe Herring Appointed

JUDGE: Mendheim

SHELLEYS/793-1005

# COURT INFORMATION  C/O _Wilson_

Name _White, Thomas_                                    Inmate No. _Q8827_

| Date | Charge | Case No. | Next Court Date | Sentence | Hear Date | Amt. Bond |
|------|--------|----------|-----------------|----------|-----------|-----------|
| 7-7-05 | UMCS | DC05-1763 | | | | |
| | UPCS | DC05-1764 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name  _Prelim. Hrg._ ~~Waiver~~
_Held over for Grand Jury_

JUDGE: _Meadhem_

SHELLEYS/793-1005                                          FORM #5136

```
ACRO372                    ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2005 001763.00
OPER: AMI                      CASE ACTION SUMMARY
PAGE:   1                      DISTRICT  CRIMINAL                  RUN DATE: 05/06/2005
==============================================================================
IN THE DISTRICT COURT OF  HOUSTON                                        JUDGE: SEJ

STATE  OF  ALABAMA                       VS        WHITE THOMAS PEEL
                                                   407 OSCAR GODWIN ROAD
CASE: DC 2005 001763.00
                                                   DOTHAN, AL  36301 0000

DOB: 10/26/1965          SEX: M  RACE: W  HT: 5 08  WT: 157    HR: BRO EYES: BRO
SSN: 423865035    ALIAS NAMES:
==============================================================================
CHARGE01: UNLAW MANF CTN SUBS   CODE01: MCS1  LIT: UNLAW MANF CTN TYP: F #: 001
OFFENSE DATE: 05/05/2005                         AGENCY/OFFICER: 0380000 LANGLEY
DATE WAR/CAP ISS:                                DATE ARRESTED: 05/05/2005
DATE    INDICTED:                                DATE    FILED: 05/06/2005
DATE   RELEASED:                                 DATE  HEARING:
BOND       AMOUNT:       $50,000.00              SURETIES:

DATE 1: 05/06/2005  DESC: APPO              TIME: 0200 P
DATE 2:             DESC:                    TIME: 0000

TRACKING NOS: WR 2005 014034 00   /                               /
     DEF/ATY: Hon. Joe Herring            TYPE (C)                        TYPE:
                                   00000                              00000

PROSECUTOR:
==============================================================================
OTH CSE: WR200501403400 CHR/TICKET NO: WR2005014034      GRAND JURY: 088-07
COURT REPORTER:                     SID NO:       000000000
DEF STATUS: JAIL                    DEMAND:                          OPER: AMI
==============================================================================
DATE        ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 5/6/2005 | Defendant before the Court and advised of his/her rights; Hon. Joe Herring is appointed counsel for the Defendant.  DISTRICT JUDGE |
| 5/6/2005 | on motion from deft, bond hearing set 5/9/2005 at 2:00pm |

```
ACROS74     ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: DC 2005 001764.00
OPER: AMI                 CASE ACTION SUMMARY
PAGE:  1                  DISTRICT  CRIMINAL              RUN DATE: 05/06/2005

IN THE DISTRICT COURT OF  HOUSTON                              JUDGE: SEU

STATE OF ALABAMA              VS     WHITE THOMAS PEEL
                                     407 OSCAR GODWIN ROAD
CASE: DC 2005 001764.00
                                     DOTHAN, AL  36301 0000

DOB: 10/28/1785      SEX: M  RACE: W  HT: 5 08  WT: 157   HR: BRO EYES: BRO
SSN: 423865035   ALIAS NAMES:

CHARGE01: POSS CONTR. SUBS.      CODE01: UPCS  LIT: POSS CONTR. SU TYP: F #: 001
OFFENSE DATE: 05/05/2005              AGENCY/OFFICER: 0320000 LANGLEY

DATE WAR/CAP ISS:                    DATE ARRESTED: 05/05/2005
DATE    INDICTED:                    DATE    FILED: 05/06/2005
DATE    RELEASED:                    DATE  HEARING:
BOND       AMOUNT:      $10,000.00   SURETIES:

DATE 1: 05/06/2005  DESC: APPD           TIME: 0200 P
DATE 2:             DESC:                 TIME: 0000

TRACKING NOS: WR 2005 014035 00  /

    DEF/ATY:  Hon. Joe Herring        TYPE (C)                    TYPE:
                              00000                          00000

PROSECUTOR:

================================================================================
OTH CSE: WR2005014035 00 CHK/TICKET NO: WR2005014035     GRAND JURY: 070-07
COURT REPORTER: ---------------  SID NO:     000000000
DEF STATUS: JAIL              DEMAND:                        OPER: AMI
================================================================================
DATE           ACTIONS, JUDGEMENTS, AND NOTES
```

| Date | Actions, Judgements, and Notes |
|---|---|
| 5/6/2005 | Defendant before the Court and advised of his/her rights, Hon. Joe Herring is appointed counsel for the Defendant. _____ DISTRICT JUDGE |
| 5/6/2005 | On motion from deft, bond hearing set 5/9/2005 at 2:00pm. |

```
ACROS72          ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2005 001763 00
OPER: AMI             CASE ACTION SUMMARY
PAGE:   1               DISTRICT  CRIMINAL               RUN DATE: 05/06/2005
================================================================================
IN THE DISTRICT COURT OF  HOUSTON                                  JUDGE: SEJ

STATE  OF  ALABAMA              VS      WHITE THOMAS FEEL
                                        407 OSCAR GODWIN ROAD
CASE: DC 2005 001763.00
                                        DOTHAN,  AL  36301 0000

DOB: 10/26/1965        SEX: M  RACE: W  HT: 5 08  WT: 157   HR: BRO EYES: BRO
SSN: 423865035  ALIAS NAMES:
================================================================================
CHARGE01: UNLAW MANF CTN SUBS   CODE01: MCS1  LIT: UNLAW MANF CTN TYP: F #: 001
OFFENSE DATE: 05/05/2005                   AGENCY/OFFICER: 0380000 LANGLEY

DATE WAR/CAP ISS:                        DATE ARRESTED: 05/05/2005
DATE    INDICTED:                        DATE    FILED: 05/06/2005
DATE    RELEASED:                        DATE  HEARING:
BOND      AMOUNT:      $50,000.00          SURETIES:

DATE 1: 05/06/2005  DESC: APPO             TIME: 0200 P
DATE 2:             DESC:                  TIME: 0000

TRACKING NOS: WR 2005 014034 00  /                        /
```

DEF/ATY: *Hon. Joe HERRING*          TYPE: (C)                    TYPE:

```
                                  00000                     00000

PROSECUTOR:
================================================================================
JTH CSE: WR2005014034D0  CHK/TICKET NO: WR2005014034     GRAND JURY: 289-07
COURT REPORTER: _____  SID NO:    000000000
DEF STATUS: JAIL             DEMAND:                            OPER: AMI
================================================================================
DATE       ACTIONS,  JUDGEMENTS,  AND NOTES
================================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 5/6/2005 | Defendant before the Court and advised of his/her rights. Hon. *Joe HERRING* is appointed counsel for the Defendant. *DISTRICT JUDGE* |
| 5/6/2005 *Thru 5/6/05* | on motion from deft., bond hearing set 5/9/2005 at 2:00 pm. |
| 5/9/05 | Notified DA's ofc. (Terri) and atty's office (Daphne) at 8:35am |
| 5/9/05 | Copy CAS to DA, Jail, & attorney. |
| 5/9/2005 | Bond hearing continued to 5/11/2005 at 2:00 pm |
| | *Brad Mendheim*, JUDGE |

```
ACRO371          ALABAMA JUDICIAL INFORMATION SYSTEM          CASE: DC 2005 001764.00
OPER: AMI                    CASE ACTION SUMMARY
PAGE:    1                    DISTRICT  CRIMINAL                    RUN DATE: 05/06/2005

IN THE DISTRICT COURT OF  HOUSTON                                        JUDGE: SEJ

STATE  OF  ALABAMA                    VS      WHITE THOMAS FEEL
                                              407 OSCAR GODWIN ROAD
CASE: DC 2005 001764.00
                                              DOTHAN, AL  36301 0000

DOB: 10/26/1765      SEX: M  RACE: W  HT: 5 08  WT: 157    HR: BRO  EYES: BRO
SSN: 423865035  ALIAS NAMES:

CHARGE01: POSS CONTR. SUBS.      CODE01: UPCS  LIT: POSS CONTR. SU TYP: F #: 001
OFFENSE DATE: 05/05/2005                    AGENCY/OFFICER: 0380000 LANGLEY

DATE WAR/CAP ISS:                          DATE ARRESTED: 05/05/2005
DATE     INDICTED:                         DATE    FILED: 05/06/2005
DATE     RELEASED:                         DATE  HEARING:
BOND       AMOUNT:      $10,000.00         SURETIES:

DATE 1: 05/06/2005   DESC: APPD           TIME: 0200 P
DATE 2:              DESC:                TIME: 0000

TRACKING NOS: WR 2005 014035 00  /                            /
```

DEF/ATY: *Hon. Joe Herring*                TYPE (C)                        TYPE:

                                      00000                         00000

PROSECUTOR:

```
=======================================================================
OTH CSE: WR20050140350D CHK/TICKET NO: WR2005014035    GRAND JURY: 070-07
COURT REPORTER:                    SID NO:    000000000
DEF STATUS: JAIL                   DEMAND:                          OPER: AMI
=======================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
=======================================================================
```

| Date | Action |
|---|---|
| 5/6/2005 | Defendant before the Court and advised of his/her rights, Hon. *Joe Herring* is appointed counsel for the Defendant. *[signature]* DISTRICT JUDGE |
| 5/6/2005 *fee 5/6/05* | On motion from deft, bond hearing set 5/9/2005 at 2:00pm |
| 5/9/05 | Notified DA's office (Terri) and attys ofc. (Daphne) at 8:35 am |
| 5/9/2005 | Copy CAS to DA, Jail, attorney |
| 5/9/2005 | Bond hearing continued to 5/11/2005 at 2:00pm |
| | *Brad Mendheim*, JUDGE |

2880
05-11-05

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 001763.00
OPER: AMI                    CASE ACTION SUMMARY
PAGE:   1                    DISTRICT  CRIMINAL                 RUN DATE: 05/06/2005
```

IN THE DISTRICT COURT OF HOUSTON                                         JUDGE: SEJ

STATE OF ALABAMA                   VS        WHITE THOMAS PEEL
                                             407 OSCAR GODWIN ROAD
CASE: DC 2005 001763.00                      DOTHAN, AL 36301 0000

DOB: 10/26/1965        SEX: M   RACE: W   HT: 5 08   WT: 157    HR: BRO EYES: BRO
SSN: 423825035   ALIAS NAMES:

CHARGE01: UNLAW MANF CTN SUBS   CODE01: MCS1  LIT: UNLAW MANF CTN TYP: F #: 001
OFFENSE DATE: 05/05/2005                    AGENCY/OFFICER: 0380000 LANGLEY

DATE WAR/CAP ISS:                          DATE ARRESTED: 05/05/2005
DATE    INDICTED:                          DATE    FILED: 05/06/2005
DATE    RELEASED:                          DATE  HEARING:
BOND    AMOUNT:       $50,000.00               SURETIES:

DATE 1: 05/06/2005   DESC: APPO        TIME: 0200 P
DATE 2:              DESC:             TIME: 0000

TRACKING NOS: WR 2005 014034 00  /

   DEF/ATY: Hon. Joe Herring          TYPE: C                      TYPE:
                                          00000                         00000

PROSECUTOR:

```
OTH CSE: WR2005014034OO CHK/TICKET NO: WR2005014034    GRAND JURY: 083-07
COURT REPORTER:                 BID NO:    000000000              OPER: AMI
DEF STATUS: JAIL                DEMAND:
DATE          ACTIONS, JUDGEMENTS, AND NOTES
```

| 5/6/2005 | Defendant before the Court and advised of his/her rights; Hon. Joe Herring is appointed counsel for the Defendant. |
| | DISTRICT JUDGE |
| 5/6/2005 Thru 5/6/05 | on motion from deft., bond hearing set 5/9/2005 at 2:00pm. |
| 5/9/05 | Notified DA's Ofc. (Terri) and attys office (Daphne) at 8:35am |
| 5/9/05 | copy CAS to DA, Jail & attorney |
| 5/9/2005 | Bond hearing continued to 5/11/2005 at 2:00pm |
| | Brad Mendheim, JUDGE |
| 5/9/05 5/9/05 | copy CAS to DA, Jail & atty. |
| 5/10/2005 | Request for Preliminary Hearing |

(N)

5|11|2005

PRELIMINARY HEARING IS
SET FOR ___1st___ DAY OF
June , 20 05 AT 8:30 A.M.

5|11|2005  COPY CAS TO ATTORNEY.

5/11/05  After hrg, motion to reduce
bond denied; △ has @ least 3
~~prior~~ prior felony, numerous
DUI's, arrests in Ga. & Fla.
                    BMcClim, Judge

```
ACR0372          ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: DC 2005 001764.00
OPER: AMI                    CASE ACTION SUMMARY
PAGE:   1                    DISTRICT   CRIMINAL              RUN DATE: 05/06/2005
=================================================================================
IN THE DISTRICT COURT OF  HOUSTON                                    JUDGE: SEJ

STATE  OF  ALABAMA                  VS       WHITE THOMAS PEEL
                                             407 OSCAR GODWIN ROAD
CASE: DC 2005 001764.00
                                             DOTHAN, AL  36301 0000

DOB: 10/26/1965        SEX: M  RACE: W  HT: 5 08  WT: 157   HR: BRO EYES: BRO
SSN: 423845035   ALIAS NAMES:
CHARGE01: POSS CONTR. SUBS.    CODE01: UPCS  LIT: POSS CONTR. SU TYP: F #: 001
OFFENSE DATE: 05/05/2005            AGENCY/OFFICER: 0380000 LANGLEY

DATE WAR/CAP ISS:                  DATE ARRESTED: 05/05/2005
DATE     INDICTED:                 DATE     FILED: 05/06/2005
DATE     RELEASED:                 DATE   HEARING:
BOND     AMOUNT:     $10,000.00        SURETIES:

DATE 1: 05/06/2005  DESC: APPD        TIME: 0200 P
DATE 2:             DESC:             TIME: 0000

TRACKING NOS: WR 2005 014035 00  /

   DEF/ATY:  Hon. Joe Herring        TYPE (C)                   TYPE:
                              00000                      00000

PROSECUTOR:

=================================================================================
OTH CSE: WR200501403500 CHK/TICKET NO: WR2005014035      GRAND JURY: 070-07
COURT REPORTER:                    SID NO:     000000000
DEF STATUS: JAIL                   DEMAND:                      OPER: AMI
=================================================================================
DATE          ACTIONS, JUDGEMENTS,  AND  NOTES
=================================================================================
```

| 5/6/2005 | Defendant before the Court and advised of his/her rights, Hon. Joe Herring is appointed counsel for the Defendant. |
| | _____ DISTRICT JUDGE |
| 5/6/2005 | On motion from deft., bond hearing set 5/9/2005 at 2:00pm |
| *92 5/6/05 | |
| 5/9/05 | Notified DA's office (Terri) and attys ofc. (Daphne) at 8:35 am |
| 5/9/2005 | Copy CAS to DA, Jail, + attorney |
| 5/9/2005 | Bond hearing continued to 5/11/2005 at 2:00pm |
| 5/9/05 | Copy CAS to DA, Jail, + atty. _____ Brad Mashin , JUDGE |
| *92 5/9/05 | |
| 5/10/2005 | Request for Preliminary Hearing |
| 5/11/05 | PRELIMINARY HEARING IS SET FOR 1st DAY OF JUNE 2005 AT 8:30 A.M. |

5/11/2005   copy cast to attorney

5/11/2005  After hrg, motion to reduce bond denied;
          Deft. has at least 3 prior felonies, numerous
          DUI's, arrests in GA & FL.

          _Brad Mendheim_, JUDGE

```
ACR0373            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2005 001923.00
OPER: AMI                      CASE ACTION SUMMARY
PAGE:  1                       DISTRICT  CRIMINAL               RUN DATE: 05/24/2005

                                                                        JUDGE: SEJ
IN THE DISTRICT COURT OF  HOUSTON

STATE OF ALABAMA                       VS       WHITE THOMAS PEEL
                                                407 OSCAR GODWIN RD
CASE: DC 2005 001923.00
                                                DOTHAN, AL  36301 0000

DOB: 10/26/1945        SEX: M  RACE: W  HT: 5 09  WT: 135     HR: BRO EYES: BRO
SSN: 423585058    ALIAS NAMES:
CHARGE01: POSS FIREARM W/ALTER CODE01: IOPS  LIT: POSS FIREARM W TYP: F #: 001
OFFENSE DATE: 05/12/2005                 AGENCY/OFFICER: 0380000 BILL RA

DATE WAR/CAP ISS:                          DATE ARRESTED: 05/23/2005
DATE    INDICTED:                          DATE    FILED: 05/24/2005
DATE   RELEASED:                           DATE  HEARING:
BOND   AMOUNT:        $10,000.00               SURETIES:

DATE 1: 05/25/2005   DESC: APPD             TIME: 0200 P
DATE 2:              DESC:                   TIME: 0000

TRACKING NOS: WR 2005 014112 00  /                        /
    DEF/ATY: Hon.Joe Herring          TYPE: C                        TYPE:

                                    00000                      00000

PROSECUTOR:

==================================================================================
OTH CSE: WR200501411200 CHK/TICKET NO: WR2005014112      GRAND JURY: 172-07
COURT REPORTER:                        SID NO:      000000000
DEF STATUS: JAIL                      DEMAND:                        OPER: AMI
==================================================================================
DATE         ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 5/25/2005 | Defendant before the Court and advised of his/her rights, Hon. _Joe Herring_ is appointed counsel for the Defendant. |
| | _[signature]_ |
| | DISTRICT JUDGE |

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2005 001763.00
OPER: AMI              CASE ACTION SUMMARY
PAGE:  1               DISTRICT  CRIMINAL                     RUN DATE: 05/06/2005

IN THE DISTRICT COURT OF  HOUSTON                                       JUDGE: SEJ

STATE  OF  ALABAMA                   VS        WHITE THOMAS FEEL
                                               407 OSCAR GOODWIN ROAD
CASE: DC 2005 001763.00
                                               DOTHAN, AL  36301 0000

DOB: 10/26/1965        SEX: M  RACE: W  HT: 5 08  WT: 157   HR: BRO EYES: BRO
SSN: 413865035  ALIAS NAMES:
CHARGE01: UNLAW MANF CTN SUBS  CODE01: MCS1, LIT: UNLAW MANF CTN TYP: F #: 001
OFFENSE DATE: 05/05/2005                 AGENCY/OFFICER: 0380000 LANGLEY

DATE WAR/CAP ISS:                        DATE ARRESTED: 05/05/2005
DATE      INDICTED:                      DATE     FILED: 05/06/2005
DATE      RELEASED:                      DATE   HEARING:
BOND        AMOUNT:      $50,000.00          SURETIES:

DATE 1: 05/06/2005  DESC: APPD           TIME: 0200 P
DATE 2:             DESC:                TIME: 0000

TRACKING NOS: WR 2005 014034 00  /

    DEF/ATY: Hon. Joe Herring        TYPE: (C)                        TYPE:

                                             00000                    00000

PROSECUTOR:

GTH CSE: WR200501403400 CHR/TICKET NO: WR2005014034      GRAND JURY: 085-27
COURT REPORTER: _____  SID NO:  000000000                  OPER: AMI
DEF STATUS: JAIL          DEMAND:
DATE        ACTIONS, JUDGEMENTS, AND NOTES
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|---|---|
| 5/4/2005 | Defendant before the Court and advised of his/her rights, Hon. Joe Herring is appointed counsel for the Defendant. DISTRICT JUDGE |
| 5/6/2005 | on motion from deft., bond hearing set 5/9/2005 at 2:00 pm  Dou 5/6/06 |
| 5/9/05 | Notified DA's Ofc. (Terri) and attys Office (Daphne) at 6:35 am |
| 5/9/05 | Copy CAS to DA, Jail, & attorney |
| 5/9/2005 | Bond hearing continued to 5/11/2005 at 2:00 pm  Brad Mendhein, JUDGE |
| 5/9/05 | Copy CAS to DA, Jail & atty |
| 5/10/2005 | Request for Preliminary Hearing |

(↓)

5|11|2005

PRELIMINARY HEARING IS
SET FOR __1st__ DAY OF
__June__, 20_05_ AT 8:30 A.M.

5|11|2005  COPY CAS TO attorney.

5|11|05  After hrg, motion to reduce
bond denied; Δ has @ least 3
prior felony, numerous
DUI's, arrests in Ga. & Fla.
                    B Murdlaw, Judge

05-11-05 Copy

6/1/2005 Cont'd to 7-7-2005 at 8:30 Am
                                    _____, JUDGE

6/1/05 COPY CAS TO Atty.

7/7/2005

On hearing the evidence there being ☒ Sufficient cause
to believe that the crime of __UMCS__
has been committed, and that the Defendant is guilty
thereof, Defendant is bound over to await action of the
Grand Jury (discharged) and bail fixed at __same__
_____ B Murdlaw _____ Judge

```
CRO572            ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: DC 2005 001764.00
OPER: AMI              CASE ACTION SUMMARY                  RUN DATE: 05/06/2005
PAGE:   1                DISTRICT  CRIMINAL
================================================================================
                                                                    JUDGE: SEJ
IN THE DISTRICT COURT OF  HOUSTON

STATE  OF  ALABAMA                 VS        WHITE THOMAS FEEL
                                             407 OSCAR GODWIN ROAD
CASE:  DC 2005 001764.00
                                             DOTHAN, AL  36301 0000

DOB: 10/26/1985        SEX: M  RACE: W  HT: 5 08  WT: 157   HR: BRO EYES: BRO
SSN: 423865035   ALIAS NAMES:
================================================================================
CHARGE01: POSS CONTR. SUBS.     CODE01: UPCS    LIT: POSS CONTR. SU TYP: F #: 001
OFFENSE DATE: 05/05/2005                AGENCY/OFFICER: 0380000 LANGLEY

DATE WAR/CAP ISS:                       DATE ARRESTED: 05/05/2005
DATE      INDICTED:                     DATE     FILED: 05/06/2005
DATE      RELEASED:                     DATE   HEARING:
BOND      AMOUNT:      $10,000.00          SURETIES:

DATE 1: 05/06/2005  DESC: APPD           TIME: 0200 P
DATE 2:             DESC:                 TIME: 0000

TRACKING NOS: WR 2005 014035 00  /

  DEF/ATY:  Hon. Joe Herring        TYPE(C)                          TYPE:
                            00000                        00000


PROSECUTOR:
================================================================================
OTH CSE: WR200501403500 CHK/TICKET NO: WR2005014035      GRAND JURY: 070-07
COURT REPORTER: _____  SID NO:      000000000           OPER: AMI
DEF STATUS: JAIL              DEMAND:
================================================================================
DATE        ACTIONS,  JUDGEMENTS,  AND  NOTES
================================================================================
```

| | |
|---|---|
| 5/6/2005 | Defendant before the Court and advised of his/her rights. Hon. *Joe Herring* is appointed counsel for the Defendant. ___ DISTRICT JUDGE |
| 5/6/2005 | On motion from deft., bond hearing set 5/9/2005 at 2:00pm. SPa 5/6/05 |
| 5/9/05 | Notified DA's Office (Terri) and attys gc. (Daphne) at 8:35 am |
| 5/9/2005 | Copy CAS to DA, Jail, + attorney |
| 5/9/2005 | Bond hearing continued to 5/11/2005 at 2:00pm. ___ Bob Macha , JUDGE |
| 5/9/05 | Copy CAS to DA, Jail, + atty. JC 5/9/05 |
| 5/10/2005 | Request for Preliminary Hearing |
| 5/11/05 | PRELIMINARY HEARING IS SET FOR _1st_ DAY OF June , 20 05 AT 8:30 A.M. |

5|11|2005  COPY CAS to attorney

5|11|2005  After hrg, motion to reduce bond denied;
         Deft. has at least 3 prior felonies, numerous
         DUI's, arrests in GA & FL.  Brad Mardin, JUDGE

05-11-05 CS

6-1-2005  Cont'd to 7-7-2005 at 830 am
                                    , JUDGE

6|1|05  COPY CAS TO Atty

7-7-05  On hearing the evidence there being (no) Sufficient cause
        to believe that the crime of _____ UPCS
        has been committed, and that the Defendant is guilty
        thereof, Defendant is bound over to await action of the
        Grand Jury (discharged) and bail fixed at same.

        _____ B Mardin _____ Judge

28828

```
CRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2005 001561.00
OPER: INM                   CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT   CRIMINAL                RUN DATE: 09/12/2005
=============================================================================
IN THE CIRCUIT COURT OF  HOUSTON                             JUDGE: SEJ
STATE  OF  ALABAMA                VS        WHITE THOMAS PEEL
                                           C/O HOUSTON COUNTY JAIL
CASE: CC 2005 001561.00                    901 E MAIN STREET
                                           DOTHAN, AL  36301 0000
DOB: 10/26/1965         SEX: M  RACE: W  HT: 5 08  WT: 157   HR: BRO EYES: BRO
SSN: 423865035  ALIAS NAMES:
CHARGE01: UNLAW MANF CTN SUBS   CODE01: MCS1  LIT: UNLAW MANF CTN TYP: F #: 001
OFFENSE DATE: 05/05/2005                   AGENCY/OFFICER: 0380000 LANGLEY
DATE WAR/CAP ISS:                          DATE ARRESTED: 08/17/2005
DATE      INDICTED: 08/16/2005             DATE      FILED: 09/12/2005
DATE      RELEASED:                        DATE    HEARING:
BOND       AMOUNT:      $50,000.00             SURETIES:
DATE 1: 10/11/2005  DESC: ARRG             TIME: 0130 P
DATE 2: 12/12/2005  DESC: JTRL             TIME: 0830 A
TRACKING NOS: DC 2005 001763 00  /  WR 2005 014034 00  /
   DEF/ATY: HERRING JOE EVANSJR       TYPE: C                        TYPE:
           2543 ROSS CLARK CIRCLE
           DOTHAN        AL 36301                       00000
PROSECUTOR: VALESKA DOUGLAS A
=============================================================================
TTH CSE: DC200500176300 CHK/TICKET NO: WR2005014034      GRAND JURY: 88-7
COURT REPORTER:                      SID NO:   000000000
DEF STATUS: JAIL                   DEMAND: Y                 OPER: INM
=============================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
```

10/11/05    Bond reduced to $6,500.00, plus ...

_10/11_, 20_05_
this day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant being arraigned on
the indictment in this case) (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of mental disease or
defect). This case is hereby set for trial during the
term of Court. Defendant is granted _15_ days to file any
additional pleas or motions.
                    _Edward Jackson_, Judge
                            JUDGE

RECIPROCAL DISCOVERY ORDER
_10/11_, 20_05_
Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable
under the Alabama Rules of Criminal Procedure. In addition, the
State will make any exculpatory materials available to the
defense. The State will make its materials available at the
District Attorney's office and the defense will do likewise at
defense counsel's office.
                    _Edward Jackson_, Judge
                        CIRCUIT JUDGE

```
CRO372              ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2005 001562.00
OPER: INM                   CASE ACTION SUMMARY
PAGE:  1                    CIRCUIT  CRIMINAL                   RUN DATE: 09/06/2005
==============================================================================
N THE CIRCUIT COURT OF  HOUSTON                                     JUDGE: SEJ
STATE  OF  ALABAMA                  VS        WHITE THOMAS PEEL
                                              C/O HOUSTON COUNTY JAIL
CASE: CC 2005 001562.00                       901 E MAIN STREET
                                              DOTHAN, AL  36301 0000

OB: 10/26/1965        SEX: M  RACE: W  HT: 5 08  WT: 157   HR: BRO EYES: BRO
SN: 423865035    ALIAS NAMES:
CHARGE01: POSS CONTR. SUBS.      CODE01: UPCS  LIT: POSS CONTR. SU TYP: F #: 001
OFFENSE DATE: 05/05/2005                 AGENCY/OFFICER: 0380000 LANGLEY
ATE WAR/CAP ISS:                        DATE ARRESTED: 08/17/2005
ATE    INDICTED: 08/16/2005             DATE    FILED: 09/06/2005
ATE  RELEASED:                          DATE  HEARING:
OND     AMOUNT:      $10,000.00            SURETIES:

ATE 1: 10/11/2005  DESC: ARRG              TIME: 0130 P
ATE 2: 12/12/2005  DESC: JTRL              TIME: 0830 A
TRACKING NOS: DC 2005 001764 00  /  WR 2005 014035 00  /
   DEF/ATY: HERRING JOE EVANSJR      TYPE: C                        TYPE:
          2543 ROSS CLARK CIRCLE

          DOTHAN     AL 36301                            00000

PROSECUTOR: VALESKA DOUGLAS A
==============================================================================
OTH CSE: DC200500176400 CHK/TICKET NO: WR2005014035     GRAND JURY: 90-7
OURT REPORTER:_____  SID NO:    000000000
EF STATUS: JAIL                    DEMAND: Y                    OPER: INM
==============================================================================
ATE      ACTIONS, JUDGEMENTS, AND NOTES
==============================================================================
```

10/11/05    Bond reduced to $6,500.00, _____, Judge

10/11, 20 05

this day in open court came the State of Alabama by its
District Attorney and the Defendant (in his own proper person
and with his attorney, and the Defendant being arraigned on
the indictment in this case) (waives arraignment) enters a
plea of (not guilty) (not guilty by reason of mental disease IV
defect). This case is hereby set for trial during the _____
term of Court. Defendant is granted _____ days to file any
additional pleas or motions        Edward Jackson, Judge
                                            JUDGE

RECIPROCAL DISCOVERY ORDER

10/11, 20 05

Within 14 days of this order, the State and Defendant will make
available for inspection and copying all materials discoverable
under the Alabama Rules of Criminal Procedure. In addition, the
State will make any exculpatory materials available to the
defense. The State will make its materials available at the
District Attorney's office and the defense will do likewise at
defense counsel's office.
                          Edward Jackson, Judge
                          CIRCUIT JUDGE

```
CRO372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2005 001563.00
PER: INM                    CASE ACTION SUMMARY
AGE: 1                      CIRCUIT   CRIMINAL               RUN DATE: 09/06/2005
==================================================================================
                                                                    JUDGE: SEJ
N THE CIRCUIT COURT OF  HOUSTON
TATE  OF  ALABAMA              VS      WHITE THOMAS PEEL
                                       C/O HOUSTON COUNTY JAIL
ASE: CC 2005 001563.00                 901 E MAIN STREET
                                       DOTHAN, AL  36301 0000

OB: 10/26/1965        SEX: M  RACE: W  HT: 5 08  WT: 135   HR: BRO EYES: BRO
SN: 423865035   ALIAS NAMES:
HARGE01: POSS FIREARM W/ALTER CODE01: IDPS  LIT: POSS FIREARM W TYP: F #: 001
FFENSE DATE: 05/12/2005              AGENCY/OFFICER: 0380000 BILL RA
ATE WAR/CAP ISS:                       DATE ARRESTED: 08/17/2005
ATE   INDICTED: 08/16/2005             DATE    FILED: 09/06/2005
ATE  RELEASED:                         DATE  HEARING:
OND     AMOUNT:        $10,000.00        SURETIES:

ATE 1: 10/11/2005   DESC: ARRG          TIME: 0130 P
ATE 2: 12/12/2005   DESC: JTRL          TIME: 0830 A
RACKING NOS: DC 2005 001923 00  /  WR 2005 014112 00  /
                                      TYPE: C                      TYPE:
   DEF/ATY: HERRING JOE EVANSJR
           2543 ROSS CLARK CIRCLE
           DOTHAN       AL 36301                            00000
ROSECUTOR: VALESKA DOUGLAS A
==================================================================================
OTH CSE: DC200500192300 CHK/TICKET NO: WR2005014112     GRAND JURY: 172-7
OURT REPORTER:_____ SID NO:   000000000
EF STATUS: JAIL                   DEMAND: Y                      OPER: INM
==================================================================================
ATE        ACTIONS,  JUDGEMENTS,  AND  NOTES
```

10/11/05   Bond reduced to $6,500.00.

            10/11 , 20 05
            this day in open court came the State of Alabama by its
            District Attorney and the Defendant (in his own proper person
            and with his attorney, and the Defendant being arraigned on
            the indictment in this case) (waives arraignment) enters a
            plea of (not guilty) (not guilty by reason of mental disease or
            defect). This case is hereby set for trial during the
            term of Court. Defendant is granted ___ days to file any
            additional pleas or motions.
                                                        JUDGE

            RECIPROCAL DISCOVERY ORDER
            10/11 , 20 05
            Within 14 days of this order, the State and Defendant will make
            available for inspection and copying all materials discoverable
            under the Alabama Rules of Criminal Procedure. In addition, the
            State will make any exculpatory materials available to the
            defense. The State will make its materials available at the
            District Attorney's office and the defense will do likewise at
            defense counsel's office.
                                    CIRCUIT JUDGE

288827

STATE OF ALABAMA  VS  THOMAS PEEL WHITE          CC-2005-1561

11-22-05 - Motion To Reduce Bail

11/28/05 Motion denied as bond was reduced last month, plean, Jy

STATE OF ALABAMA    VS    THOMAS PEEL WHITE        CC-2005-1562

11-22-05 Motion To Reduce Bail

11/28/05 Same order as CC05-1561, Rozen, J

STATE OF ALABAMA    VS    THOMAS PEEL WHITE        CC-2005-1563

11-22-05   Motion To Reduce Bail

11/28/05   Same order as CC 05 - 1561, Judson, Judge

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| Form C-7 Rev. 2/79 | | ID    YR    Number |

Style:                                           Page Number _____ of _____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 9-24-86 | By agreement of parties, child supports is reduced to $825/mo. beginning 11-1-86.                    Phyllis J Logsdon |
| 9-24-86 | Arrearage to date is $1,250.00.                    Phyllis J Logsdon |

W/A H for Thomas 28827
White Please call
Eva at Jail & give
these to her, are as
follows.
DC-86- 436
DC-86- 109
DC-86- 120
DC-86- 121
                    Thanks
                    Nat

| State of Alabama Unified Judicial System<br><br>Form C-7 Rev. 2/79 | CASE ACTION SUMMARY *28827*<br>CONTINUATION | Case Number<br>*CS 86 034*<br>ID    YR    Number |
|---|---|---|

Style: *State vs. Thomas Lee White*                     Page Number *3* of *2* Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 9-24-86 | By agreement of parties, child supports is reduced to $25/mo. beginning 11-1-86.                    *Phyllis J Logsdon* |
| 9-24-86 | Arrearage to date is $1,250.00.                    *Phyllis J Logsdon* |
| 9-24-86 | Bond reduced to $300.00                    *Phyllis J Logsdon* |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

61

HOUSTON COUNTY, ALABAMA

Received in office..........................., 19.........

Executed this....8....day of....Aug...........,
19...86.. by arresting the defendant and
Committing to jail

Approved for service in Houston County
~~JUR~~       WILLIAM D. McCATTER
DISTRICT COURT
HOUSTON COUNTY, ALABAMA

Lamar Hadler
.......................................Sheriff.

.......................................
Deputy Sheriff.

THE STATE OF ALABAMA
GENEVA COUNTY

CIRCUIT COURT
CAPIAS

THE STATE   2536
vs.

Thomas Pate White

WITNESSES

Bond in this case is fixed at

$ 2500.00

Velma Hewitt Clerk.

Warrants returned to Chief Jones

CAPIAS

THE STATE OF ALABAMA
GENEVA COUNTY

No. _____ 61 _____

To Any Sheriff of the State of Alabama—Greeting:

An Indictment having been found at the _____ July 30 _____ Term, 19 86 , of the

Circuit Court of Geneva County against _____ Thomas Pate White _____

for the offense of _____ Count I: Sale of Marijuana _____

_____ Count II: Sale of Marijuana _____

You are therefore commanded forthwith to arrest the said _____

Thomas Pate White

_____

_____

and commit _____ him _____ to jail, unless _____ he _____ gives bail to cover such Indictment, and that you

return this writ according to law.

Witness, _____ Valeria Thomley _____

the _____ 30th _____ day of _____ July _____ 19 __ 86

_____ Clerk of the Circuit Court of Geneva County, this

_Valeria Thomley_ , Clerk

Date 7-30-86 Name Thomas White                    Inmate No. 28827

| Charge | Case No. | Court Date | Sentence | Pre Sent-hear Date | Prob Hear Date | Amt. Bond |
|--------|----------|------------|----------|--------------------|----------------|-----------|
| FTA. N/S | CS 86-034 | 8-27-86 8:30 AM | | | | 1000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name  Appointed Atty. Levia Dowling

---

## COURT INFORMATION

Date 8-27-86 Name Thomas White                    Inmate No. 28827

| Charge | Case No. | Court Date | Sentence | Pre Sent-hear Date | Prob Hear Date | Amt. Bond |
|--------|----------|------------|----------|--------------------|----------------|-----------|
| N/S | CS 86-034 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Remarks and Atty's Name  Case continued to 9.24.86

---

## COURT INFORMATION

Date 9-24-86 Name Thomas Peel White                    Inmate No. 28827

| Charge | Case No. | Court Date | Sentence | Pre Sent-hear Date | Prob Hear Date | Amt. Bond |
|--------|----------|------------|----------|--------------------|----------------|-----------|
| Now Support | CS 86-034 | 10-22-86 9:00 am | | | | |
| | | | | | | |
| | | | | | | |

State of Alabama
Unified Judicial System

Form C-6  Rev 8/77

# CASE ACTION SUMMARY
## (CRIMINAL)

3 7827

**Case Number**

CS-86-034

| ID | YR | | Number |

IN THE _____District_____ COURT OF _____Houston_____ COUNTY

STATE OF ALABAMA
vs.

| Defendant | Address | Date of Birth | Distinguishing Features: |
|---|---|---|---|

Thomas Peel White
age 20

Rt. 1 Box 10-C
Slocomb, Al.
Zip

| | SSAN | | | | | |
|---|---|---|---|---|---|---|
| | Sex | Race | Eyes | Hair | Height | Weight |

Date War/Cap. Issued | Date Committed to Jail

| Employer | Address |

Date Initial Appearance | Date Released on Bond

| Case Number | Jury | Date Arrested | Incarcerated |
| CS-86-034 | Non-Jury | | On Bond |

Bond Amount | Bond Type & Sureties

| Charges  ☐Msd.  ☐Fel.  ☐App. | Prosecutor | Judge ID |

Dt. Prelim. Hearing

Non-support

Attorney  *Leya Dowling (appt.)*

Dt. Y.O. Applic. | Dt. Probation Applic.

Grand Jury No. | Dt. Indictment

Dt. Arraignment | Plea

| Arresting Officer: | ☐ Municipal  ☐ State |
| | ☐ County  ☐ Conservation |

Dt. Trial | Dt. Sentenced

| Complainant: | Address |

Dt. Appeal Filed | Appeal Bond Amt.

**Additional Information And Remarks:**
State's Witness:
Crystal White
102 Ridgedale
Dothan, Al.

Disposition

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-13-86 | Warrant of Arrest |
| 2-13-86 | Bond--returnable 2-26-86     8:30 A.M. |
| 2-13-86 | Sub. issued |
| 2-24-86 | sub. ex. |
| 2-26-86 | On this date the Defendant called and requested that the case be continued because he had to take his father to the hospital. After consulting with State's witness, State agreed to grant this one continuance. The Defendant was so advised. State requests that this case be set by the Marksten. Jack Blumenfeld, Asst D.A. |
| 2-26-86 | Cont. per recommendation of DA & request of Deft. to 3-26-86 at 9 AM. Clerk to notify Deft. |
| | Martha X Paradise |

Court Record - White

| Date | ACTIONS, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3-12-86 | sub issued |
| 3-12-86 | notified deft of hearing by U.S. Mail |
| 3-17-86 | sub. ex. |
| 3-26-86 | Upon agreement of deft, District Attorney's office recommends deft. be ordered to pay $50.00 per week beginning 4-6-86. |
| 3-26-86 | On hearing testimony/plea of guilt, Defendant found guilty and his punishment is fixed at a fine of _____ and a sentence at hard labor for Houston County, Alabama for _12_ months; which sentence is suspended on condition Defendant pays the fine and so long as Defendant pays to the Court for the support of his wife and minor children the sum of $50.00 a week beginning on 4-6-86 and continuing on _____ of each week thereafter. Phyllis J Logsden Judge.  Deft. waives counsel + application for 40. Employer to withhold. |
| 5-8-86 | Contempt Petition — Hearing 6-25-86 1:30 P.M. |
| 5-8-86 | Orig. to sheriff of Geneva Co. |
| 5-21-86 | Contempt ex. |
| 6-25-86 | Failure to appear. Writ of arrest to issue. Phyllis J Logsden |
| 6-27-86 | FTA issued |
| 7-30-86 | FTA ex. |
| 7-30-86 | Bond set at $1,000.00 for trial on Aug. 27 1986, at 1:30 pm. Attorney appt. for Deft. Clerk to notify. Phyllis J Logsden |
| 8-1-86 | Notified attny. of appt. + hearing |
| 8-27-86 | On motion of Defense, cont. to 9-24-86 at 1:30 pm. Phyllis Logsden |
| 9-4-86 | Motion to Reduce Child support |
| 9-8-86 | issued sub. |

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY (CRIMINAL) | CS-86-034 |
|---|---|---|

Case Number 2827

| | | ID | YR | Number |

Form C-8  Rev 8/77

IN THE _____ District _____ COURT OF _____ Houston _____ COUNTY

STATE OF ALABAMA
vs.

Date of Birth

Distinguishing Features:

SSAN

| Sex | Race | Eyes | Hair | Height | Weight |

**Defendant**

Thomas Peel White

age 30

**Address**

Rt. 1 Box 10-C
Slocomb, Al.
Zip

Date War./Cap. Issued     Date Committed to Jail

Date Initial Appearance   Date Released on Bond

**Employer**

**Address**

| Case Number | Jury | Date Arrested | Incarcerated |
| CS-86-034 | Non-Jury | | On Bond |
| Charges  ☐Msd.  ☐Fel.  ☐App. | | Prosecutor | Judge ID |
| | | Attorney | |

Bond Amount     Bond Type & Sureties

Dt. Prelim. Hearing

Dt. Y.O. Applic.     Dt. Probation Applic.

Grand Jury No.     Dt. Indictment

Non-support

Dt. Arraignment     Plea

Dt. Trial     Dt. Sentenced

**Arresting Officer:**

☐ Municipal  ☐ State
☐ County  ☐ Conservation

**Complainant:**

Address

Dt. Appeal Filed     Appeal Bond Amt.

Disposition

**Additional Information And Remarks:**
State's Witness:
Crystal White
102 Ridgedale
Dothan, Al.

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-13-86 | Warrant of Arrest |
| 2-13-86 | Bond--returnable 2-26-86    8:30 A.M. |
| 2-13-86 | sut. issued |
| 2-24-86 | sut. ex. |
| 2-26-86 | On this date the Defendant called and requested that the case be continued because he had to take his father to the hospital. After consulting with State's witness, State agreed to grant this continuance, and the Defendant was so notified. State requests that this case be set for the Manton. Jack Schrefel, Asst DA |
| 2-26-86 | Court, per recommendation of DA & request of Deft to 3-26-86 at 9 AM. Clerk to notify Deft. |

Douglas X Logsdon

Court Record - White

| | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

| | |
|---|---|
| 86 | sub. issued |
| 86 | notified deft of hearing by U.S. Mail |
| 86 | sub. ex. |
| 86 | Upon agreement of deft, District Attorney's office recommends deft. be ordered to pay $50.00 per week beginning 4-6-86. |
| -86 | On hearing testimony/plea of guilt, Defendant found guilty and his punishment is fixed at a fine of _____ and a sentence at hard labor for Houston County, Alabama for _12_ months; which sentence is suspended on condition Defendant pays the fine and so long as Defendant pays to the Court for the support of his wife and minor children the sum of $50.00 a _week_ beginning on _4-6-86_ and continuing on _Sunday_ day of each _week_ thereafter. _Phyllis J Logsdon_ Judge — Deft. waives counsel + application for Y.O. Employee to withhold. |
| 86 | Contempt Petition - Hearing 6-25-86 [~~5-21-86~~] 1:30 P.M. |
| 86 | Orig. to sheriff of Geneva Co. |
| -86 | Contempt ex. |
| -86 | Failure to appear. Writ of arrest to issue. Phyllis J Logsdon |
| 286 | FTA issued |
| -86 | FTA ex. |
| -86 | Bond set at $1,000.00 for trial on Aug. 27 1986, at 1:30 pm. Attorney appt. for Deft. Clerk to notify. Phyllis J Logsdon |

County Property # 73

Inmates Name  WHITE, THOMAS L.          Inmate# 28827

Class _____          LINEN # 79          Box # 165

| | Date | Shirt | Pants | Towel | Wash Cloth | Mat·Cover | Mattress | Blanket & Tumbler |
|---|---|---|---|---|---|---|---|---|
| Returnable Items Issued  WRMs 72986 | | / | / | / | | / | / | |
| Non-Returnable | Date | Jailer In. | Soap | Tooth-Paste | Toilet Tissue | Tooth-Brush | Comb | |
| Items | 72986 | | / | / | | / | / | |
| Issued | 8-3-86 | WW | | | ( | | | |
| | 9-24-86 | WW | | | ( | | | |
| | 8-29 | Jer | / | | | | | |
| | | | / | / | | / | | |

1¢
Cell items
returned
9-25-86
on prov bond

---

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _____ 9-25 _____ 19 86
ALL OF MY ARTICLES TURNED IN.

Signature  T. White

Delivered By  E. Redmn          Inmates No.  28827

Tri-State/1937

---

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _____ 9-25-86 _____ 19 86
ALL OF MY ARTICLES TURNED IN.

Signature  Tom C. White

CLOTHING REPORT

DATE _8-20-86_                    INMATES # _28827_

INMATES NAME _Thomas Peel White_                    PROP # _165_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I _✓_ DO NOT _____ GIVE MY PERMISSION FOR ALL OF MY INCOMING MAIL
TO BE INSPECTED. I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY
MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

SIGNED _Tommy P. White_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLOTHING RECEIVED FROM INMATE

HAT _____ SHIRT _1-striped 1-White_ JACKET _____
BELT _____ PANTS _2-Blue Jeans_    1 Blue Jeans Shirt
OTHERS _____    9-24-86 WM

I CERTIFY THAT THE ABOVE LIST IS CORRECT AND WAS REMOVED FROM MY PERSON.

INMATES SIGNATURE _Tommy White_
WARDEN _____
DATE _8-20-86_

I CERTIFY THAT UPON MY RELEASE THAT I RECEIVED ALL THE CLOTHING THAT
WAS REMOVED FROM MY PERSON WHEN I WAS ADMITTED TO JAIL.

INMATES SIGNATURE _T. White_
WARDEN _Nathan Harlow_
DATE _9-25-86_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROPERTY ISSUED BY JAIL

MATTRESS ___/___ MATTRESS COVER ___/___ BLANKET ___/___ SHIRT ___/___
PANTS ___/___ TOWEL ___/___ WASH CLOTH _____ TOOTH BRUSH ___/___
TOOTH PASTE ___/___ COMB ___/___ OTHER _____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND FULLY UNDERSTAND THAT I
AM RESPONSIBLE TO HOUSTON COUNTY FOR SAME.

INMATES SIGNATURE _Tommy P. White_
WARDEN _____

_Subject returned from Geneva Co._

_Released on Prop. bond and to Geneva Co._

CLOTHING REPORT                                        Count Property # 93

DATE_____                    INMATES #28827

INMATES NAME _Thomas Peel White_____    PROP # 165

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I____✓____DO NOT_____GIVE  MY PERMISSION FOR ALL OF MY INCOMING MAIL
TO BE INSPECTED.  I UNDERSTAND THAT IF I DO NOT GIVE MY PERMISSION FOR MY
MAIL TO BE INSPECTED IT WILL BE RETURNED TO SENDER.

SIGNED _X Tony P White_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLOTHING RECEIVED FROM INMATE

HAT_____    SHIRT____/____    JACKET_____

BELT_____    PANTS____/_____

OTHERS_____

I CERTIFY THAT THE ABOVE LIST IS CORRECT AND WAS REMOVED FROM MY PERSON.

INMATES SIGNATURE _X Tony P White_
WARDEN _W. R. McAlister_
DATE _7-29-86_

I CERTIFY THAT UPON MY RELEASE THAT I RECEIVED ALL THE CLOTHING THAT
WAS REMOVED FROM MY PERSON WHEN I WAS ADMITTED TO JAIL.

INMATES SIGNATURE_____
WARDEN_____
DATE_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROPERTY ISSUED BY JAIL

MATTRESS____/____MATTRESS COVER____/____BLANKET____/____SHIRT_/___
PANTS____/____TOWEL____/_____WASH CLOTH_____TOOTH BRUSH__/___
TOOTH PASTE____/_____COMB____/_____OTHER_____

I HAVE BEEN ISSUED THE ABOVE LISTED ITEMS AND FULLY UNDERSTAND THAT I
AM RESPONSIBLE TO HOUSTON COUNTY FOR SAME.

INMATES SIGNATURE _X Tony P White_
WARDEN _W. R. McAlister_

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _8    31_ 19 _84_
ALL OF MY ARTICLES TURNED IN.

Signature  _X Tommy P. White_

Delivered By  _Leon Baker_    Inmates No. _28827_

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _Radio  8- 31_ 19 _84_
ALL OF MY ARTICLES TURNED IN.   _Radio_

Signature  _X Mack White_

Delivered By  _R Harlow_    Inmates No. _28827_

## Prisoner's Receipt For Articles

RECEIVED FROM HOUSTON COUNTY SHERIFF'S DEPARTMENT THIS _8-10-84_ 19 ____
ALL OF MY ARTICLES TURNED IN.

Signature  _Tommy P. White_

Delivered By  _Potter_    Inmates No. _28827_



28827 Wm



28827
4/m

DATE RECEIVED 07-29-86    HOUSED FOR Hueston    DATE RELEASED (will) 7-25-86

NAME Thomas Paul White    ID# 28827    CLASS ____    AGE 20    FLOOR 3N-26

CHARGE NON-SUPPORT    WARRANT # ____    AMT. BOND $300⁰⁰    RET. DATE 10-30-86    CASE # 065-1834

CHARGE E.T.A. -Non-Support    WARRANT # ____    BOND ____    Orange Federal Officer 9 am    CASE # ____

Geneva Co.

CHARGE 2 cts. Selling    WARRANT # 61    BOND ____    RET. DATE fixed    CASE # ____

Marijuana    RET. DATE ____

N.C.I.C. ____    BOND ____    RET. DATE ____

WARRANT CHECK ____    CHECK BY Oleg Hughes (yes)    HARD LABOR ____    KILBY ____

On Property Bond Q    Chief Poy    FPX 0 1

MACK White — appt attn Leon Dowlings    RELATION Father

7-30-86- Held for Geneva Co.    from Geneva Co. See Additional Charge

White, Thomas Paul s/m    from Geneva Co. al. on Bond

of Cond.

NEXT OF KIN MACK White    RELATION Father

ADDRESS Rt 1 Box 10-C    PHONE NO. ____

REMARKS 7-30-86- Held for Geneva Co.

NAME White, Thomas Paul s/m

(over)

REMARKS:



7-30-86   Hold for Geneva Co. Al.

2 cts - Ailliss Delinquency Delinquency fees

2 - Summons by Chilton

2 - $500.00 Bonds Court date Sept 8, 1986-9:00 Am

2 cts - N.W.N.T. - 2-500.00 Bond Court date Sept 8, 1986-9:00 Am

1 Copies #61 - $2,500.00 Bond-Court date-Aug 7, 1986 9:00 Am

Geneva Co will send paper work 8-1-86 on these

Charges per Date

Geneva Co. Al informs what number will print from
DC-86-436|DC-86-420; what Case - SO

DATE RECEIVED ___ 7-31-84 ___   DATE RELEASED ___ 8-18-84 ___

NAME ___ Tommy P. White ___   ID# ___ 28827 ___   FLOOR ___ 3rd ___

| CHARGE | AMT. BOND | RETURNABLE |
|---|---|---|
| Grt Larc Nashua N.I. | 300.00 | 8-16-84 |
| Ct of N.W.N.I. | 300.00 | 9-19-84 3:30 P.M. |
| CHARGE | AMT. BOND | RETURNABLE |
| CHARGE | AMT. BOND | RETURNABLE |
| CHARGE | AMT. BOND | RETURNABLE |

DISPOSITION OF CASE ___   HARD LABOR ___   KILBY ___

REMARKS: ___ Grt Larc 300.00 this for Nashua Co. Ga. 300.00 for Nashua P.D. to _____ ___

NAME ___ White Tommy P. ___

FINAL DISPOSITION REPORT

B4 (Rev. 08-31-1999)

Leave Blank

ote: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI
riminal Justice Information Services Division without final disposition noted thereon. If no final disposition is available to
resting agency, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should
omplete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**

See instructions on reverse side)

BI No.

Final Disposition & Date
(If convicted or subject pleaded guilty to lesser charge, include this
modification with disposition.)

lame on fingerprint Card Submitted to FBI
Last                First                Middle

**WHITE,THOMAS PEEL**

                **19651026**                        **M**

Date of Birth _____ Sex _____

Henry
Fingerprint
Classification
From FBI 1-B Response

State Bureau No. (SID)          Social Security No. (SOC)

                        **423865035**

This Form Submitted By:
(Name, Title, Agency, ORI No., City & State)

Contributor of Fingerprints (Include complete name and location of agency
together with ORI number.)

**AL0380000**
**HOUSTON CO SD**
**DOTHAN AL**

Signature                          Date

Title

Arrest No. (OCA)          Date Arrested or Received

**28827**                        **20050506**

☐  COURT ORDERED EXPUNGEMENT:

Certified or Authenticated Copy of Court Order Attached.

Offenses Charged at Arrest

    **20050506    5503**
    **DRUGS**

    **20050506    5503**
    **DRUGS**

**ID 50X50G8  TPFC #1107  11:42:09**
**5701LD #1x 20050506-11:51**

INSTRUCTIONS

1. The purpose of this report is to record the initial data of an individual's arrest and thereafter secure the final disposition of the arrest at the earliest possible time from either the arresting agency, the prosecutor or the court having jurisdiction. (INTERIM DISPOSITION INFORMATION, e.g. RELEASED ON BOND, SHOULD NOT BE SUBMITTED.) The SUBJECT'S NAME, CONTRIBUTOR AND ARREST NUMBER should be exactly the same as they appear on the fingerprint card IN THE FILES OF THE FBI. The FBI number should be indicated, if known. Agency ultimately making final disposition will complete and mail form to: FBI Criminal Justice Information Services Division, Clarksburg, WV 26306.

2. The arresting agency should fill in all arrest data on left side of form. If the arrest is disposed of by the arresting agency, as where the arrestee is released without charge, the arresting agency should fill in this final disposition and mail form to FBI Criminal Justice Information Services Division. Of course, if the final disposition is known when the arrest fingerprint card is submitted it should be noted thereon and this form is then unnecessary. In the event the case goes to the prosecutor, this form should be forwarded to the prosecutor with arrestee's case file.

3. The prosecutor should complete the form to show final disposition at the prosecution level if the matter is not being referred for court action and thereafter submit form directly to FBI Criminal Justice Information Services Division. If court action required, the prosecutor should forward form with case file to court having jurisdiction.

4. The court should complete this form as to final court disposition such as when arrested person is acquitted, case is dismissed, on conviction and when sentence imposed or sentence suspended and person placed on probation.

5. When arrested person convicted or enters guilty to lesser or different offense that charged when originally arrested, this information should be clearly indicated.

6. If subsequent action taken to seal or expunge record, attach certified or authenticated copy of court order to this form.

7. It is vitally important for completion of subject's record in the FBI Criminal Justice Information Services Division files that Final Disposition Report be submitted in every instance where fingerprints previously forwarded without final disposition noted there on.

*U.S. Government Printing Office: 2004—304-384/82402



FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 25306

THE PRIVACY ACT (PL 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT

JUVENILE FINGERPRINT

SUBMISSION                                    YES ☐

TREAT AS ADULT                                YES ☐

DATE OF ARREST
MM  DD  YY
20050506

ORI
CONTRIBUTOR    AL0380000
ADDRESS        HOUSTON CO SD
               DOTHAN AL

SEND COPY TO:
(ENTER ORI)

REPLY DESIRED?    YES ☐  Y

DATE OF OFFENSE
MM  DD  YY
20050523

PLACE OF BIRTH (STATE OR COUNTRY)
AL

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS
TAT L ARM
TAT L ARM        TAT UR ARM
TAT UL ARM

COUNTRY OF CITIZENSHIP
US

RESIDENCE/COMPLETE ADDRESS
407        OSCAR GODWIN ROAD

OFFICIAL TAKING FINGERPRINTS
(NAME OR NUMBER)        J07
SONDRA DAVIS

LOCAL IDENTIFICATION/REFERENCE
28827

CITY
DOTHAN

STATE
AL
36305

EMPLOYER:    IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
             IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO

PHOTO AVAILABLE?    YES ☐

CHARGE/CITATION
20050523  5299
WEAPON OFFENSE
POSS FIREARM W/ALTER

PALM PRINTS TAKEN?    YES ☐

OCCUPATION

1.

DISPOSITION

3.                                            2.

ADDITIONAL                                    3.

ADDITIONAL INFORMATION/BASIS FOR CAUTION      ADDITIONAL

                                              STATE BUREAU STAMP

(REV. 5-11-99)    U.S. GOVERNMENT PRINTING OFFICE 2005-310-412/500M

LEAVE BLANK          CRIMINAL

STATE USAGE

NFI SECOND

SUBMISSION      APPROXIMATE CLASS      AMPUTATION      SCAR

STATE USAGE

WHITE, THOMAS PEEL
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

SIGNATURE OF PERSON FINGERPRINTED          SOC 423865035          LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY 19651026 | SEX M | RACE W | HEIGHT 508 | WEIGHT 157 | EYES BRO | HAIR BRO |

1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

ID 50X50G8 TPFC #1107 11:42:09

5701LD #1x 20050506-11:50

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB    R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | |
|---|---|---|---|
| SUBMISSION          YES ☐ | MM  DD  YY<br>20050506 | CONTRIBUTOR | AL0380000<br>HOUSTON CO SD |
| TREAT AS ADULT      YES ☐ | | ADDRESS | DOTHAN AL |
| | | REPLY         YES ☐  Y<br>DESIRED? | |

| SEND COPY TO:<br>(ENTER ORI) | DATE OF OFFENSE<br>MM  DD  YY<br>20050506 | PLACE OF BIRTH (STATE OR COUNTRY)<br>AL | COUNTRY OF CITIZENSHIP<br>US |
|---|---|---|---|

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS<br>TAT L ARM       TAT UR ARM<br>TAT L ARM<br>TAT UL ARM | | |
|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS<br>407        OSCAR GODWIN ROAD | | CITY<br>DOTHAN | STATE<br>AL<br>36305 |
|---|---|---|---|---|

| OFFICIAL TAKING FINGERPRINTS<br>(NAME OR NUMBER)<br>J07<br>SONDRA DAVIS | LOCAL IDENTIFICATION/REFERENCE<br>28827 | | PHOTO AVAILABLE?           YES ☐<br><br>PALM PRINTS TAKEN?        YES ☐ |
|---|---|---|---|

| EMPLOYER:    IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.<br>IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|

| CHARGE/CITATION<br>1.<br>   20050506    5503<br>   DRUGS | DISPOSITION<br>1. |
|---|---|
| 2.<br>   20050506    5503<br>   DRUGS | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

FD-249 (REV. 3-11-99)    U.S. GOVERNMENT PRINTING OFFICE: 2002-1804712-80211

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION

LAST NAME   FIRST NAME   MIDDLE NAME

*White Thomas Peel*

STATE USAGE

ALIASES

CONTRIBUTOR
OR
I

AL0380000

SO
DOTHAN, AL

DATE OF BIRTH DOB
Month | Day | Year
10 | 26 | 65

SIGNATURE OF PERSON FINGERPRINTED

*X Tony B White*

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

*7-29-86   W. R. McAlister*

CHARGE

*Failure to Appear on Non-Support*

FINAL DISPOSITION

DATE ARRESTED OR RECEIVED DOA
*07-29-86*

YOUR NO. OCA  *28827*

FBI NO. FBI

SID NO. SID

SOCIAL SECURITY NO. SOC
*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*

CAUTION

SEX  *M*   RACE *W*   HGT *5'7"*   WGT *135*   EYES *BROWN*   HAIR *BROWN*   PLACE OF BIRTH POB *COVINGTON CO AL*

LEAVE BLANK

CLASS

REF

NCIC CLASS - FPC

... OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?   YES ☐   NO ☑

PHOTO AVAILABLE?   YES ☑   NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT
1.
2.
3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.
N/A

OCCUPATION
N/A

RESIDENCE OF PERSON FINGERPRINTED
Rt. 1 Box 10-C
Slocomb Al

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO     SKIN TONE SKN

MISC. NO. MNU

ADDITIONAL INFORMATION
A-1605678

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED. NO FORMAL CHARGE. BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION. e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☑   NO ☐
(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)
WIRE REPLY ☐   TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE _____

SEND COPY TO: NAME, ORI NUMBER AND ADDRESS

OFFICE OF THE
DISTRICT ATTORNEY
20TH JUDICIAL CIRCUIT OF ALABAMA
HOUSTON COUNTY COURT HOUSE
DOTHAN, ALABAMA 36301

LEAVE BLANK

FD-249 (REV. 12-29-82)

☆ U.S. G.P.O. 1986-496-936

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

LAST NAME NAM    FIRST NAME    MIDDLE NAME

White    Tommy    Poel

ALIASES    CONTRIBUTOR ORI    ALO360000

SO
DOTHAN ALA

DATE OF BIRTH DOB
Month 10  Day 26  Year 65

TE USAGE

SIGNATURE OF PERSON FINGERPRINTED
Tommy P White

DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
Nathan Harlon

31-84

CHARGE

Forgery II

DATE ARRESTED OR RECEIVED
08-31-84

YOUR NO. OCA 28827

FBI NO. FBI

SID NO. SID

SOCIAL SECURITY NO. SOC
423 86 5035

CAUTION

SEX M  RACE W  HGT 5'7"  WGT 135  EYES BoBro  HAIR Bro

PLACE OF BIRTH POB
COO AL

LEAVE BLANK

CLASS

REF

NCIC CLASS - FPC

FINAL DISPOSITION



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

PALM PRINTS TAKEN? YES ☐ NO ☑

PHOTO AVAILABLE? YES ☐ NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT
1.
2.
3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

RESIDENCE OF PERSON FINGERPRINTED

Rt. 1 Box 10c. Slocomb, AL

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO

SKIN TONE SKN

MISC. NO. MNU

ADDITIONAL INFORMATION

1512860

249 (REV. 12-29-82)   ☆ U.S. GOVERNMENT PRINTING OFFICE: 1983—392-607

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g. RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO. IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☐   NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐   TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE

SEND COPY TO: NAME, ORI NUMBER AND ADDRESS

OFFICE OF THE
DISTRICT ATTORNEY
20TH JUDICIAL CIRCUIT OF ALABAMA
HOUSTON COUNTY COURT HOUSE
DOTHAN, ALABAMA 36301

LEAVE BLANK



FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 2053_

PALM PRINTS TAKEN?   YES ☐   NO ☑

PHOTO AVAILABLE?   YES ☑   NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____   DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

RESIDENCE OF PERSON FINGERPRINTED

Rt. 1 Box 10c   Slocomb Ala

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO

MISC. NO. MNU

ADDITIONAL INFORMATION

1512860

SEP 21 1984 1422

-249 (REV. 12-29-82)   ☆U.S. GOVERNMENT PRINTING OFFICE: 1983—392-607

ILLEGIBLE PRINT
REASON
NO PRINT RECORD BY NAME
FBI IDENTIFICATION DIVISION

1. UNLESS _____ IN YOUR STATE, FINGERPRINTS ARE TO BE _____ ATELY _____ CATION DIVISION, FORWARD IMMEDI-
2. FINGERPRINTS _____ ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE, FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED, BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUM-BER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?   YES ☐   NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐

TELEPHONE REPLY ☐   TELEPHONE NO. AND AREA CODE

SEND COPY TO. NAME, ORI NUMBER AND ADDRESS

OFFICE OF THE
DISTRICT ATTORNEY
20TH JUDICIAL CIRCUIT OF ALABAMA
HOUSTON COUNTY COURT HOUSE
DOTHAN, ALABAMA 36301

LEAVE BLANK

SEP 18 1984
IDENT. DIV. 49

ABI SEP 7 1984

THIS DOCUMENT CONTAINS INFORMATION PRINTED IN BLACK

LEAVE BLANK

| LAST NAME NAM | FIRST NAME | MIDDLE NAME |
|---|---|---|
| White | Tommy P. | |

ALIASES

STATE USAGE

CONTRIBUTOR OF
SO
DOTHAN ALA

AL030&0000

| DATE OF BIRTH DOB | | |
|---|---|---|
| Month | Day | Year |
| 10 | 26 | 65 |

SIGNATURE OF PERSON FINGERPRINTED
Tommy White

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

| DATE ARRESTED OR RECEIVED DOR | SEX | RACE | HGT | WGT | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|---|
| 7-2-84 | M | W | 5'9" | 135 | Bro | Bro | Covington Co AL |

DATE   SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
7-1-84  Frank Brooks

YOUR NO. OCA
28827

LEAVE BLANK

CHARGE
1ct   Negotiating Worthless
Negotiable Inst

FBI NO. FBI

SID NO. SID

CLASS

REF

FINAL DISPOSITION

SOCIAL SECURITY NO. SOC
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

CAUTION

NCIC CLASS - FPC



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## WASHINGTON, D.C. 20537

PALM PRINTS TAKEN?  YES ☐  NO ☒

PHOTO AVAILABLE?  YES ☒  NO ☐

IF ARREST FINGERPRINTS SENT FBI PREVIOUSLY AND FBI NO. UNKNOWN, FURNISH ARREST NO. _____ DATE _____

STATUTE CITATION (SEE INSTRUCTIONS NO. 9) CIT

1.

2.

3.

ARREST DISPOSITION (SEE INSTRUCTION NO. 5) ADN

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.
IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL

OCCUPATION _Unemployed_

RESIDENCE OF PERSON FINGERPRINTED

_Rt #1 Box 10C_
_Slocomb Al_

SCARS, MARKS, TATTOOS, AND AMPUTATIONS SMT

BASIS FOR CAUTION ICO

DATE OF OFFENSE DOO

SKIN TONE SKN

MISC. NO MNU

ADDITIONAL INFORMATION

_1916030_

## INSTRUCTIONS

1. UNLESS OTHERWISE PROVIDED BY REGULATION IN YOUR STATE, FINGERPRINTS ARE TO BE SUBMITTED DIRECTLY TO FBI IDENTIFICATION DIVISION. FORWARD IMMEDIATELY FOR MOST EFFECTIVE SERVICE.
2. FINGERPRINTS SHOULD BE SUBMITTED BY ARRESTING AGENCY ONLY (MULTIPLE PRINTS ON SAME CHARGE SHOULD NOT BE SUBMITTED BY OTHER AGENCIES SUCH AS JAILS, RECEIVING AGENCIES ETC.) REQUESTS COPIES OF FBI IDENTIFICATION RECORD FOR ALL OTHER INTERESTED AGENCIES IN BLOCK BELOW. GIVE COMPLETE MAILING ADDRESS INCLUDING ZIP CODE.
3. TYPE OR PRINT ALL INFORMATION.
4. NOTE AMPUTATIONS IN PROPER FINGER BLOCKS.
5. LIST FINAL DISPOSITION IN BLOCK ON FRONT SIDE. IF NOT NOW AVAILABLE, SUBMIT LATER ON FBI FORM R-84 FOR COMPLETION OF RECORD. IF FINAL DISPOSITION NOT AVAILABLE SHOW PRE-TRIAL OR ARRESTING AGENCY DISPOSITION e.g., RELEASED, NO FORMAL CHARGE, BAIL, TURNED OVER TO, IN THE ARREST DISPOSITION BLOCK PROVIDED ON THIS SIDE.
6. MAKE CERTAIN ALL IMPRESSIONS ARE LEGIBLE FULLY ROLLED AND CLASSIFIABLE.
7. CAUTION - CHECK BOX ON FRONT IF CAUTION STATEMENT INDICATED. BASIS FOR CAUTION (ICO) MUST GIVE REASON FOR CAUTION, e.g., ARMED AND DANGEROUS, SUICIDAL, ETC.
8. MISCELLANEOUS NUMBER (MNU) - SHOULD INCLUDE SUCH NUMBERS AS MILITARY SERVICE, PASSPORT AND/OR VETERANS ADMINISTRATION (IDENTIFY TYPE OF NUMBER.)
9. PROVIDE STATUTE CITATION, IDENTIFYING SPECIFIC STATUTE (example - PL for PENAL LAW) AND CRIMINAL CODE CITATION INCLUDING ANY SUB-SECTIONS.
10. ALL INFORMATION REQUESTED IS ESSENTIAL.
11. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

REPLY DESIRED?  YES ☒  NO ☐

(REPLY WILL BE SENT IN ALL CASES IF SUBJECT FOUND TO BE WANTED)

IF COLLECT WIRE OR COLLECT TELEPHONE REPLY DESIRED, INDICATE HERE: (WIRE SENT ON ALL UNKNOWN DECEASED)

WIRE REPLY ☐  TELEPHONE REPLY ☐  TELEPHONE NO. AND AREA CODE

SEND COPY TO: NAME, ORI NUMBER AND ADDRESS

OFFICE OF THE
## DISTRICT ATTORNEY
20TH JUDICIAL CIRCUIT OF ALABAMA
HOUSTON COUNTY COURT HOUSE
DOTHAN, ALABAMA 36301

LEAVE BLANK

1-249 (REV. 12-29-82)  ☆U.S. GOVERNMENT PRINTING OFFICE: 1983—392-607



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D.C. 20537

OCT 9 '84  93

The finger impressions which have the number in individual finger blocks circled on the attached cards are not susceptible of accurate classification because of one or more of the various reasons listed below. Each fingerprint card indicates by number or notation on the back of the fingerprint card the particular reason or reasons for its return.

(1) Ink was unevenly distributed
(2) Fingers not fully inked or rolled
(3) Too much ink
(4) Insufficient ink
(5) Some impressions smudged, possibly fingers slipped while being rolled, or fingers not clean and dry
(6) Ridge characteristics not distinct, possibly due to the nature of the individual's employment or some other cause. Legible prints may be obtained after a few days
(7) Hands have been reversed

(8) One or more fingers printed twice
(9) One or more impressions missing or partially missing Please indicate if there is an amputation. In cases of amputations, obtain these fingerprints. If no bent or paralyzed fingers, it is suggested that a spoon or similar instrument be used and the fingers be printed individually
(10) Fingerprints not in sequence in spaces indicated
(11) Impressions not black on standard white fingerprint card stock.
(12) Fingerprint ink not permanent.

Due to the volume of fingerprints contained in the fingerprint files of the FBI, and the use of super break-ups and extensions in conjunction with the Henry Classification System, it is necessary to obtain exact ridge counts and tracings of all ten fingers in order to search our files properly.

In the event of serious injury to a finger precluding the taking of prints of the finger at this time, it is suggested that printing be done at a later date when a complete set of prints may be secured.

It is suggested that reprints be obtained and forwarded to the FBI for appropriate attention. When submitting the reprints it is not necessary to return the original fingerprint card, as only one copy of each set of fingerprints is necessary for retention in this Bureau's files.

For your information, a check by name only has been made on the enclosed prints with negative results.

Thank you for your cooperation in this matter.

Identification Division
FBI

**PLEASE NOTE INSTRUCTIONS ON REVERSE SIDE.**

FBI/DOJ

PLEASE NOTE

Because of the vastness of our fingerprint records, it is imperative that the <u>complete</u> classification formula be employed for searching and filing in each instance. Accurate classifying depends primarily upon the best possible rolled impressions that can be taken.

Fully rolled, clear impressions allow for accurate pattern differentiation, ridge counting, whorl tracing, and interpretation of whorl types.

It is suggested that each newly completed fingerprint chart be examined to ascertain if it can be fully classified, bearing in mind the following: (1) loop-type patterns cannot be classified unless the center of the loop, the delta, and the ridges between them are clear; (2) whorl-type patterns cannot be classified unless the deltas and the ridges connecting them are clear; (3) arch-type patterns can be classified as such only if a sufficiently clear impression is obtained to permit identification of the pattern as belonging to the arch category.

While a concerted effort is made to retain every fingerprint card forwarded us for processing, in some instances this is not possible. The FBI fully recognizes the occurrences of situations which challenge the ingenuity of the identification officer to secure legible impressions. All returned fingerprint cards do not necessarily reflect upon the ability of the operative taking the prints and no returns are made at any time with such a thought in mind.

Your earnest co-operation is solicited in obtaining the best possible impressions in each block on each fingerprint card forwarded us for search. By so doing you are rendering a real service and making a major contribution to all agencies participating in the fingerprint exchange program.

WHITE          THOMAS          P     SID: 00952161
          SEX: M   RACE: W      *  20 L 1 U 010 16
                                *     M 1 U 001
          DOB: 10/26/65        *******************
                                NCIC:20130818161312131416
HGT:507   WGT:135   HAIR:BRO    EYE:BRO    SKN:RUD

***********UPDATED CARD************


LCN   : 28827              SSN   :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
FBI NO:                    J-NO  :
ORI   :AL0380000           AIS NO:
CONTB :HOUSTON CO SHERIFFS DEPT   DATE:07/20/84


WHITE          THOMAS          P     SID: 00952161
          SEX: M   RACE: W      *  20 L 1 U 010 16
                                *     M 1 U 000
          DOB: 10/26/65        *******************
                                NCIC:20130818161312131416
HGT:507   WGT:135   HAIR:BRO    EYE:BRO    SKN:RUD

***********UPDATED CARD************


LCN   : 28827              SSN   :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
FBI NO:                    J-NO  :
ORI   :AL0380000           AIS NO:
CONTB :HOUSTON CO SHERIFFS DEPT   DATE:07/24/84


WHITE          THOMAS          P     SID: 00952161
          SEX: M   RACE: W      *  20 L 1 U 010 16
                                *     M 1 U 000
          DOB: 10/26/65        *******************
                                NCIC:20130818161312131416
HGT:508   WGT:135   HAIR:BRO    EYE:BRO    SKN:RUD
DATE OF ARREST: 09/17/85
CHG 01 1399 ASSLT-3RD DEG 2CTS


LCN   :28827              SSN   :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
FBI NO:                   J-NO  :00952161
ORI   :AL0380000          AIS NO:
CONTB :HOUSTON CO SHERIFFS DEPT   DATE:08/22/85

Case 1:05-cv-00097-JPO   Document 118   Filed 06/03/2008   Page 21 of 18



TYPE OR PRINT
SUBMIT IN TRIPLICATE
NOT TO BE USED AS A
DISCIPLINARY REPORT FORM

INCIDENT REPORT          DATE  8-11-22.

OFFICER: Billy Truiett

PERSON(S) INVOLVED:  Tommy White.

DETAILS OF INCIDENT: (TO COVER WHO WAS INVOLVED, WHEN DID IT HAPPEN,
WHERE, WHY, HOW, AND ACTION TAKEN.) About 9:05 there was a
Loud Noise of beating on Doors & Cells doors I
then jump up & Ran over to the North side there
was Kenneth Headley at East dayroom door Saying
help Tommy was hanging his self I then Ran down
to 4 Botton & held Tommy up to keep him from
Jumping down & Killing himself Walker then came
in & cut straing that were Around his Neck. Harlow
Then Roll open the cell door I went in the cell & brought
Tommy out in the hall way, Sgt Baxter then took
Tommy To 1st floor

COMMENTS: _____

_____

                        REPORTING OFFICER

COMMENTS: _____

_____

                  Billy Truiett
                  OFFICER IN CHARGE

ORIGINAL    - Prisoners file
1ST COPY    - Permanent Detention Facility File
2ND COPY    - Officer Submitting Report
ADDITIONAL- Sheriff and Chief Deputy

TYPE OR PRINT
SUBMIT IN TRIPLICATE
NOT TO BE USED AS A
DISCIPLINARY REPORT FORM

INCIDENT REPORT        DATE 8/11/84

OFFICER: Walker, Jerome

PERSON(S) INVOLVED: White, Tommy

DETAILS OF INCIDENT: (TO COVER WHO WAS INVOLVED, WHEN DID IT HAPPEN, WHERE, WHY, HOW, AND ACTION TAKEN.) At About 9:05 I Jerome Walker was on The South Side 3rd floor, When I Hear Some Noise on The North Side, at That Time I Went Over And Went inSide DayRoom. And Jailer Harlow + Truitt Was Already Down in Cell #4 Lower, Where Inmate White, Tommy Was Hanging With a Rope or Cut up Sheet Around His neck, I Then Took A Pocket Knife And Cut Him Down.

COMMENTS: _____

_____

_Jerome Walker_
REPORTING OFFICER

COMMENTS: _____

_____

_Leon Baker_
OFFICER IN CHARGE

ORIGINAL    - Prisoners file
1ST COPY    - Permanent Detention Facility File
2ND COPY    - Officer Submitting Report
ADDITIONAL- Sheriff and Chief Deputy

TYPE OR PRINT
SUBMIT IN TRIPLICATE
NOT TO BE USED AS A
DISCIPLINARY REPORT FORM

### INCIDENT REPORT

OFFICER: NATHAN HARLOW                    DATE 8-11-84

PERSON(S) INVOLVED: Tommy White

DETAILS OF INCIDENT: (TO COVER WHO WAS INVOLVED, WHEN DID IT HAPPEN, WHERE, WHY, HOW, AND ACTION TAKEN.) AT 9:05 I WAS ON The South Side on 3RD FLOOR. When I heard a door shaking I want TO The North Side and Kenneth Headley was AT The dayroom door. He said White was TRYING TO HANG himself. Jerome Walker And Billy Truiett was with me. I want INTO JAILERS control Room To operate controls To open The door To White's cell # 4 lower. WALKER And Truiett went into the dayroom. White hed a STRING From a Bed sheet Tied around The cell door And his Neck. WALKER cut him Loose And TRuiett Brought White outside. I was assisting Truiett with white, when Sgt BAXTER arrived, Sgt BAXTER Brought White To 1ST FLOOR.

COMMENTS:

_____
REPORTING OFFICER

COMMENTS:

_____
OFFICER IN CHARGE

ORIGINAL  - Prisoners file
1ST COPY  - Permanent Detention Facility File
2ND COPY  - Officer Submitting Report
ADDITIONAL- Sheriff and Chief Deputy

TYPE OR PRINT
SUBMIT IN TRIPLICATE
NOT TO BE USED AS A
DISCIPLINARY REPORT FORM

INCIDENT REPORT

DATE ___8—11—84___

OFFICER: _LEON BAXTER_

PERSON(S) INVOLVED: _Tommy WHITE_

DETAILS OF INCIDENT: (TO COVER WHO WAS INVOLVED, WHEN DID IT HAPPEN, WHERE, WHY, HOW, AND ACTION TAKEN.) ABOUT 9/0 PM HARLOW CALL LEON BAXTER To 3 FLOOR WHEN I GOT To 3 FLOOR Billy TRUETT AND NATHAN HARLOW WAS BRING Tommy WHITE OUT SIDE TO THE ELEVATOR THAY SAID Tommy WAS TRYING To Kill HIS SELF I PUT WHITE IN HOLD CELL I TOOK EVERYTHING AWAY FROM HIM

COMMENTS:

_Leon Baxter_
REPORTING OFFICER

COMMENTS:

_Leon Baxter_
OFFICER IN CHARGE

ORIGINAL - Prisoners file
1ST COPY - Permanent Detention Facility File
2ND COPY - Officer Submitting Report
ADDITIONAL- Sheriff and Chief Deputy

# ALABAMA UNIFORM ARREST REPORT

Fingerprints Completed
| | |
|---|---|
| ☐ 1 Yes | ☐ 1 Yes |
| ☒ 2 No | ☒ 2 No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

**1 ORI#** 03800000  ~~ott~~ HCSO  
**2 AGENCY NAME** HCSO  
**3 CASE #** 05743044  
**4 SFX**

**5 LAST, FIRST, MIDDLE NAME** White Thomas Pell  
**6 ALIAS AKA**

**7 SEX** M  **8 RACE** W  **9 HGT** 58  **10 WGT** 135  **11 EYE** BRO  **12 HAIR** BRO  **13 SKIN**  **14**  ☐ 1 SCARS  ☐ 2 MARKS  ☐ 3 TATOOS  ☐ 4 AMPUTATIONS

**15 PLACE OF BIRTH (CITY, COUNTY, STATE)** COVINGTON CO.  
**16 SSN** 4213-1816-150135  
**17 DATE OF BIRTH** 10/26/65  **18 AGE** 39  **19 MISCELLANEOUS ID #** 28827

**20 SID #**  **21 FINGERPRINT CLASS** KEY MAJOR PRIMARY SCOV SUB-SECONDARY FINAL  **22 DL #**  **23 ST**

**24 FBI #**  HENRY CLASS  
NCIC CLASS  
**25 IDENTIFICATION COMMENTS**

**26** ☐ RESIDENT  ☒ NON-RESIDENT  
**27 HOME ADDRESS (STREET, CITY, STATE, ZIP)** 407 OSCAR GODWIN RD DOTHAN AL  
**28 RESIDENCE PHONE** ( )  
**29 OCCUPATION (BE SPECIFIC)**

**30 EMPLOYER (NAME OF COMPANY/SCHOOL)** N/A  
**31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP)**  
**32 BUSINESS PHONE** ( )

## ARREST

**33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP)** HC JAIL  
**34 SECTOR #** 210 NIE 1014  
**35 ARRESTED FOR YOUR JURISDICTION?** ☒ YES ☐ NO  ☐ IN STATE  ☐ OUT STATE  ☐ AGENCY

**36 CONDITION OF ARRESTEE:** ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS  
**37 RESIST ARREST?** ☐ YES ☒ NO  
**38 INJURIES?** ☒ NONE ☐ OFFICER ☐ ARRESTEE  
**39 ARMED?** ☐ YES ☒ NO  
**40 DESCRIPTION OF WEAPON** ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 4 OTHER WEAPON

**41 DATE OF ARREST** 05/23/05  
**42 TIME OF ARREST** 03:30 ☐ 1 AM ☒ 2 PM ☐ MIL.  
**43 DAY OF ARREST** S M T W ④ T F S  
**44 TYPE ARREST** ☒ 1 ON VIEW ☐ 2 CALL ☐ 3 WARRANT  
**45 ARRESTED BEFORE?** ☒ YES ☐ NO ☐ UNKNOWN

**46 CHARGE—1** ☐ 1 FEL ☒ 2 MISD  POSS FIREARM W/ALTER  
**47 UCR CODE**

**48 UCR CODE**

**50 STATE CODE/LOCAL ORDINANCE** 13A-11-61  
**51 WARRANT #** WR200504112  
**52 CHARGE—2** ☐ 1 FEL ☒ 2 MISD  
**53 STATE CODE/LOCAL ORDINANCE**  **54 WARRANT #**  
**55 DATE ISSUED** 05/23/05  M D Y

**56 CHARGE—3** ☐ 1 FEL ☒ 2 MISD  
**57 UCR CODE**  
**56 CHARGE—4** ☐ 1 FEL ☒ 2 MISD  
**58 UCR CODE**

**60 STATE CODE/LOCAL ORDINANCE**  **61 WARRANT #**  **62 DATE ISSUED** M D Y  **63 STATE CODE/LOCAL ORDINANCE**  **64 WARRANT #**  **65 DATE ISSUED** M D Y

**66 ARREST DISPOSITION** ☐ 1 HELD ☐ 2 BAIL ☐ 3 RELEASED ☐ 4 TOT—LE ☐ 5 OTHER  
**67 IF OUT ON RELEASE WHAT TYPE?**  
**68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME)**  
**69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME)**

## VEHICLE

**70 VYR**  **71 VMA**  **72 VMO**  **73 VST**  **74 VCO** TOP BOTTOM  **75 TAG #**  **76 LIS**  **77 LIY**

**78 VIN**  **79 IMPOUNDED?** ☐ 1 YES ☒ 2 NO  **80 STORAGE LOCATION/IMPOUND #**

**81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED**  ☐ CONTINUED IN NARRATIVE

## JUVENILE

**82 JUVENILE DISPOSITION** ☐ 1 HANDLED AND RELEASED ☐ 2 REF. TO JUVENILE COURT ☐ 3 REF. TO WELFARE AGENCY ☐ 4 REF. TO OTHER POLICE AGENCY ☐ 5 REF. TO ADULT COURT  
**83 RELEASED TO**

**84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)**  **85 ADDRESS (STREET, CITY, STATE, ZIP)**  **86 PHONE** ( )

**87 PARENTS EMPLOYER**  **88 OCCUPATION**  **89 ADDRESS (STREET, CITY, STATE, ZIP)**  **90 PHONE** ( )

## RELEASE

**91 DATE AND TIME OF RELEASE** M D Y : ☐ 1 AM ☐ 2 PM ☐ MIL.  **92 RELEASING OFFICER NAME**  **93 AGENCY/DIVISION**  **94 ID #**

**95 RELEASED TO:**  **96 AGENCY/DIVISION**  **97 AGENCY ADDRESS**

**98 PERSONAL PROPERTY RELEASED TO ARRESTEE** ☐ 1 YES ☐ 2 NO ☐ 3 PARTIAL  **99 PROPERTY NOT RELEASED/HELD AT:**  **100 PROPERTY #**

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)** BOND $10,000.00 TIMES BOND

LOCAL USE

**102 SIGNATURE OF RECEIVING OFFICER**  **103 SIGNATURE OF RELEASING OFFICER**  STATE USE

**MULTIPLE CASES CLOSED**  **104 CASE #**  **105 SFX**  **106 CASE #**  **107 SFX**  **108 CASE #**  **109 SFX**  **110 ADDITIONAL CASES CLOSED NARRATIVE** ☐ Y ☐ N

**111 ARRESTING OFFICER (LAST, FIRST, M.)** JENKINS ROBERT  **112 ID #** 3844  **113 ARRESTING OFFICER (LAST, FIRST, M.)**  **114 ID #**  **115 SUPERVISOR** ID #  **116 WATCH CMDR.** ID #

## TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|---|
| | M  D  Y  :  AM PM MIL. | | | |

**120 ADDITIONAL ARREST INFORMATION**

NARRATIVE

NARRATIVE

NARRATIVE

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [1] Yes | [1] Yes |
| [2] No | [2] No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

### IDENTIFICATION

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,3,8,0,0,0,0 | Houston Co Sheriff | 0,5,1,2,5,0,6,8,3 | |

5 LAST, FIRST, MIDDLE NAME: White Thomas, Peel
6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [1]M [2]F | [1]W [2]B [3]A [4]I | 5 8 | 157 | BRO | BRO | | [1] SCARS | [2] MARKS | [3] TATOOS multipl | [4] AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Opp County Ala | 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 | 10 26 65 | | 2882 |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | | |
| | NCIC CLASS | | | | | | | | |

| 24 FBI # | 25 IDENTIFICATION COMMENTS |
|---|---|

| 26 [1] RESIDENT [2] NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 407 Oscar Godwin rd | 28 RESIDENCE PHONE ( ) 792-5353 | 29 OCCUPATION (BE SPECIFIC) Welder |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Self | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

### ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 407 Oscar Godwin Rd. Dothan Al. 36301 | 34 SECTOR # Zone 02 | 35 ARRESTED FOR YOUR JURISDICTION? [ ] YES [ ] NO [1] IN-STATE [2] OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: | [1] DRUNK [2] DRINKING | [3] SOBER [4] DRUGS | 37 RESIST ARREST? [1] YES [2] NO | 38 INJURIES? [1] NONE [2] OFFICER [3] ARRESTEE | 39 ARMED? [1] Y [2] N | 40 DESCRIPTION OF WEAPON [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON |
|---|---|---|---|---|---|---|

| 41 DATE OF ARREST 05 05 05 | 42 TIME OF ARREST 11:00 [1] AM [2] PM [3] MIL. | 43 DAY OF ARREST S M T W [X] F S | 44 TYPE ARREST [1] ON VIEW [2] CALL [3] WARRANT | 45 ARRESTED BEFORE? [1] YES [2] NO | |
|---|---|---|---|---|---|

| 46 CHARGE—1 [X] FEL [ ] MISD U.M.C.S. 1st | 47 UCR CODE | 48 CHARGE—2 [ ] FEL [ ] MISD U.P.C.S | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-12-215 | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE 13A-12-212 | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 [ ] FEL [ ] MISD | 57 UCR CODE | 58 CHARGE—4 [ ] FEL [ ] MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION [1] HELD [2] BAIL [3] RELEASED [4] TOT—LE [5] OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? [1] YES [2] NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | [ ] CONTINUED IN NARRATIVE |
|---|---|

### JUVENILE

| 82 JUVENILE DISPOSITION: | [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT | [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY | [5] REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

### RELEASE

| 91 DATE AND TIME OF RELEASE M D Y [1] AM [2] PM [3] MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)
Bond 50,000 A1 X1 ; 10,000 A3 X1

| LOCAL USE | |
|---|---|
| STATE USE | |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Nelson Terry | 112 ID # 3536 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**        ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## ADDITIONAL ARREST
## NARRATIVE CONTINUED

| DATE AND TIME OF ARREST | | | | 118 CASE # | 119 SFX |
|---|---|---|---|---|---|
| M | D | Y | : | | |

**120 ADDITIONAL ARREST INFORMATION**

NARRATIVE

NARRATIVE

NARRATIVE

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC - 34 Rev. 5/77

## ALABAMA UNIFORM ARREST REPORT

| 1. SID NO.  SID | 2. FBI NO.  FBI | 3. Contributor's ORI | 4. Agency Name | 5. Agency Case No. OCA |
|---|---|---|---|---|
| | | A L 0 3 8 0 0 0 0 | HO-CO-SO | |

**6. Last Name** WHITE  **First** THOMAS  **Middle** PEEL  **7. Alias  AKA**

| 8. SEX M | 9. RAC W | 10. HGT 5 Ft. 8 In. | 11. WGT 135 | 12. EYE BRN | 13. HAI BRN | 14. SKN | 15. Scars, Marks, Tattoos and Amputations  SMT |
|---|---|---|---|---|---|---|---|

**16. Place of Birth (City-Town-County)** COVINGTON CO. AL.  **POB**  **17. State** AL  **18. Social Sec. No.** 421-86-5T035  **SOC**  **19. Date of Birth** Month 10 Day 26 Year 65  **DOB**  **20. Miscellaneous No. (Indicate type)** # 28827

21. Fingerprint Class (Leave Blank)  FPC — Key Major Primary Scdy. Sub-Secondary Final

HENRY CLASS  H Y

NCIC CLASS

22. Identification Comments  ICO

**23. Home Address  Street** RT-1 BOX 10C  **City-Town-County** SLOCOMB  **State** AL  **24. Res. Phone**  **25. Occupation (Be Specific)** U.N.

**26. Employer (Name of Company or School)** U.N.  **27. Business Address (Street-City-State)**  **28. Bus. Phone**

**29. Location of Arrest (Street-City-State)** SLOCOMB AL  **30. Sector Number**  **31. Arrested for your Jurisdiction?** ☐ Yes ☐ Other Ala. Agency ☐ Out-of-State

32. Condition of Arrestee  ☐ 1. Drunk  ☐ 3. Narcotic  ☐ 2. Drinking  ☐ 4. Sober  **33. Resist Arrest?** ☐ Yes ☐ No  **34. Injuries?** ☐ Officer ☐ Arrestee  **35. Armed?** ☐ Yes ☐ No  **36. Description of Weapon**

**37. Date of Arrest  DOA** Month 3 Day 29 Year 86  **38. Time of Arrest** 0530  **39.** S ⓉT S M W F  **40. Type Arrest** ☐ On-View ☐ Call ☐ Warrant  **41. Arrested Before?** ☐ Yes ☐ No ☐ Unk.

| 42. Charge - 1  AOL ORDER OF ARREST | A. Offense Date DOO | 48. Charge - 2  AOL | A. Offense Date DOO |
|---|---|---|---|
| 43. NCIC Code  AON 44. ☐ Misd. ☐ Felony | B. Time of Offense | 49. NCIC Code  AON 50. ☐ Misd. ☐ Felony | B. Time of Offense |
| 45. State Statute Citation CIT 46. Warrant No. 47. Date Issued | | 51. State Statute Citation CIT 52. Warrant No. 53. Date Issued | |
| 54. Charge - 3 | A. Offense Date DOO | 60. Charge - 4 | A. Offense Date DOO |
| 55. NCIC Code  AON 56. ☐ Misd. ☐ Felony | B. Time of Offense | 61. NCIC Code  AON 62. ☐ Misd. ☐ Felony | B. Time of Offense |
| 57. State Statute Citation CIT 58. Warrant No. 59. Date Issued | | 63. State Statute Citation CIT 64. Warrant No. 65. Date Issued | |

**OBTS No.  A- 1605678**  **66. Arrest Disposition  ADN** ☐ 1. Held ☐ 2. Relsd. ☐ 3. TOT-LE ☐ 4. Bail ☐ 5. TOT-W ☐ 6. REF-JUV ☐ 7. Other  **67. If out on Release, what type?**  **68. Additional Arrest Disposition  ADD**

**69. Arrested with (1) Accomplice Full Name**  **70. Arrested with (2) Accomplice Full Name**

| 71. Veh. Yr. | 72. Vehicle Make | 73. Veh. Mod. | 74. Style | 75. Color  (Top)  (Bottom) | 76. Tag No. | 77. State | 78. Yr. |
|---|---|---|---|---|---|---|---|

**79. V.I.N.**  **80. Impounded?** ☐ Yes ☐ No  **81. Location**

**82. Other Evidence Seized (Court Papers in Arrestee's Possession?)**

**83. Circumstances Leading to, or Resulting in, Arrest. Include Disposition of Items Seized. (Describe Briefly)**

ARRESTED ON OUR W/A by Hartford

Continue on Back

**84. Arresting Officer - 1 (Last Name-First-Middle)** Paul D. Franklin Lt  **85. Code No.** 3805  **86. Arresting Officer - 2 (Last Name-First-Middle)**  **87. Code No.**

| ADDITIONAL ARREST NARRATIVE CONTINUED | Date and Time of Arrest | | | | Agency Case Number |
|---|---|---|---|---|---|
| | Month | Day | Year | Time | |

NARRATIVE

NARRATIVE

NARRATIVE

Continue on Additional Arrest Narrative

TYPE OR PRINT IN BLACK INK ONLY

ACJIC - 34 Rev. 5/77

## ALABAMA UNIFORM ARREST REPORT

| 1. SID NO. | SID | 2. FBI NO. | FBI | 3. Contributor's ORI | 4. Agency Name | | 5. Agency Case No. OCA |
|---|---|---|---|---|---|---|---|
| | | | | A L | | | |

**IDENTIFICATION**

| 6. Last Name | First | Middle | 7. Alias   AKA |
|---|---|---|---|
| White , | Tommy | Peel | Burhead |

| 8. SEX | 9. RAC | 10. HGT | 11. WGT | 12. EYE | 13. HAI | 14. SKN | 15. Scars, Marks, Tattoos and Amputations   SMT |
|---|---|---|---|---|---|---|---|
| M | W | 5 Ft. 7 In. | 135 | BRO | BRO | Med. | R. Elbo 2 Hearts & Dagger |

| 16. Place of Birth (City-Town-County) | POB | 17. State | 18. Social Sec. No. | SOC | 19. Date of Birth | DOB | 20. Miscellaneous No. (Indicate type) |
|---|---|---|---|---|---|---|---|
| OPP | | AL | 423 86 5035 | | Month 10 Day 26 Year 65 | | #28827 |

21. Fingerprint Class (Leave Blank)   FPC

HENRY CLASS     H Y   Key Major Primary Scdy. Sub-Secondary Final

NCIC CLASS.

22. Identification Comments   ICO

| 23. Home Address | Street | City-Town-County | State | 24. Res. Phone | 25. Occupation (Be Specific) |
|---|---|---|---|---|---|
| Rt. 1 Box 10 C | Slocomb | | AL. | None | Labor |

| 26. Employer (Name of Company or School) | 27. Business Address (Street-City-State) | 28. Bus. Phone |
|---|---|---|
| Tri-Glass | Daleville, AL. | UNK |

**ARREST**

| 29. Location of Arrest (Street-City-State) | | 30. Sector Number | 31. Arrested for your Jurisdiction? |
|---|---|---|---|
| 100 N. Oates Dothan, AL | | | ☑ Yes  ☐ Other Ala. Agency  ☐ Out-of-State |

| 32. Condition of Arrestee | 33. Resist Arrest? | 34. Injuries? | 35. Armed? | 36. Description of Weapon |
|---|---|---|---|---|
| ☐ 1. Drunk   ☐ 3. Narcotic<br>☐ 2. Drinking   ☐ 4. Sober | ☐ Yes  ☑ No | None<br>☐ Officer  ☐ Arrestee | ☐ Yes  ☑ No | |

| 37. Date of Arrest   DOA | 38. Time of Arrest | 39.  S  T  T  S | 40. Type Arrest | 41. Arrested Before? |
|---|---|---|---|---|
| Month 08 Day 31 Year 84 | 0515 | M  W | ☐ On-View  ☐ Call  ☑ Warrant | ☑ Yes  ☐ No  ☐ Unk. |

| 42. Charge - 1 | AOL | A. Offense Date DOO | 48. Charge - 2 | AOL | A. Offense Date DOO |
|---|---|---|---|---|---|
| Forgery 2nd | | 06 26 81 | | | |

| 43. NCIC Code   AON | 44. | B. Time of Offense | 49. NCIC Code   AON | 50. | B. Time of Offense |
|---|---|---|---|---|---|
| | ☐ Misd.  ☑ Felony | Unk | | ☐ Misd.  ☐ Felony | |

| 45. State Statute Citation   CIT | 46. Warrant No. | 47. Date Issued | 51. State Statute Citation   CIT | 52. Warrant No. | 53. Date Issued |
|---|---|---|---|---|---|
| | | | | | |

| 54. Charge - 3 | A. Offense Date DOO | 60. Charge - 4 | A. Offense Date DOO |
|---|---|---|---|
| | | | |

| 55. NCIC Code   AON | 56. | B. Time of Offense | 61. NCIC Code   AON | 62. | B. Time of Offense |
|---|---|---|---|---|---|
| | ☐ Misd.  ☐ Felony | | | ☐ Misd.  ☐ Felony | |

| 57. State Statute Citation   CIT | 58. Warrant No. | 59. Date Issued | 63. State Statute Citation   CIT | 64. Warrant No. | 65. Date Issued |
|---|---|---|---|---|---|
| | | | | | |

| OBTS No.<br>A- 1512860 | 66. Arrest Disposition   ADN<br>☐ 1. Held  ☐ 2. Relsd.  ☐ 3. TOT-LE<br>☐ 4. Bail  ☐ 5. TOT-W  ☐ 6. REF-JUV<br>☐ 7. Other | 67. If out on Release, what type? | 68. Additional Arrest Disposition   ADD |
|---|---|---|---|

| 69. Arrested with (1) Accomplice Full Name | 70. Arrested with (2) Accomplice Full Name |
|---|---|
| | |

**EVIDENCE**

| 71.Veh.Yr. | 72. Vehicle Make | 73. Veh. Mod. | 74. Style | 75. Color  (Top)   (Bottom) | 76. Tag No. | 77. State | 78.Yr. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 79. V.I.N. | 80. Impounded? | 81. Location |
|---|---|---|
| | ☐ Yes  ☐ No | |

82. Other Evidence Seized (Court Papers in Arrestee's Possession?)

**NARRATIVE**

83. Circumstances Leading to, or Resulting in, Arrest. Include Disposition of Items Seized. (Describe Briefly)

See O/R

Continue on Back

| 84. Arresting Officer - 1 (Last Name-First-Middle) | 85. Code No. | 86. Arresting Officer - 2 (Last Name-First-Middle) | 87. Code No. |
|---|---|---|---|
| Odom, C. Sgt. | 38-12 | | |

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| Date and Time of Arrest | | | | Agency Case Number |
|---|---|---|---|---|
| Month | Day | Year | Time | |

NARRATIVE

NARRATIVE

NARRATIVE

Continue on Additional Arrest Narrative

TYPE OR PRINT IN BLACK INK ONLY

ACJIC - 34  Rev. 5/77
## ALABAMA UNIFORM ARREST REPORT

| 1. SID NO.  SID | 2. FBI NO.  FBI | 3. Contributor's ORI | 4. Agency Name | 5. Agency Case No. OCA |
|---|---|---|---|---|
| | | AL 038|000 | Houston County SO | |

| 6. Last Name | First | Middle | 7. Alias  AKA |
|---|---|---|---|
| White | Tommy | P | Burrhead |

| 8. SEX | 9. RAC | 10. HGT | 11. WGT | 12. EYE | 13. HAI | 14. SKN | 15. Scars, Marks, Tattoos and Amputations  SMT |
|---|---|---|---|---|---|---|---|
| W | W | 5 Ft. 7 In. | 135 | Bro. | Bro. | Lt. | R. elbow 2 hearts + dagger |

| 16. Place of Birth (City-Town-County) | POB | 17. State | 18. Social Sec. No.  SOC | 19. Date of Birth  DOB | 20. Miscellaneous No. (Indicate type) |
|---|---|---|---|---|---|
| Opp-Covington Co. Ala | | Al | 423|86|50|315 | Month 10 Day 2 Year 65 | 28827 |

| 21. Fingerprint Class  FPC (Leave Blank) | Key | Major | Primary | Scdy. | Sub-Secondary | Final | 22. Identification Comments  ICO |
|---|---|---|---|---|---|---|---|
| HENRY CLASS | H Y | | | | | | |
| NCIC CLASS | | | | | | | |

| 23. Home Address  Street | City-Town-County | State | 24. Res. Phone | 25. Occupation (Be Specific) |
|---|---|---|---|---|
| Rt 1 Box 10c | Slocomb, Alabama | | NONE | unemployed |

| 26. Employer (Name of Company or School) | 27. Business Address (Street-City-State) | 28. Bus. Phone |
|---|---|---|
| unemployed | NONE | NONE |

| 29. Location of Arrest (Street-City-State) | 30. Sector Number | 31. Arrested for your Jurisdiction? |
|---|---|---|
| Rt 1 Box 10c | | ☐ Yes  ☐ Other Ala. Agency  ☐ Out-of-State |

| 32. Condition of Arrestee | 33. Resist Arrest? | 34. Injuries  NONE | 35. Armed? | 36. Description of Weapon |
|---|---|---|---|---|
| ☐ 1. Drunk  ☐ 3. Narcotic | ☐ Yes ☒ No | ☐ Officer ☐ Arrestee | ☐ Yes ☒ No | NONE |
| ☐ 2. Drinking ☐ 4. Sober | | | | |

| 37. Date of Arrest  DOA | 38. Time of Arrest | 39. | 40. Type Arrest | 41. Arrested Before?  Crty |
|---|---|---|---|---|
| Month 2 Day 14 Year | 11 35 A.M. | S T S M W F | ☐ On-View ☐ Call ☒ Warrant | ☒ Yes ☐ No ☐ Unk. |

| 42. Charge - 1  AOL | A. Offense Date DOO | 48. Charge - 2  AOL | A. Offense Date DOO |
|---|---|---|---|
| 1 ct. NWNI | 05|26|84 | | |

| 43. NCIC Code  AON | B. Time of Offense | 49. NCIC Code  AON | 50. |
|---|---|---|---|
| ☒ Misd. ☐ Felony | unk | ☐ Misd. ☐ Felony | |

| 45. State Statute Citation  CIT | 46. Warrant No. | 47. Date Issued | 51. State Statute Citation  CIT | 52. Warrant No. | 53. Date Issued |
|---|---|---|---|---|---|
| | #4514 | 06|25|84 | | | |

| 54. Charge - 3 | A. Offense Date DOO | 60. Charge - 4 | A. Offense Date DOO |
|---|---|---|---|
| | | | |

| 55. NCIC Code  AON | 56. | 61. NCIC Code  AON | 62. |
|---|---|---|---|
| ☐ Misd. ☐ Felony | | ☐ Misd. ☐ Felony | |

| 57. State Statute Citation  CIT | 58. Warrant No. | 59. Date Issued | 63. State Statute Citation  CIT | 64. Warrant No. | 65. Date Issued |
|---|---|---|---|---|---|
| | | | | | |

| OBTS No. A- 1916030 | 66. Arrest Disposition  ADN | 67. If out on Release, what type? | 68. Additional Arrest Disposition  ADD |
|---|---|---|---|
| | ☒ 1. Held ☐ 2. Relsd. ☐ 3. TOT-LE | | |
| | ☐ 4. Bail ☐ 5. TOT-W ☐ 6. REF-JUV | | |
| | ☐ 7. Other | | |

| 69. Arrested with (1) Accomplice Full Name | 70. Arrested with (2) Accomplice Full Name |
|---|---|
| | |

| 71. Veh.Yr. | 72. Vehicle Make | 73. Veh. Mod. | 74. Style | 75. Color (Top) (Bottom) | 76. Tag No. | 77. State | 78.Yr. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 79. V.I.N. | 80. Impounded? | 81. Location |
|---|---|---|
| | ☐ Yes ☐ No | |

| 82. Other Evidence Seized (Court Papers in Arrestee's Possession?) |
|---|
| |

83. Circumstances Leading to, or Resulting in, Arrest. Include Disposition of Items Seized. (Describe Briefly)

$300.00 Bond

Continue on Back

| 84. Arresting Officer - 1 (Last Name-First-Middle) | 85. Code No. | 86. Arresting Officer - 2 (Last Name-First-Middle) | 87. Code No. |
|---|---|---|---|
| Ace | 3873 | | |

PRINT IN BLACK INK ONLY

| ADDITIONAL ARREST NARRATIVE CONTINUED | Date and Time of Arrest | | | | Agency Case Number |
|---|---|---|---|---|---|
| | Month | Day | Year | Time | |

NARRATIVE

NARRATIVE

NARRATIVE

Continue on Additional Arrest Narrative

TYPE OR PRINT IN BLACK INK ONLY

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-CV-961-WKW |
| | ) |
| HOUSTON COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority for administering oaths, personally appeared **Carolyn Deloris Jackson** who is the Food Service Director with the Houston County Sheriff's Department, who being by me first duly sworn, deposes and says as follows:

My name is Carolyn Deloris Jackson, and I am over the age of nineteen (19) years and a resident of Houston County, Alabama.

I am presently employed by the Houston County Sheriff's Department as the Food Service Director at the Houston County Jail and was so employed at all times material to this lawsuit. Unless otherwise indicated herein, I have personal knowledge of the facts and information contained herein. I make this affidavit after review of the plaintiff's jail inmate file and the subject matter of plaintiff's Complaint in an attempt to address plaintiff's claims in this case.

---

**EXHIBIT 4**

The plaintiff is no longer housed in the Houston County Jail. While in the Houston County Jail, the plaintiff was a convicted/adjudicated prisoner.

The Houston County Jail has available administrative remedies through a complaint/grievance system and a request system. The plaintiff's complaints regarding bugs in the food is not correct.

As Food Service Director, I see that all inmates in the Houston County Jail are served a proper diet intended to meet all nutritional requirements. All menus for meals in the Houston County Jail are reviewed by a licensed dietician. Jail menus provide on average 3,000 calories per day with adequate nutrients according to standards set by Food and Nutrition Board of the National Academy of Science. A true and correct copy of the Statement of Nutritional Adequate for the Houston County Jail is attached hereto as **Exhibit A**, and is incorporated herein by reference as if fully set forth. Also, a true and correct copy of the jail's four-week cycle menus which have been approved by the above-referenced dietician and which have been utilized since April 13, 2005 are attached hereto collectively as **Exhibit B**, and are incorporated herein by reference as if fully set forth. My staff and I prepare hot foods for the vast majority of meals and attempt to preserve heat by covering the trays.

The food service area at the Houston County Jail is inspected monthly by the Alabama Department of Public Health. Its inspection reports show the premises always passes said inspections, show generally high grades and have not had any violations of "critical items." In addition to multiple cleanings each day, the kitchen at the Houston County Jail is regularly treated to manage and control pests.

At all times complained of by the plaintiff, the plaintiff was served meals with an average

of 3,000 calories per day with adequate nutrients according to standards set by Food and Nutrition Board of the National Academy of Science. The meats served by the Houston County Jail to inmates as a regular part of their meals include chicken, fish and soy bean burgers, turkey ham, turkey sausage as well as other meat products made from turkey.

CAROLYN DELORIS JACKSON

STATE OF ALABAMA,

HOUSTON COUNTY.

Before me, the undersigned authority, personally appeared Carolyn Deloris Jackson, who being sworn by me according to law, deposes and states that the matters and things alleged in the above Affidavit are true and correct to the best of his information, knowledge and belief.

Sworn to and subscribed before me on this the 5th day of December, 2006.

NOTARY PUBLIC
My Commission Expires:        12-9-2008



**Management Inc.**

April 13, 2005

## STATEMENT OF NUTRITIONAL ADEQUACY

**The daily average calorie count for the menu exceeds 3000. Per standard procedures, this menu is reviewed and/or revised on an annual basis or more often if required.**

The attached menus with approval date of 4/13/2005 were written by **ABL Management, Inc.** for the **Houston County Jail** to be served as the Regular Menu in adult general population. They have been analyzed and approved using the Food Processor Plus Nutrition Analysis System from ESHA Research, Salem, Oregon. Per standard nutritional analysis protocol, the menus were divided into seven-day periods for evaluation purposes. As written and analyzed, the menus meet R.D.A.'s for all major nutrients as stated by the Food and Nutrition Board of the National Academy of Sciences, and contract stipulations.

R.D.A.s have been established by health care professionals to define the "target" level of recommended allowances (amounts) of energy and nutrients such as protein, vitamins, and minerals for people of a specific age, sex and activity level. The allowances are set at a higher level than to just maintain good nutrition in healthy persons. An intake of at least two-thirds of the R.D.A. level is considered adequate for most healthy humans. The age group chosen as the "standard" for this facility was 'males ages 25 to 50' leading a moderately active lifestyle

*Babette G. Lanius, MS, LDN, RD*
BABETTE G. LANIUS, MS, LDN, RD
Corporate Dietitian
Registration Number: 529770

**EXHIBIT**
**A**

**HOUSTON COUNTY JAIL**
Dothan, AL
#173
**ABL MANAGEMENT, INC.**
MASTER MENU NUMBER 9-173
WEEK 1

APPROVAL DATE: 4-25-05
FACILITY ADMINISTRATION
MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/03
FOOD SERVICE DIRECTOR
ABL MANAGEMENT, INC.

April 13, 2005
APPROVAL DATE:
DIETITIAN: Blum, MS, ___
REG. #: 529776

### BREAKFAST

| Item | SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|---|
| Orange Juice | 1/2 C | 1/2 C | 1/2 C | 1/2 C | 1/2 C | 1/2 C | 1/2 C |
| Cold Cereal | 1 C | | | | | | 1 C |
| Hot Cereal | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | |
| Scrambled Eggs | 4 OZ | 4 OZ | 4 OZ | | 4 OZ | 4 OZ | 4 OZ |
| Large Pancakes / Warm Syrup | | | | 3 EA / 1/4 C | | | |
| Grilled T Ham | 1 OZ | | | | | | |
| Cheese Omelet with Onions/Green Peppers | | | | | 1 OZ | | |
| Grilled T Bologna | | | | | 1 OZ | | |
| T Sausage | | 1 OZ | 1 OZ | 1 OZ | | 1 OZ | |
| Biscuits (1/60) | 2 EA | 2 EA | 2 EA | | 2 EA | 2 EA | 2 EA |
| Toast | 2 SL | 2 SL | 2 SL | | 2 SL | 2 SL | 2 SL |
| Jelly | 2 TBP | 2 TBP | 2 TBP | | 2 TBP | 2 TBP | 2 TBP |
| Margarine with Vit A&D* | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP |
| Sugar PKTS* | 2 EA | 2 EA | 2 EA | 2 EA | 2 EA | 2 EA | 2 EA |
| Coffee | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C |
| Reduced Fat Milk | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C |

### LUNCH

| Item | SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|---|
| Breaded Fish Portion | 3 OZ | | | | | | |
| Breaded Chicken Pattie | | | 3 OZ | | | | |
| Beef and Macaroni Cass (2 OZ Meal) | | 8 OZ | | | | | |
| Beef Pattie | | | | 3 OZ | | | |
| T Bologna | | | | | 2 OZ | | |
| Chili con Carne/Beans (2 OZ Meal) | | | | | | 2 OZ | |
| Grilled T Ham and Cheese on Bread | | | | | | | 2 OZ |
| Cheese | | | 1 SL | 1 SL | 1 SL | | 1 SL |
| Hot Dog (10/1) / Hot Dog Buns | 1 EA / 1 EA | 2 EA / 2 EA | | | | | |
| Burger Bun | | 1 EA | 1 EA | 1 EA | 1 EA | | |
| Tartar Sauce | 1 TBSP | | | | | | |
| Mustard/Salad Drsg PKTS / Mustard/Catsup PKT | | | 1 EA | 1 EA | 1 EA | | |
| Lettuce Leaf/Onion Slice | | | 1 EA | 1 EA | 1 EA | | |
| Potato Wedges / Catsup PKT | | | 1 C / 1 EA | 1 C / 1 EA | | | |
| Baked Beans | 1/2 C | 1/2 C | | | | | |
| Seasoned Rice | | | | | 1/2 C | 1/2 C | |
| Navy Beans | | | | | 1/2 C | | |
| Cole Slaw | 1/2 C | | | | | 1/2 C | |
| Tossed Salad with Dressing | | 1/2 C | | | 1/2 C | | |
| Pudding | 1/2 C | | 1/2 C | 1/2 C | 1/2 C | | |
| Baked Cookies | 2 EA | 2 EA | 2 EA | | 2 EA | | |
| Beverage with Vit C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C |

### SUPPER

| Item | SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|---|
| Pinto Beans | 1/2 C | | | | | | |
| Baked Beans | | 1/2 C | | | | | |
| Spaghetti With Meat Sauce (2 OZ Meal) | | | 1 C | | | | |
| Fried Chicken (2 OZ Meal) / Gravy | | | | 1 QTR / 1/4 C | | | |
| Meat Stew (1/2 C Veg) (2 OZ Meal) | | | | | 8 OZ | | |
| Whiting Square (2 OZ Meal) / Tartar Sauce | | | | | | 8 OZ | |
| Baked Chicken | | | | | | | 1 QTR |
| Rice Pilaf | | | | | | | 1/2 C |
| Seasoned Potatoes | | | | 1/2 C | | | |
| Seasoned Rice | | | | | 1 C | | |
| Mashed Potatoes / Catsup PKT | | | | | | 1 C | |
| Potatoes | | | | | | | 1/2 C |
| Seasoned Vegetable | | 1/2 C | 1/2 C | | | | |
| Seasoned Vegetables | 1/2 C | | | | | | |
| Salad with Dressing / Garlic Bread | | | 1/2 C | | | | |
| Collard Greens | | | | 1/2 C | | | |
| Peas & Carrots | | | | | | 1 C | |
| Lima Beans | | | | | | | 1 C |
| Macaroni Salad | | | 1/2 C | | | 1/2 C | |
| Cole Slaw | | | | | 1/2 C | | |
| Cornbread | 1/60 | | | 1/60 | 1/60 | 1/60 | 1/60 |
| Bread | | 2 SL | 1/60 | | 1/60 | 1/60 | |
| Margarine with Vit A&D* | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP |
| Glazed Cake | 1/60 | 1/60 | 1/60 | | 1/60 | | |
| Fresh Orange / Fresh Canned Fruit | | | | 1 SVG | 1/60 | Fresh Orange | |
| Brownie | | | | | | | 1/60 |
| Sweetened Tea* | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C |

NOTE: All entrees and casseroles are cooked weight measurements. Therefore they may not appear on all meal trays. Salt and Pepper Pkts added as appropriate.

*Margarine and sugar are part of SOPs and recipes.

EXHIBIT
B

**HOUSTON COUNTY JAIL**
Dothan, AL
#173

**ABL MANAGEMENT, INC.**
MASTER MENU NUMBER 9-173
WEEK 2

APPROVAL DATE: _____  April 13, 2005

DIETITIAN: _____

REG. # _____

FACILITY ADMINISTRATION: _____

MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/04; 3/05; 4/05

FOOD SERVICE DIRECTOR: _____
ABL MANAGEMENT, INC.

APPROVAL DATE: 4-25-05

### Breakfast

| Item | SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|---|
| Orange Juice | 1/2 C | 1/2 C | 1/2 C | 1/2 C | 1/2 C | 1/2 C | 1/2 C |
| Hot Cereal / Cold Cereal | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C |
| Scrambled Eggs / Cheese Omelet | 4 OZ | 4 OZ | 4 OZ | 4 OZ | French Toast 3 SL | 4 OZ | 4 OZ |
| Grilled T Bologna / T Sausage / Grilled T Ham | 1 OZ | 1 OZ (T Sausage) | 1 OZ | 1 OZ | Warm Syrup 1/4 C / T Sausage 1 OZ | 1 OZ | 1 OZ (T Sausage) |
| Toast / Biscuits (1/60) | 2 SL | 2 SL | 2 SL | 2 SL | Biscuits (1/60) | Biscuits (1/60) | 2 SL |
| Jelly | 2 TBP | 2 TBP | 2 TBP | 2 TBP | 2 TBP | 2 TBP | 2 TBP |
| Margarine with Vit A&D | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP | 1 TBP |
| Sugar PKTS* | 2 EA | 2 EA | 2 EA | 2 EA | 2 EA | 2 EA | 2 EA |
| Coffee | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C |
| Reduced Fat Milk | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C | 1 C |

### Lunch

| SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|
| Breaded Chicken Pattie 3 OZ | Beef Pattie 3 OZ | Hot Dogs 2 EA | Breaded Fish Portion 3 OZ | T Bologna and Cheese on Bread (2 OZ Meat) | Chili Mac Casserole (2 OZ Meat) 8 OZ | Country Fried Steak 3 OZ |
| Lettuce Leaf/Onion Slice 1 EA | Cheese 1 SL | Hot Dog Buns 2 EA | Hamburger Bun 1 EA | Lettuce Leaf/Onion Slice 1 EA | Cheese 1 SL | Gravy 1/4 C |
| Bread 2 SL | Burger Bun 2 SL | Mustard/Catsup PKT 1 EA | Tartar Sauce 1 TBP | Mustard/Salad Dres PKTS 1 EA | Bread 2 SL | Rice Pilaf 1/2 C |
| Mustard/Salad Dres PKTS 1 EA | Mustard/Catsup PKT 1 EA | Chili con Carne/Beans 1/2 C | Mashed Potatoes 1/2 C | Potato Wedges 1 C | Potato Salad 1 C | Green Beans 1/2 C |
| Potato Wedges 1 EA | Baked Beans 1 EA | Macaroni Salad 1/2 C | Chips 1 OZ | Corn/Pea Salad 1 C | Green Beans 1 C | |
| Catsup PKT 1 EA | Lettuce Leaf/Onion Slice 1 EA | | Macaroni Salad 1 C | | | |
| Pudding 1/2 C | Baked Cookies 2 EA | Baked Cookies 2 EA | Baked Cookies 2 EA | Baked Cookies 1 C | Baked Cookies 2 EA | Baked Cookies 1 C |
| Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C |

### Dinner

| SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|
| Spaghetti With Meat Sauce (2 OZ Meal) 1 C | Roast Turkey 3 OZ | Sliced Ham 3 OZ | Chili Mac Casserole (2 OZ Meat) 8 OZ | Beef and Noodle Casserole 8 OZ | Fried Chicken 8 OZ | Spicy Turkey, Tomato Rice Casserole (2 OZ Meal) 8 OZ |
| Green Beans 1/2 C | Gravy 1/4 C | Gravy 1/4 C | Cheese 1 SL | Bread 2 SL | Gravy 1/2 C | Gravy 1/4 C |
| Tossed Salad/Dressing 2 SL | Cornbread Stuffing 1/2 C | Candied Yams 1/2 C | Bread | Blackeyed Peas 1/2 C | Potatoes 1/2 C | Rice Pilaf 1/2 C |
| Garlic Bread 2 SL | Mixed Vegetables 1/2 C | Cooked Cabbage 1/2 C | Seasoned Vegetable 1/2 C | Potatoes | Green Beans 1/2 C | Green Beans 1/2 C |
| Pudding 1/2 C | Bread 2 SL | Raisin Salad 1/2 C | Tossed Salad/Dressing 1/2 C | | | Pinto Beans 1/2 C |
| | Margarine with Vit A&D 1 TBP | Cornbread 1/60 | Cornbread 1/60 | Cornbread 1/60 | Bread 2 SL | Bread 2 SL |
| | Glazed Cake 1/60 | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP |
| | | Glazed Cake 1/60 | Brownie 1/60 | Fresh Orange 1 EA | Glazed Cake 1/60 | Glazed Cake 1/60 |
| Sweetened Tea* 1 C | Sweetened Tea* 1 C | Sweetened Tea* 1 C | Sweetened Tea* 1 C | Sweetened Tea* 1 C | Sweetened Tea* 1 C | Sweetened Tea* 1 C |

NOTE: All entrees and casseroles are cooked weight measurements. Salt and Pepper Pkts added as appropriate.

*Margarine and sugar are part of SOPs and recipes. Therefore they may not appear on all meal trays.

April 13, 2005

# HOUSTON COUNTY JAIL
Dothan, AL
#173

## ABL MANAGEMENT, INC.
MASTER MENU NUMBER 9-173
WEEK 3

APPROVAL DATE: _____

DIETITIAN: *Blevins Mason, LD*

REG #: 5-26-17 0

APPROVAL DATE: 4-25-05

FACILITY ADMINISTRATION: *W. McNett*

MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/03

FOOD SERVICE DIRECTOR: *R. Carlson*

3/04; 3/05; 4/05

ABL MANAGEMENT, INC.

| | SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | Orange Juice 1/2 C | Orange Juice 1/2 C | Orange Juice 1/2 C | Orange Juice 1/2 C | Orange Juice 1/2 C | Orange Juice 1/2 C | Orange Juice 1/2 C |
| | Hot Cereal 1 C | Cold Cereal 1 C | Hot Cereal 1 C | Hot Cereal 1 C | Cold Cereal 1 C | Hot Cereal 1 C | Hot Cereal 1 C |
| | Scrambled Eggs 4 OZ | Scrambled Eggs 4 OZ | Scrambled Eggs 4 OZ | Large Pancakes 3 EA | Scrambled Eggs 4 OZ | Cheese Omelet 4 OZ | Scrambled Eggs 4 OZ |
| | Grilled T Sausage 1 OZ | T Sausage 1 OZ | Grilled T Ham 1 OZ | Warm Syrup 1/4 C | T Sausage 1 OZ | T Ham 1 OZ | T Sausage 1 OZ |
| | Toast 2 SL | Toast 2 SL | Toast 2 SL | T Sausage 1 OZ | Toast 2 SL | Biscuits (1/60) 2 EA | Biscuits (1/60) 2 SL |
| | Jelly 2 TBP | Jelly 2 TBP | Jelly 2 TBP | Biscuits (1/60) 2 EA | Jelly 2 TBP | Jelly 2 TBP | Jelly 2 TBP |
| | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Jelly 2 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP |
| | Sugar PKTS 2 EA | Sugar PKTS 2 EA | Sugar PKTS 2 EA | Margarine with Vit A&D 1 TBP | Sugar PKTS 2 EA | Sugar PKTS 2 EA | Sugar PKTS 2 EA |
| | Coffee 1 C | Coffee 1 C | Coffee 1 C | Sugar PKTS 2 EA | Coffee 1 C | Coffee 1 C | Coffee 1 C |
| | Reduced Fat Milk 1 C | Reduced Fat Milk 1 C | Reduced Fat Milk 1 C | Coffee 1 C | Reduced Fat Milk 1 C | Reduced Fat Milk 1 C | Reduced Fat Milk 1 C |
| | | | | Reduced Fat Milk 1 C | | | |
| **LUNCH** | Beef Pattie 3 OZ | Hot Dogs 2 EA | Spicy Meat & Tomato Rice Casserole (2 OZ Meat) 8 OZ | T Ham 1 OZ | Breaded Fish Portion 3 OZ | Chili con Carne/Beans (2 OZ Meat) 8 OZ | T Salami and Cheese (2 OZ Meat) 2 OZ |
| | Cheese 1 SL | Hot Dog Buns 2 EA | | Cheese 1 SL | Burger Bun 1 EA | | Bread 2 SL |
| | Burger Bun 1 EA | Mustard/Catsup PKT 1 EA | | Bread 2 SL | Tartar Sauce 1 TBSP | Seasoned Rice 1/2 C | Mustard/Salad Drsg PKTS 1 EA |
| | Mustard/Catsup PKT 1 EA | | | Mustard/Salad Drsg PKTS 1 EA | | | Lettuce Leaf/Onion Slice 1 EA |
| | Baked Beans 1/2 C | Baked Beans 1/2 C | Primo Beans 1/2 C | Lettuce Leaf/Onion Slice 1 EA | Great Northern Beans 1/2 C | Peas & Carrots 1/2 C | Mashed Potatoes 1/2 C |
| | Lettuce Leaf/Onion Slice 1 EA | Cole Slaw 1/2 C | Tossed Salad with Dressing 1/2 C | Chips 1 OZ | Cole Slaw 1/2 C | Tossed Salad with Dressing 1/2 C | Tossed Salad with Dressing 1/2 C |
| | Cornbread 1/60 | Cornbread 1/60 | Fresh Orange 1 EA | Macaroni Salad 1 C | Cornbread 1/60 | Cornbread 1/60 | Garlic Bread 1/60 |
| | Macaroni Salad 1 C | Pudding 1/60 | Glazed Cake 1/60 | | Glazed Cake 1/60 | Margarine with Vit A&D 1 TBP | Brownie 2 SL |
| | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Brownie 1/60 | | Pudding 1/60 | Baked Cookies 2 EA | |
| | Sugar PKTS 2 EA | | | | | | |
| | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | |
| **DINNER** | Baked Cookies 2 EA | Beef and Macaroni Cass. (2 OZ Meat) 8 OZ | BBQ Chicken 1 QTR | Beef Pattie 3 OZ | Meat Loaf 3 OZ | Fried Chicken 1 QTR | Spaghetti With Meat Sauce (2 OZ Meat) 4 OZ |
| | Beverage with Vit C 1 C | | BBQ Sauce 1 OZ | Gravy 1/4 C | Gravy 1/4 C | Gravy 1/4 C | |
| | Beef Macaroni & King (2OZ Meat) 6 OZ | | Rice Pilaf 1/2 C | Steamed Noodles 1/2 C | Mashed Potatoes 1/2 C | Steamed Noodles 1/2 C | Green Beans 1/2 C |
| | Turkey a la King (2OZ Meat) 6 OZ | | | | | | |
| | Cooked Cabbage 1/2 C | Green Beans 1/2 C | Lima Beans 1/2 C | Mixed Vegetables 1/2 C | Turnips 1/2 C | | Toss Salad with Dressing 1/2 C |
| | Seasoned Rice 1/2 C | | | Tossed Salad with Dressing 1/2 C | | | |
| | Cornbread 1/60 | Bread 2 SL | Cornbread 1/60 | Cornbread 1/60 | Cornbread 1/60 | Cornbread 1/60 | |
| | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | Margarine with Vit A&D 1 TBP | |
| | Glazed Cake 1/60 | Brownie 1/60 | Glazed Cake 1/60 | Glazed Cake 1/60 | Baked Cookies 2 EA | Baked Cookies 2 EA | |
| | Sweetened Tea 1 C | Sweetened Tea 1 C | Sweetened Tea 1 C | Sweetened Tea 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C | Beverage with Vit C 1 C |
| | | | | | Sweetened Tea 1 C | Sweetened Tea 1 C | Sweetened Tea 1 C |

NOTE: All entrees and casseroles are cooked weight measurements. Salt and Pepper PKTS added as appropriate.

"Margarine and sugar are part of SOPs and recipes. Therefore they may not appear on all meal trays.

**HOUSTON COUNTY JAIL**
Dothan, AL
#173

**ABL MANAGEMENT, INC.**
MASTER MENU NUMBER 9-173
WEEK 4

FOOD SERVICE DIRECTOR
ABL MANAGEMENT, INC.

APPROVAL DATE: April 13, 2005
DIETITIAN: _[signature] MS, LD/LN_
REG #: 589.776

FACILITY ADMINISTRATION
MENU PROPOSED: 5/02; IMPLEMENTED: 6/02; 3/04, 3/05, 4/05
APPROVAL DATE: 4-25-05 _[signature]_

## SATURDAY

**Breakfast**
| Item | Amount |
|---|---|
| Orange Juice | 1/2 C |
| Cold Cereal | 1 C |
| French Toast | 3 sl |
| Warm Syrup | 1/4 C |
| T Sausage | 1 OZ |
| Scrambled Eggs | 4 OZ |
| Toast | 2 sl |
| Jelly | 2 TBP |
| Margarine with Vit A&D | 1 TBP |
| Sugar PKTS | 2 EA |
| Coffee | 1 C |
| Reduced Fat Milk | 1 C |

**Lunch**
| Item | Amount |
|---|---|
| Meatballs (1/2 OZ EA) | 3 OZ |
| Gravy | 1/4 C |
| Bread | 2 EA |
| Mashed Potatoes | 1/2 C |
| Cole Slaw | 1/2 C |
| Baked Cookies | 2 EA |
| Beverage with Vit C | 1 C |

**Supper**
| Item | Amount |
|---|---|
| Pepper Steak | 3 OZ |
| Sauteed Peppers | 1/4 C |
| Seasoned Rice | 1 C |
| Gravy | 1/4 C |
| Carrots and Corn | 1/2 C |
| Bread | 2 sl |
| Margarine with Vit A&D | 1 TBP |
| Glazed Cake | 1/60 |
| Sweetened Tea | 1 C |

## SUNDAY

**Breakfast**
| Item | Amount |
|---|---|
| Orange Juice | 1/2 C |
| Cold Cereal | 1 C |
| Scrambled Eggs | 4 OZ |
| T Sausage | 1 OZ |
| Biscuits (1/60) | 2 sl |
| Jelly | 2 TBP |
| Margarine with Vit A&D | 1 TBP |
| Sugar PKTS | 2 EA |
| Coffee | 1 C |
| Reduced Fat Milk | 1 C |

**Lunch**
| Item | Amount |
|---|---|
| Bologna and | 1 OZ |
| T Salami and Cheese | 1 OZ |
| Bread | 2 sl |
| Mustard/Salad Dressing PKTS | 1 EA |
| Potato Salad | 1 C |
| Fresh Orange | 1 EA |
| Pudding | 1/2 C |
| Beverage with Vit C | 1 C |

**Supper**
| Item | Amount |
|---|---|
| Chicken Patties | 3 OZ |
| Macaroni & Cheese | 1/2 C |
| Cooked Cabbage | 1/2 C |
| Cornbread | 2 sl |
| Margarine with Vit A&D | 1 TBP |
| Glazed Cake | 1/60 |
| Sweetened Tea | 1 C |

## MONDAY

**Breakfast**
| Item | Amount |
|---|---|
| Orange Juice | 1/2 C |
| Cold Cereal | 1 C |
| Scrambled Eggs | 4 OZ |
| T Sausage | 1 OZ |
| Biscuits (1/60) | 2 sl |
| Jelly | 2 TBP |
| Margarine with Vit A&D | 1 TBP |
| Sugar PKTS | 2 EA |
| Coffee | 1 C |
| Reduced Fat Milk | 1 C |

**Lunch**
| Item | Amount |
|---|---|
| Chuck Wagon Patties | 3 OZ |
| Brown Gravy | 1/4 C |
| Mashed Potatoes | 1/2 C |
| Blackeyed Peas | 1/2 C |
| Cole Slaw | 1/2 C |
| Baked Cookies | 2 EA |
| Beverage with Vit C | 1 C |

**Supper**
| Item | Amount |
|---|---|
| Sliced T Ham | 3 OZ |
| Cream Gravy | 1/4 C |
| Potatoes AuGratin | 1/2 C |
| Pinto Beans | 1/2 C |
| Collard Greens | 1/2 C |
| Bread | 2 sl |
| Margarine with Vit A&D | 1 TBP |
| Brownie | 1/60 |
| Sweetened Tea | 1 C |

## TUESDAY

**Breakfast**
| Item | Amount |
|---|---|
| Orange Juice | 1/2 C |
| Hot Cereal | 1 C |
| Scrambled Eggs | 4 OZ |
| Grilled T Ham | 1 OZ |
| Toast | 2 sl |
| Jelly | 2 TBP |
| Margarine with Vit A&D | 1 TBP |
| Sugar PKTS | 2 EA |
| Coffee | 1 C |
| Reduced Fat Milk | 1 C |

**Lunch**
| Item | Amount |
|---|---|
| Breaded Fish Portion (1/2 C Veg) | 8 OZ |
| Burger Bun | 1 EA |
| Tartar Sauce | 1 TBSP |
| Mashed Potatoes | 1 C |
| Cole Slaw | 1/2 C |
| Baked Cookies | 2 EA |
| Beverage with Vit C | 1 C |

**Supper**
| Item | Amount |
|---|---|
| Meat Stew (1/2 C Veg) (2 OZ Meat) | 8 OZ |
| Seasoned Rice | 1/2 C |
| Seasoned Vegetable | 1/2 C |
| Salad with Dressing | 1/2 C |
| Cornbread | 2 sl |
| Margarine with Vit A&D | 1 TBP |
| Glazed Cake | 1/60 |
| Sweetened Tea | 1 C |

## WEDNESDAY

**Breakfast**
| Item | Amount |
|---|---|
| Orange Juice | 1/2 C |
| Hot Cereal | 1 C |
| Scrambled Eggs | 4 OZ |
| Grilled T Sausage | 1 OZ |
| Biscuits (1/60) | 2 EA |
| Jelly | 2 TBP |
| Margarine with Vit A&D | 1 TBP |
| Sugar PKTS | 2 EA |
| Coffee | 1 C |
| Reduced Fat Milk | 1 C |

**Lunch**
| Item | Amount |
|---|---|
| Hot Dog (lb/11) | 2 EA |
| Hot Dog Buns | 2 EA |
| Mustard/Catsup PKT | 1 EA |
| Turkey Beans | 1 C |
| Tossed Salad with Dressing | 1/2 C |
| Baked Cookies | 2 EA |
| Beverage with Vit C | 1 C |

**Supper**
| Item | Amount |
|---|---|
| Sliced Turkey | 3 OZ |
| Gravy | 1/4 C |
| Mashed Potatoes | 1/2 C |
| Pinto Beans | 1/2 C |
| Cornbread | 2 sl |
| Margarine with Vit A&D | 1 TBP |
| Glazed Cake | 1/60 |
| Sweetened Tea | 1 C |

## THURSDAY

**Breakfast**
| Item | Amount |
|---|---|
| Orange Juice | 1/2 C |
| Hot Cereal | 1 C |
| Scrambled Eggs | 4 OZ |
| T Sausage | 1 OZ |
| Biscuits (1/60) | 2 EA |
| Jelly | 2 TBP |
| Margarine with Vit A&D | 1 TBP |
| Sugar PKTS | 2 EA |
| Coffee | 1 C |
| Reduced Fat Milk | 1 C |

**Lunch**
| Item | Amount |
|---|---|
| Spicy Turkey, Tomato | 8 OZ |
| Rice Casserole (2 OZ Meat) | 2 EA |
| Baked Beans | 1 EA |
| Pinto Beans | 1/2 C |
| Tossed Salad/Dressing | 1/2 C |
| Cornbread | 1/60 |
| Pudding | 1/2 C |
| Beverage with Vit C | 1 C |

**Supper**
| Item | Amount |
|---|---|
| Breaded Beef Pattie | 3 OZ |
| Grilled Onions | 1/4 C |
| Potatoes Augratin | 1/4 C |
| Brown Gravy | 1/4 C |
| Lima Beans | 1/2 C |
| Bread | 2 sl |
| Margarine with Vit A&D | 1 TBP |
| Glazed Cake | 1/60 |
| Sweetened Tea | 1 C |

## FRIDAY

**Breakfast**
| Item | Amount |
|---|---|
| Orange Juice | 1/2 C |
| Hot Cereal | 1 C |
| Cheese Omelet | 4 OZ |
| Grilled T Ham | 1 OZ |
| Toast | 2 sl |
| Jelly | 2 TBP |
| Margarine with Vit A&D | 1 TBP |
| Sugar PKTS | 2 EA |
| Coffee | 1 C |
| Reduced Fat Milk | 1 C |

**Lunch**
| Item | Amount |
|---|---|
| Beef Pattie with Cheese on | 3 OZ |
| Burger Bun | 1 sl |
| Mustard/Salad Drsg PKTS | 1 EA |
| Baked Beans | 1 C |
| Chips | 1 OZ |

**Supper**
| Item | Amount |
|---|---|
| Fried Chicken | 3 OZ |
| Chicken Gravy | 1/4 C |
| Mashed Potatoes | 1/2 C |
| Tossed Salad with Dressing | 1/2 C |
| Bread | 2 sl |
| Margarine with Vit A&D | 1 TBP |
| Fresh Orange | 1 SVG |
| Sweetened Tea | 1 C |

NOTE: All entrees and casseroles are cooked weight measurements. Salt and Pepper Pkts added as appropriate.
*Margarine and sugar are part of SOPs and recipes. Therefore they may not appear on all meal trays.