In The District Court Of The United States
For The Middle District Of Alabama.
Southern Division

Thomas P. White
  Plaintiff
       V.                          *   Civil Action No
Lamar Glover, et. al.,             *      1:06-CV-961-WKW
  Defendants                       *
                                   *
                                   *

Request For Appointment Of Counsel
(Reconsideration)

Comes now Thomas P. White & requests to Magistrate to Reconsider Motion For Appointment Of Counsel....
  Reason For Such being:

#1 Plaintiff is only a 8th grade Education & does not know the procedure to Adequately argue these rules & would not be able to have a fair chance without y benefit of counsel.

#2 Plaintiff has attempted suicide & has been on psych medication & is not Able to represent/or research necessary to Adequately present facts or argue what should be done to effectively benefit himself on this matter. It would seem to be a serious & open problem of "equal protection" denial of his rights to be denied counsel when it would be beneficial to Plaintiff to have Effective Counsel. Plaintiff is unable to properly represent himself & should have Counsel.

pg #2

# Request For Appointment Of Counsel
## (Reconsideration)

#3 Plaintiff has <u>no</u> knowledge of laws, regulations, nor understanding of legal wording or simplest of ways to answer to or respond adequately to procedures, responses or rules, guidelines that this court demands/orders to follow.

#4 Plaintiff cannot research as needed because he is only allowed 1 day per week & only couple hours (@ two) to use law library & also doesn't understand "<u>what</u>" to do to comply with orders of magistrate.

#5 Plaintiff <u>needs</u> help from Effective Counsel, as he should be granted & Plaintiff respectfully requests that this court grant him the benefit of Counsel

#6 Plaintiff contends that there are exceptional circumstances that justify his need for Counsel.

#7 Plaintiff contends that without benefit of counsel it would be unfair & denial of Equal Protection to this matter

#7 Plaintiff hereby requests Representation on this matter & prays this court to grant this motion.

# Certificate Of Service

I, Thomas P. White hereby certify that I have served a copy of the foregoing Motion/Request for Appointment Of Counsel (Reconsideration) on Attorney for Defendants

Gary C. Sherres P.C.
Sherree, Jones, & Terry P.C.
335 W. Main St.
Dothan, Al. 36301

by placing a copy of the same in U.S Mail postage prepaid & properly addressed on this 24th day of Dec. 2006

Signed Thomas White

Thomas P. White
#258827 (F-pod)
901 E. Main St.
Dothan Al. 36301