In The District Court Of The United States Middle District Of Alabama Southern Division

Thomas P. White, \
Plaintiff \
v. \
Lamar Glover \
et. Al. \
Defendants

Civil Action No 1:06-CV-961-WKW \
[WO]

## Request/Motion For Continuation

Comes Now Thomas P. White, (Plaintiff) & hereby pleads with this court to Allow A Continuation of time so As to Allow Plaintiff oppurtunity to request from Magistrate, time to try to obtain Someone to Represent Plaintiff without charge or At least tell case has been to hearing. Plaintiff is writing several lawyers for Assistance as well as seeking Assistance/Advice from ACLU, Southern Poverty Law Org. And Also filing Complaint & requesting Investigation/Assistance from U.S. Justice Department. Wherefore Plaintiff prays Magistrate to order more time for plaintiff to get advice/assistance & to have ample oppurtunity to guarantee plaintiff Equal chance for Defense/or preparations In this matter.

## Certificate of Service

I, Thomas P. White hereby certify that I have served a copy of the foregoing motion/request for continuation on Attorney for Defendants

Gary C. Sherrer PC
Sherrer, Jones, & Terry P.C.
335 W. Main St.
Dothan, Al. 36301

by placing a copy of same in U.S. Mail postage prepaid & properly addressed on this 24th day of Dec. 2006

Signed Thomas White

Thomas P. White
# 28827 F pod
901 E. Main St.
Dothan, AL. 36301