In The District Court Of The United States For The Middle District Of State Of Alabama Southern Division

Thomas P. White
  Plaintiff,
V
Lamar Glover, et. al.
  Defendants

Civil Action:
  NO; 1:06-CV-961-WKW

## Request For Hearing

Comes Now Thomas P. White, (Plaintiff) & Requests to this Honorable Court to Allow Plaintiff the oppurtunity to have Court Hearing on the matters brought by Plaintiff within Complaints filed. Petitioner prays for Court to Afford oppurtunity for Plaintiff to prove in person before Judge the violations of civil rights & the subjected pain & suffering & all allegations mentioned in Complaint.

Plaintiff is also notifying Magistrate that defendants are failing to comply with Order of Court by withholding documents/information ordered by court to produce. Also defendants are intentionally flooding court with "fodder" or irrelevant papers & lies to

Pg #2

# Request For Hearing
## (Continued)

...attempt to overwhelm court needlessly.

Plaintiff is unable & uneducated enough to adequately argue & prove allegations without benefit of hearing which he should be entitled to.

Plaintiff respectfully pleads with this Court to allow/order hearing on this matter.

Plaintiff contends that should this honorable court allow him the chance to be heard that he can PROVE all this is true.

Please, grant me (Plaintiff) the right to a hearing. I need representation on this matter... I pray to this court to help me, a citizen born to these United States & ask for protection guaranteed me by rights entitled under Constitution of United States & State of Alabama as well. I SWEAR under oath that these facts are true & that this IS NOT a case of frivilous or malicious intent. Please allow/grant me a hearing before this Court.

# Certificate of Service

I, Thomas P. White, hereby certify that I have served a copy of the foregoing motion/request for hearing, on Attorney for defendants

Gary C Sherrer PC
Sherrer, Jones, & Terry P.C.
335 W. Main St.
Dothan, AL 36301

by placing a copy of same in U.S. Mail postage pre paid & properly addressed on this 24th day of Dec. 2006.

Signed [signature]

Thomas P. White
#288217 F pod
901 E. Main St.
Dothan Al. 36301

= Defendants Failure To Comply =
to Order of Magistrate "Document # 4-1"
(filed 10/26/2006 (See pg 2) "Whenever Relevant
Copies of medical and/or psychiatric records
Shall be Attached to report [Order #2]

---

Facts:

On Oct 20th Thomas White (Plaintiff) Attempted Suicide by Slitting/cutting wrists (right forearm 6 or 8 times "Photos were taken & Report was made.... Defendants "FAILURE TO COMPLY WITH Order of Magistrate by "not" Submitting these documents. White (Plaintiff) contends that he was given "psychiatric medication WITHOUT SEEING Psych Dr. Also Requests were sent to Admin. Requesting to see Dr. These Documents WERE NOT Submitted to Magistrate Nor was photos and statement/Report submitted that Proves White "HAS IN FACT" been hurt & Sustained Physical injury to self (contrary to Response By Defendants)

# INMATE GRIEVANCE FORM

DATE: Dec 10th, 2006   POD/CELL LOCATION: Food Cell 11

INMATE NAME: Thomas White   INMATE NUMBER: 288217

NATURE OF GRIEVANCE OR INFORMATION: I am in civil action lawsuit against this administration & am being kept from having access to law library... I've got a time limit to respond & 1 day per week for only couple of hours is not sufficient for me to do research I need to do.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? Allow me to use law library "daily" until I can do what I have to do

1) I am requesting copy of your response on this for my records so as to prove to court that I am being denied access (adequate time) to law books

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE: 1) Denied  1)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* DO NOT SIGN UNTIL YOU HAVE READ RESPONSE \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: Feb. 28th, 2006   POD/CELL LOCATION: Fpod 2 cell

INMATE NAME: Thomas White   INMATE NUMBER: 26827

NATURE OF GRIEVANCE OR INFORMATION: On Above date At 2pm I talked with & showed Sgt Reynolds my knee which has a huge swelling & draining boil which I know as staph infection. I explained to Sgt Reynolds that for about a week Inmate Anthony Richards has been in my cell. Inmate Richards came from medical with staph into population. Medical was aware of Inmates condition as for a fact Inmate was in grievance proceeding at this date. Richards was in population with huge draining boils which is staph. Sgt Reynolds was nice enough to take me to medical but soon as she left medical refused me medical treatment/attention told me to shut up & sent me back to dorm. I have been denied medical treatment - medical attention.

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I am seeking/asking for medical treatment & medication ... not at my expense. Inmate Richards should not have been in population because of gross negligence on behalf of medical and this jail I have been exposed to staph. I am in extreme pain & suffering at no fault of my own. I am demanding medical treatment & medication !!! If I am charged for this I will file 1983 civil suit against jail & medical. Also file complaint with Amer. Medical Association & complaint to Health Dept. & county comm.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE:

# INMATE GRIEVANCE FORM

DATE: Feb 28th, 2005   POD/CELL LOCATION: F Pod Cell 2

INMATE NAME: Thomas White   INMATE NUMBER: 268827

NATURE OF GRIEVANCE OR INFORMATION: On Feb 28th at 8:30 pm I was in extreme pain/suffering from swollen knee/leg. I've shown my leg to 3 different officers who acknowledged swelling/draining of leg. I stated I was in extreme pain & declared "medical emergency" - I did so to Sgt Kersey(?) who replied "(Good)". I am hurting & in need of medical attention have-been complaining all day I am still being denied medical attention I am asking for copies of this and other grievance for my own records & one to be placed into my file

WHAT DO YOU WANT TO HAPPEN TO SOLVE IT? I only want to be guaranteed my right by law - equal protection under law - and to be allowed to be seen by medical & treated when in pain like this - not laughed at & told to go back to my cell (again) - I want copy of this & if not given immediate response & medical att. at no charge I am filing lawsuit - Also will be writing Sheriff, Co. Commissioners, Health Dept, American Medical Ass. and file charges.

OFFICER RESPONSE OR FINDING?

SGT. ON DUTY RESPONSE:

* * * * * * * * * * * * * DO NOT SIGN UNTIL YOU HAVE READ RESPONSE * * * * * * * * * * * * * *

DATE GRIEVANCE RETURNED:

CORRECTIONS OFFICER SIGNATURE:

INMATE SIGNATURE: