IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:06-CV-961-WKW |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration filed by the plaintiff on December 28, 2006 (Court Doc. No. 13), in which the plaintiff seeks reconsideration of the order denying his motion for appointment of counsel, and as the plaintiff fails to present exceptional circumstances warranting the appointment of counsel, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 9th day of January, 2007.

                                                /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED STATES MAGISTRATE JUDGE