IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:06-CV-961-WKW |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for continuation filed by the plaintiff on December 28, 2006 (Court Doc. No. 14), in which the plaintiff seeks continuation of the proceedings in this case while he attempts to obtain legal representation, and as the plaintiff fails to present circumstances warranting a continuation, it is

ORDERED that the motion for continuation be and is hereby DENIED.

Done this 9th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE