IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:06-CV-961-WKW |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for hearing filed by the plaintiff on December 28, 2006 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 9th day of January, 2007.

                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE