IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS P. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:06-CV-961-WKW |
| | ) |
| LAMAR GLOVER, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon review of the documents filed by the plaintiff on December 28, 2006, and for good cause, it is

ORDERED that:

1. On or before January 24, 2007, the defendants shall allow the plaintiff to inspect and/or copy all documents contained in his inmate file and medical records which are within the care, custody or control of the defendants. **The plaintiff is hereby informed that neither jail officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies. Thus, if the plaintiff seeks to obtain photocopies of documents contained in his records, he must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) he may utilize any means available to produce the requisite copies including, but not limited to, handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and (ii) he

must procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order.  **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to his records unless he is able to establish that exceptional circumstances warrant additional production of these documents**.

    2.  The plaintiff be GRANTED an extension from December 27, 2006 to and including February 5, 2007 to file a response in compliance with the directives of the order entered on December 6, 2006 (Court Doc. No. 12).

    Done this 9th day of January, 2007.

                                         /s/ Susan Russ Walker
                                         SUSAN RUSS WALKER
                                         UNITED STATES MAGISTRATE JUDGE