March 26th 2008

1:06cv961-WKW
Case No's Unknown
"Civil Suit Case

Thomas P. White Plaintiff
Vs
Lamar Glover, Sheriff, Houston Co
W.B. McCarty, Commander, Houst.Co Jail
Lt. Rocco Houston Co Jail et.al.

RECEIVED
2008 MAR 27 A 9: 21
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To, Hon. Clerk of Court,

Please treat this as Notice of Inquiry... I am at Houston Co Jail (again) I was/am in Lawsuit (Civil) Abovenamed. I lost contact with Court as Houston Co Jail shipped/transferred me 1 year ago & had FAILED to produce all pertinent documents as ORDERED by Federal Magistrate/Judge. I have been in Florida, Gulf Co. Jail & have also since being back in Alabama had Heart Surgery (Dec 12th) & again hospitalized Jan 13th. I've just got this address & am requesting to this Honorable Clerk of Court to please forward me Copy(ies) of All Documents: Briefs, Responses, Orders, Motions "Photographs" etc contained in the Record of this Civil Suit as mine have been "thrown away". I am respectfully seeking any/all information concerning this & all record of my case & requesting this to be treated as "Notice of Inquiry" & to please have copies of All Paperwork/Documentation that the Court has on this above matter. Thank you for your time & any consideration/cooperation you may give me. This Co Jail will/has done NOTHING to assist... just to say I owe $844. & change?? Please Help me.

Respectfully, Thomas White #28827

# Certificate of Service

I Thomas P. White do, this 26th day March 2008 place this Above/foregoing Request of Info./"Notice of Inquiry" to Hon. Clerk of Courts U.S. Dist Court by placing in to U.S. Postal Mail properly addressed & postage pre paid In good faith by myself to Houston Co Jail to be forwarded to Clerk of Court United State District Court (Middle Dist) P.O. box 711, Montgomery, Al. 36101-0711
Thank You, God Bless All.

Signed Thomas P. White
#288217
Houston Co Jail
901 East Main St
Dothan, Al. 36301

Thomas P. White
#288297 (A.pod)
101 E. Main St.
Dothan, Al.
36301

"Legal mail"

Office Of The Clerk
United States Middle District
District Court
P.O. box 711
Montgomery, Al.
36101-0711

"Legal Mail"

$00.41
MAR 26 2008
MAILED FROM ZIP CODE 36303